IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02355-CNS-KAS

ESTATE OF LEROY "NICKY" TAYLOR,
DEREK Z. TAYLOR, as Personal Representative and heir of the Estate of Leroy Taylor, and
SHAWN HERRON, as heir of Leroy Taylor,

    Plaintiffs,

v.

DENVER HEALTH AND HOSPITAL AUTHORITY, a political subdivision of the State of Colorado,
PETER CRUM, M.D., in his individual capacity,
MELISSA BROKAW, RN, in her individual capacity,
BERNICE CHAVARRIA TORRES, LPN, in her individual capacity,
ISAAC KARUGU, RN, in his individual capacity,
ALICE MUKAMUGEMANYI, LPN, in her individual capacity, and
JOHN DOES 1-20, in their individual and official capacities,

    Defendants.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on the parties' **Joint Motion for Stipulated Protective Order** [#25] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#25] is **GRANTED**. The Protective Order [#25-1] supplied by the parties is **accepted** and entered as an Order of the Court as of the date of this Minute Order.

    Dated: November 24, 2023