IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02355-CNS-KAS

ESTATE OF LEROY "NICKY" TAYLOR,
DEREK Z. TAYLOR, as Personal Representative and heir of the Estate of Leroy Taylor, and
SHAWN HERRON, as heir of Leroy Taylor,

    Plaintiffs,

v.

DENVER HEALTH AND HOSPITAL AUTHORITY, a political subdivision of the State of Colorado,
PETER CRUM, M.D., in his individual capacity,
MELISSA BROKAW, RN, in her individual capacity,
BERNICE CHAVARRIA TORRES, LPN, in her individual capacity,
ISAAC KARUGU, RN, in his individual capacity,
ALICE MUKAMUGEMANYI, LPN, in her individual capacity, and
JOHN DOES 1-20, in their individual and official capacities,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on the **Parties' Joint Motion to Amend Scheduling Order** [#48] (the "Motion").

    The parties jointly request an extension of six months on the Scheduling Order deadlines pending decisions on the pending Motion to Dismiss [#36] and Motion to Stay [#37]. *Motion* [#48] at 1-2. The Court finds good cause for an extension but is not inclined to grant such a long extension. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#48] is **GRANTED IN PART**. Instead of six months, the Court will extend the deadlines by 45 days, as follows:

| | |
|---|---|
| Affirmative Expert Disclosure Deadline | **June 10, 2024** |
| Rebuttal Expert Disclosure Deadline | **July 11, 2024** |
| Discovery Deadline[1] | **August 12, 2024** |

---

[1] The Court notes that, pursuant to the Scheduling Order, the deadline to serve written discovery is <u>45 days</u> before the close of discovery. *Scheduling Order* [#22] at 7.

| | |
|---|---|
| Dispositive Motions Deadline | **August 20, 2024** |

Dated:   April 26, 2024