Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-CV-02355-CNS-KAS

---------------------------------------------------------

VIDEOTAPED DEPOSITION OF:

ALICE MUKAMUGEMANYI, LPN - 08/06/2024

---------------------------------------------------------

ESTATE OF LEROY "NICKY" TAYLOR; DEREK Z. TAYLOR, as
Personal Representative and heir of the Estate of
Leroy Taylor; and, SHAWN HERRON, as heir of Leroy
Taylor,
Plaintiffs,
V.
DENVER HEALTH AND HOSPITAL AUTHORITY; a political
subdivision of the State of Colorado; PETER CRUM,
M.D., in his individual capacity; MELISSA BROKAW,
RN, in her individual capacity; BERNICE CHAVARRIA
TORRES, LPN, in her individual capacity; ISAAC
KARUGU, RN, in his individual capacity; ALICE
MUKAMUGEMANYI, LPN, in her individual capacity;
JOHN DOES 1-20, in their individual and official
capacities,
Defendants.
---------------------------------------------------------
            The deposition of ALICE
MUKAMUGEMANYI, LPN was taken by the Plaintiffs on
August 6, 2024 at the law offices of Rathod
Mohamedbhai, LLC, 2701 Lawrence Street, Denver,
Colorado, commencing at the hour of 1:04 p.m.,
before ROSIE STAHL, Shorthand Reporter and Notary
Public within and for the State of Colorado.



EXHIBIT C

```
                                                      Page 54
 1            A     We do have a machine.  I used the
 2   machine.
 3            Q     And you brought that into
 4   Mr. Taylor's pod with you?
 5            A     Oh, yes.
 6            Q     And just so we're clear, I'm not
 7   confusing things any worse, when you first
 8   encountered Mr. Taylor on the night of
 9   February 8th, did you assess him in his pod?
10            A     Yeah, both times was in his pod.
11            Q     And was he laying down in his bunk
12   when you --
13            A     The first time he was laying on the
14   bunk.  He stood up and sit down on the bed.  So the
15   second time he was sitting in the pod, he even just
16   left me where I was sitting and he walked away to
17   the sink.
18            Q     And we'll come back to the second
19   visit.  When you took Mr. Taylor's blood pressure
20   on the night of the 8th, was he supine or was he
21   sitting up?
22            A     He was laying on his side.
23            Q     Okay.  And what is your
24   understanding of how him laying on his side could
25   affect his blood pressure?
```



EXHIBIT C

```
 1            Q     So what do you recall about his
 2   frequent movements?  What was he doing that made it
 3   impossible for you to obtain his blood pressure?
 4            A     So when he was sitting in the -- in
 5   the dorm -- because when I saw him the second time,
 6   he was sitting in the sitting area.
 7            Q     In the -- he wasn't in his bunk, he
 8   was in the general area?
 9            A     Yeah, sitting area in the dorm.  So
10   most of the time when I checking blood pressure,
11   you have to be calm.  You keep talking, the blood
12   pressure machine kind of always give you like no
13   read, no read.
14                  So you give him instruction, please
15   pause and relax so I could take it.  He couldn't
16   relax.  Then he finally he eventually stood up and
17   walk away from it.
18            Q     Right.  He got up and walked away?
19            A     Yeah, he walked away.  He went to
20   the sink.
21            Q     He ambulated on his own?
22            A     Yeah, he was ambulating.
23            Q     How far away was the sink from where
24   you had him sitting?
25            A     It was just like here and that TV.
```



EXHIBIT C

```
 1            Q     So, what do we call that, maybe
 2   15 feet?
 3            A     Yes.
 4            Q     And did he tell you why he was going
 5   to the sink?
 6            A     No, he was not -- he did not.
 7            Q     He just got up and walked away?
 8            A     He was not happy about being in
 9   there, being in the pod.  So I couldn't tell.  He
10   just stood up and walked.
11            Q     He said he was not happy about being
12   in the pod?
13            A     Yes.
14            Q     Do you believe he was in acute
15   distress at the time that you were trying to take
16   his vitals?
17            A     No, he was not.
18            Q     How do you know?
19            A     Because I could -- when you talk to
20   somebody, assessment is not just what you saw from
21   the machine.  It's just even the body language, the
22   physical appearance.  The physical appearance gives
23   you more information about the patient.
24            Q     Tell me how he looked at this time
25   when you were assessing him.  What did you
```



EXHIBIT C