Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-CV-02355-CNS-KAS
_____
DEPOSITION OF:  MELISSA BROKAW, RN
                July 17, 2024
_____
ESTATE OF LEROY "NICKY" TAYLOR; DEREK Z. TAYLOR, as
Personal Representative and heir of the Estate of
Leroy Taylor; and SHAWN HERRON, as heir of Leroy
Taylor,

Plaintiffs,

v.

DENVER HEALTH AND HOSPITAL AUTHORITY; a political
subdivision of the State of Colorado; PETER CRUM, MD,
in his individual capacity; MELISSA BROKAW, RN, in her
individual capacity; BERNICE CHAVARRIA TORRES, LPN, in
her individual capacity; ISAAC KARUGU, RN, in his
individual capacity; ALICE MUKAMUGEMANYI, LPN, in her
individual capacity; JOHN DOES 1-20, in their
individual capacities,
Defendants.
_____

            PURSUANT TO NOTICE, the deposition of
MELISSA BROKAW, RN was taken on behalf of the
Plaintiffs at Rathod Mohamedbhai, LLC, 2701 Lawrence
Street, Denver, Colorado 80205, on July 17, 2024, at
10:01 AM, before Deborah A. VanDemark, Registered
Professional Reporter and Colorado Realtime Certified
Reporter.


               Magna Legal Services
                  (866)624-6221
                 www.MagnaLS.com



EXHIBIT D

Page 164

1   the discussion that he -- and Dr. Crum said it's --
2   being a disturbance is not a medical issue, so that he
3   would stay in the pod and that the Sheriff's
4   Department could either look for different housing for
5   Mr. Taylor or send him to the hospital themselves.
6           Q.   Did you assess Mr. Taylor on
7   February 9th?
8           A.   I did not do a full set of vital signs,
9   but he was pulled out of his pod and brought down to
10  the medical unit where there are holding cells.  They
11  are not part of the medical unit.  It's a holding cell
12  only while the classification department was trying to
13  find Mr. Taylor new housing.  While he was in that
14  holding cell, I went up to the cell.  I said,
15  "Mr. Taylor, what's going on?"  And he looked at me,
16  crossed his arms, sat down on the bench, and said,
17  "Nothing," and turned his head away from me.  He would
18  not speak to me at all.
19          Q.   How long were you there?
20          A.   Probably five minutes because even
21  after he turned his head, I said, "Come on, tell me
22  what's going on.  Let me help you."  I was trying to
23  get information from him, and he would not speak to
24  me.
25          Q.   Did you see Dr. Crum do any assessment



EXHIBIT D