Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-CV-02355-CNS-KAS

-----------------------------------------------------------

VIDEO RECORED DEPOSITION OF:

BERNICE CHAVARRIA TORRES, LPN - 08/06/2024

-----------------------------------------------------------

ESTATE OF LEROY "NICKY" TAYLOR; DEREK Z. TAYLOR, as
Personal Representative and heir of the Estate of
Leroy Taylor; and, SHAWN HERRON, as heir of Leroy
Taylor,
Plaintiffs,
V.
DENVER HEALTH AND HOSPITAL AUTHORITY; a political
subdivision of the State of Colorado; PETER CRUM,
M.D., in his individual capacity; MELISSA BROKAW,
RN, in her individual capacity; BERNICE CHAVARRIA
TORRES, LPN, in her individual capacity; ISAAC
KARUGU, RN, in his individual capacity; ALICE
MUKAMUGEMANYI, LPN, in her individual capacity;
JOHN DOES 1-20, in their individual and official
capacities,
Defendants.
-----------------------------------------------------------
            The deposition of BERNICE CHAVARRIA
TORRES, LPN was taken by the Plaintiffs on August
6, 2024 at the law offices of Rathod Mohamedbhai,
LLC, 2701 Lawrence Street, Denver, Colorado,
commencing at the hour of 9:07 a.m., before ROSIE
STAHL, Shorthand Reporter and Notary Public within
and for the State of Colorado.



EXHIBIT E

Page 141

```
 1   time while you were -- while the inmates were
 2   around you?
 3           A     He was just standing there.
 4           Q     Was he saying anything?
 5           A     No.
 6           Q     Did he come around his desk?
 7           A     No.  At the end when I started
 8   asking questions, because as far as I know, my
 9   understanding of their role is for the safety of
10   the inmates and our safety as well.
11           Q     So when Mr. Taylor was brought to
12   you, did you ever see his feet or hands being blue?
13           A     I don't recall taking a look at
14   that.
15           Q     Did Mr. -- did the deputy that you
16   don't know by name, he did not mention that to you?
17           A     No.
18           Q     When you asked Mr. Taylor a
19   question, was his face -- was he facing you or
20   looking at you?
21           A     He -- I remember he put his head up,
22   looked at me, and then he looked away.  And I
23   trying to get an answer, keep asking questions, but
24   he seems like he didn't decide to ignore to answer
25   my questions.
```



EXHIBIT E

Page 142

```
 1           Q      So you said when he didn't respond,
 2   he wasn't just staring at you, he actually turned
 3   his head?
 4           A      Yes.
 5           Q      How many questions do you think you
 6   asked him?
 7           A      Probably like two or three questions
 8   repeatedly.
 9           Q      Okay.  And do you remember what
10   those questions were?
11           A      I don't recall, but I usually --
12   what I usually ask is like what's going on, where
13   your pain is, any medical history that I should be
14   aware, trying to get information to point where the
15   issue or the problem is.
16           Q      He never gave you any response?
17           A      No.
18           Q      Did you witness him having
19   difficulty breathing?
20           A      No.
21           Q      Did you witness him being in, as you
22   discussed before, medical distress?
23           A      No.
24           Q      Did you witness him making --
25   wincing in pain or making any faces?
```



EXHIBIT E