```
               IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02355-CNS-KAS
---------------------------------------------------------

30(b)(6) DEPOSITION OF CITY AND COUNTY OF DENVER -
CARL McENCROE
October 4, 2024
---------------------------------------------------------

ESTATE OF LEROY "NICKY" TAYLOR,

Plaintiff,

vs.

DENVER HEALTH AND HOSPITAL AUTHORITY; a political
subdivision of the State of Colorado;
PETER CRUM, M.D., in his individual capacity;
MELISSA BROKAW, RN, in her individual capacity;
BERNICE CHAVARRIA TORRES, LPN, in her individual
capacity;
ISAAC KARUGU, RN, in his individual capacity;
ALICE MUKAMUGEMANYI, LPN, in her individual
capacity;
JOHN DOES 1-20, in their individual and official
capacities,

Defendants.
---------------------------------------------------------

APPEARANCES:

     RATHOD MOHAMEDBHAL, LLC
          By Ciara M. Anderson, Esq.
             and
             Christopher K. Gilbert, Esq.
             2701 Lawrence Street, Suite 100
             Denver, Colorado  80205
                Appearing on behalf of Plaintiff.

     RUEGSEGER SIMONS SMITH & STERN, LLC
          By Anthony E. Derwinski, Esq.
             1700 Lincoln Street, Suite 4500
             Denver, Colorado  80203
                Appearing on behalf of Defendants.
```



EXHIBIT F

```
                                                          Page 50
 1   4:00 o'clock, 4:00 p.m.  That is when the medical
 2   emergency was called out.
 3        Q    Okay.  So anything prior to that, you have
 4   not reviewed any video?
 5        A    Correct.
 6        Q    Okay.  Did anything that you recall that
 7   you reviewed reveal that at several points prior to
 8   that medical emergency, Mr. Taylor did not want to
 9   go to medical?
10        A    I think there were several indications to
11   that effect.
12        Q    And do you know why Mr. Taylor did not
13   want to go to medical?
14        A    I have no basis to know that.
15        Q    Okay.  The only basis you have is that at
16   certain points before his passing, Mr. Taylor had
17   stated that he did not want to go to medical?
18             MS. ANDERSON:  Object to form.
19             MS. FIELD:  Object.  I'm going to join.
20             Go ahead and answer to the extent you can.
21        A    Sorry.  Could you state that again?
22        Q    (By Mr. Derwinski)  Yeah.  At any point in
23   your investigation, did facts reveal that Mr. Taylor
24   before his passing did not want to go to medical?
25        A    Well, so I'll clarify.  I didn't conduct
```



EXHIBIT F

```
 1  the investigation, just for clarity's sake.
 2            During the investigation, I think there
 3  were indications that he had stated that to others.
 4       Q    Okay.  Did you review any factual basis,
 5  or the AIU and you on behalf of Denver, that showed
 6  that Mr. Taylor walked away from medical treatment
 7  he was receiving?
 8       A    Sorry.  Could you repeat that?
 9       Q    Yeah.  Did you -- did -- was there
10  anything in the investigation that you reviewed or
11  the City and County of Denver was aware of that
12  Mr. Taylor walked away from medical treatment while
13  he was receiving it?
14       A    I'm not aware of that, no.
15       Q    Okay.  Was Sergeant McGill the only
16  individual that was interviewed?
17       A    Yes.
18       Q    When Sergeant McGill was interviewed, was
19  she even -- was she working in the same location at
20  the jail she was previously?
21       A    I don't recall that specifically.
22       Q    Is it typically in an investigation-only
23  interview one person?
24            MS. ANDERSON:  Object to form.
25       A    Again, there's usually the term typical.
```



EXHIBIT F