IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 1:23-CV-02355-CNS-KAS

ESTATE OF LEROY "NICKY" TAYLOR,

Plaintiff

V.

DENVER HEALTH AND HOSPITAL AUTHORITY; A POLITICAL

SUBDIVISION OF THE STATE OF COLORADO;

PETER CRUM, M.D., IN HIS INDIVIDUAL CAPACITY;

MELISSA BROKAW, RN, IN HER INDIVIDUAL CAPACITY;

BERNICE CHAVARRIA TORRES, LPN, IN HER INDIVIDUAL

CAPACITY;

ISAAC KARUGU, RN, IN HIS INDIVIDUAL CAPACITY;

ALICE MUKAMUGEMANYI, LPN, IN HER INDIVIDUAL CAPACITY;

JOHN DOES 1-20, IN THEIR INDIVIDUAL AND OFFICIAL

CAPACITIES,

Defendants

DEPONENT:  RAJIV PANCHAL

DATE:      SEPTEMBER 9, 2024

REPORTER:  EMILY RODZ



EXHIBIT G

Page 73

1   the Sheriff's Department about his death?
2        A.   No.
3        Q.   Did you ever give a statement to anyone
4   outside of this statement that we've discussed today?
5        A.   No.
6        Q.   Did you ever observe or hear of any inmates
7   saying that Mr. Taylor did not want to be in 5D?
8        A.   I don't recall that, no.
9        Q.   The only thing you recall is that he did not
10  want to go to Medical?
11       A.   I do remember that.
12       Q.   When you observed the video, we just watched,
13  and the inmates were around you and the nurse --
14       A.   Mm-hmm.
15       Q.   -- did the nurse say anything to Mr. Taylor?
16       A.   I don't remember that.
17       Q.   Did you say anything to Mr. Taylor?
18       A.   I don't -- I don't recall.
19       Q.   Did you say anything to the inmates?
20       A.   I -- I don't recall.
21       Q.   Did the nurse say anything to the inmates?
22       A.   No.  I -- I -- I honestly do not recall that.
23       Q.   At any point, did the nurse go back by your
24  desk or station when this interaction occurred?
25       A.   I'm sorry?



EXHIBIT G