IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-CV-02355-CNS-KAS

_____

DEPOSITION OF                             August 5, 2024
SERGEANT KAREN McGILL

_____

ESTATE OF LEROY "NICKY" TAYLOR;
DEREK Z. TAYLOR, as Personal Representative
and heir of the Estate of Leroy Taylor; and
SHAWN HERRON, as heir of Leroy Taylor,
             Plaintiffs,
vs.
DENVER HEALTH AND HOSPITAL AUTHORITY; a political
subdivision of the State of Colorado;
PETER CRUM, M.D., in his individual capacity;
MELISSA BROKAW, RN, in her individual capacity;
BERNICE CHAVARRIA TORRES, LPN, in her individual
capacity;
ISAAC KARUGU, RN, in his individual capacity;
ALICE MUKAMUGEMANYI, LPN, in her individual capacity;
JOHN DOES 1-20, in their individual and official
capacities;

             Defendants.

_____

      The deposition of SERGEANT KAREN McGILL,
taken before Leeann Stellor, a Registered Merit
Reporter, Certified Realtime Reporter, and a Notary
Public in and for the County of Denver and the State
of Colorado, at 2701 Lawrence Street, Denver,
Colorado, on Monday, August 5, 2024, at the hour of
1:01 p.m.



EXHIBIT H

```
                                                   Page 94
 1   5D"?
 2        A.    That -- just that.  We got a wheelchair.
 3        Q.    Does that mean you went to Mr. Taylor's
 4   bunk with a wheelchair?
 5        A.    Yes.
 6        Q.    And you said earlier that Mr. Taylor did
 7   not want to go to 3 Med?
 8        A.    Correct.
 9        Q.    Do you recall what he said to you?
10        A.    Just that he didn't want to go.  I
11   don't -- I don't recall anything else.
12        Q.    You don't recall whether he gave you an
13   explanation as to why he did not want to go?
14        A.    No.
15        Q.    The next sentence reads, "Tier Porter
16   Williams was present and encouraged him to go along
17   with another inmate, whose name I did not know."
18   Who is Tier Porter Williams?
19        A.    He was his bunkmate.  So he was --
20   there's four bunks in that area, and he was assigned
21   to one of the bunks in the area with Mr. Taylor.
22        Q.    And you observed Tier Porter Williams and
23   another inmate encouraging Mr. Taylor to go to
24   3 Med?
25        A.    Yes.
```



EXHIBIT H