Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO.: 23-CV-02355-CNS-KAS


ESTATE OF LEROY "NICKY" TAYLOR,

Plaintiff,


V.


DENVER HEALTH AND HOSPITAL AUTHORITY; A POLITICAL

SUBDIVISION OF THE STATE OF COLORADO;

PETER CRUM, M.D., IN HIS INDIVIDUAL CAPACITY;

MELISSA BROKAW, RN, IN HER INDIVIDUAL CAPACITY;

BERNICE CHAVARRIA TORRES, LPN, IN HER INDIVIDUAL

CAPACITY;

ISAAC KARUGU, RN, IN HIS INDIVIDUAL CAPACITY;

ALICE MUKAMUGEMANYI, LPN, IN HER INDIVIDUAL CAPACITY;

JOHN DOES 1-20, IN THEIR INDIVIDUAL AND OFFICIAL

CAPACITIES,

Defendants.


DEPONENT:  CARMEN KASSATLY ON BEHALF OF DENVER HEALTH

AND HOSPITAL AUTHORITY

DATE:      DECEMBER 18, 2024

REPORTER:  EMILY RODZ



Exhibit A

Page 46

1   Health in order to prepare to testify on Topic 11?

2       A.   Just reviewed a training log and reviewed the

3   protocols.

4       Q.   What protocols did you review?

5       A.   Diarrhea, nausea, critical vital signs.  Oh,

6   I'd have to go back and look over here at the list that

7   was mentioned.  Chest pain, abdominal pain.

8       Q.   What training -- specific trainings are in

9   place for identifying a serious medical need?

10      A.   So we have -- we do a lot of training on our

11  protocols.  Part of that is critical vital signs.  We do

12  emergency response training quarterly, which we call our

13  man down drills.  We do mass disaster drills as well.

14      Q.   And you reviewed those trainings?

15      A.   I did not review them prior to coming here,

16  but I'm very familiar with the trainings.

17      Q.   Okay.  Is there anyone at Denver Health who

18  has knowledge about the training pertaining to

19  identifying whether inmates are suffering from serious

20  medical needs?

21      A.   Can you repeat that please?

22      Q.   Are there any other people that have knowledge

23  about the training pertaining to identifying whether

24  inmates are suffering from serious medical needs as

25  identified in Topic 11?



Exhibit A

Page 60

1          THE WITNESS:  Okay.

2          MR. DERWINSKI:  Yeah, we probably should,

3     right?

4          THE VIDEOGRAPHER:  All right.  We are now off

5     the record.  The time is 11:12 a.m.

6             (OFF THE RECORD)

7          THE VIDEOGRAPHER:  We are now on the record.

8     The time is 11:27 a.m.

9   BY MS. ANDERSON:

10     Q.   All right.  Before we went off the record, we

11   went through all the topics to discuss your preparation.

12   Now I'd like to get into the topics. We'll begin with

13   Topic 1, which is again, Denver Health and Hospital

14   Authorities Organizational and Operational Structure

15   within the jail on February 9th, 2022.

16          What is the supervision hierarchy for Denver

17   Health medical staff at the jail?

18     A.   Inside the jail or in reporting to Denver

19   Health?

20     Q.   Let's begin with inside the jail.

21     A.   Okay, so the hierarchy is typically there's

22   four leaders.  There's the health services

23   administrator, you have the nurse manager, you have a

24   behavioral health director, and the responsible

25   physician.



Exhibit A

Page 65

1           MR. DERWINSKI:  Objection.  Form.

2           THE WITNESS:  Depending on the situation.

3    BY MS. ANDERSON:

4       Q.   What are the type of situations that Denver

5    Health expects medical providers to be notified of?

6       A.   So we have protocols --

7       Q.   Okay.

8       A.   -- which are followed by our nursing staff,

9    and those protocols will direct the nurses when to call

10   the provider.  Any concerns outside of those protocols

11   that aren't covered in those protocols, they would call

12   the provider, and then they have the ability to call the

13   provider, honestly, at any time, if they choose.

14      Q.   How does Denver Health ensure that nurses are

15   following the protocols that are put in place?

16      A.   So we do training.  When staff are onboarded,

17   we do training.  Whenever we change protocols or we

18   update, we actually do training for our staff regarding

19   protocols.

20      Q.   What measures are put in place by Denver

21   Health to ensure that nurses are following the

22   protocols?

23      A.   So the protocols are -- after they're

24   completed, like, when they evaluate a patient, they're

25   actually put into what's called an MD sign, and the



Exhibit A

Page 66

1    provider for the next day, Monday through Friday,

2    reviews those and reviews that the process, or protocol,

3    or intervention was followed.

4        Q.    Is there any way to evaluate when nurses don't

5    follow that process?

6        A.    Yeah, so if the doctor was to see something

7    and say, hey, I didn't think that this was correctly

8    followed, then he would take it either to the nurse

9    educator, nurse manager, or nurse program manager.

10       Q.    So beyond training and the doctors doing a

11   review, are there any other things in place to ensure

12   that nurses are following the protocols?

13           MR. DERWINSKI:  Objection.  Form.  Go ahead.

14           THE WITNESS:  Yeah.  We do chart audits.

15   BY MS. ANDERSON:

16       Q.    What does a chart audit entail?

17       A.    There's 50 chart audits that are completed

18   every quarter for our quality and improvement committee.

19       Q.    Who's responsible for doing the chart audit?

20       A.    The -- typically the medical records'

21   supervisor.

22       Q.    You said 50 per quarter.  How does it -- how

23   do you decide which charts to audit?

24       A.    So it's typically random.  It's 25 at the DDC,

25   25 at the Denver County Jail.  Part of those will always



Exhibit A

Page 67

1   be annuals, so patients that have been there at least a

2   year, depending on, you know, how many that we have.

3   And then other than that, it's just random.

4       Q.   What training does Denver Health give to

5   charge nurses to ensure that they're properly

6   supervising the other nurses that --

7       A.   Yeah, so they have onboarding -- they have --

8   when they're onboarded into the charge nurse role, they

9   have a charge nurse training, they have a charge nurse

10  checklist, and then they actually have, like,

11  on-the-job training with another charge nurse, I

12  believe, for around five weeks.

13      Q.   Other than the onboarding and the on-the-job

14  training, is there any other training provided to charge

15  nurses?

16      A.   Yeah, they do a monthly charge nurse meeting,

17  and in that charge nurse meeting, they do a variety of

18  topics.

19      Q.   How does Denver ensure that charge nurses are

20  properly supervising the nurses after that training has

21  been completed?

22          MR. DERWINSKI:  Objection.  Form.

23          THE WITNESS:  Yeah.  Well, the charge nurses

24      have to do a competency and then annually, there's a

25      peer review, where -- which -- it's completed by the



Exhibit A

Page 68

1        assigned person, typically a nurse manager, nurse

2        program manager, and they do an annual review of

3        charts, chart corrections, grievance log.

4    BY MS. ANDERSON:

5        Q.   Has there ever been an instance in which

6    Denver Health found that a charge nurse was not properly

7    supervising the other nurses?

8        A.   Not that I recall.  And that's 23 years of

9    being in there.

10        Q.   In the last 10 years, you don't recall any

11    instances in which --

12        A.   Of anything specifically where somebody was

13    not properly supervising another nurse?

14        Q.   Yes.

15        A.   No, not that I recall.

16        Q.   Have you ever -- has Denver Health ever made a

17    determination that a medical provider was not properly

18    supervising any of the people at the jail?

19        A.   No.

20        Q.   I noticed in the policies, there's a health

21    authority as well.  What is the health authority?

22        A.   The responsible health authority is a

23    correctional care term specific to accreditation

24    standards, and the health authority is who Denver Health

25    designates as kind of the person that provides



Exhibit A

Page 69

1    administrative oversight at the jails.

2         Q.    Who has Denver Health designated as the health

3    authority?

4         A.    Who is the health authority?

5         Q.    Yes.

6         A.    That would be me.

7         Q.    Okay.  So as the health authority, you're just

8    an individual?

9         A.    Yes.

10        Q.    Right.  Is there a health authority group?

11        A.    No, it's just who's the designated responsible

12   health authority.

13        Q.    Okay.  And as the responsible health

14   authority, what are your -- what are you responsible

15   for?

16        A.    I view that as administrative oversight,

17   budget.  I run CQI, I have direct reports, as we talked

18   about previously.  Policy procedure, accreditation,

19   liaison between Denver Health and the Denver Sheriff's

20   Department.

21        Q.    You mentioned CQI.  What is CQI?

22        A.    Continuous quality improvement.

23        Q.    And what does CQI entail?

24        A.    CQI is a quarterly meeting that we have just

25   to continuously improve inside the jail.  So we -- for



Page 70

1    example, we do grievances, we have pharmacy reports,

2    occurrence reports, our chart review audits are reviewed

3    in there.  It's just a variety of data which we look at

4    and see if there's any trends, or anywhere, or any ideas

5    or topics that we may need to put in place to maybe have

6    some areas of improvement.

7         Q.    Who is on the CQI?

8         A.    CQI would be myself, the responsible

9    physician, nurse manager, nurse program manager,

10   clinical nurse educators, the clinical supervisor,

11   medical record supervisor, organizational development

12   specialist, the medical administrator, chief of mental

13   health.  And then there could be some members of the

14   sheriff's department.

15        Q.    So how many people are on the CQI?

16        A.    It's pretty vast, probably about 15, 20.  There

17   can also be ad hoc members.

18        Q.    And how often do -- does the CQI -- is it a

19   committee?

20        A.    It is.

21        Q.    Meet?

22        A.    Quarterly.

23        Q.    What role does the CQI committee play in the

24   operation of the jail?

25        A.    Well, it's very -- there's a vast array of



Exhibit A

Page 71

1    topics.  And so the committee, we review all of the data

2    together as a team, make sure we're meeting thresholds,

3    or see if there's any opportunities identified.

4        Q.    How do you go about reviewing data?  How does

5    the data get to the CQI committee?

6        A.    It depends.  There's a lot of variety, there's

7    a lot of ways that come from data.  So, like,

8    specifically?  Or you want just a couple examples?

9        Q.    What are the types of data that the CQI

10   committee evaluates with respect to the jail's

11   operation?

12       A.    Yeah.  So just an example would be we have an

13   occurrence reporting system, and so we pull a report

14   from those occurrence reports.  And that includes things

15   like assaults, medication errors, transcription errors,

16   any PREA events in the jail, and then we review those

17   and track and trend.

18       Q.    Okay.  How do you -- what is the occurrence

19   reporting system?

20       A.    It's just a electronic system through the

21   Denver Health risk management team that we just put in

22   occurrences as we find them.

23       Q.    Right.  What are the type of occurrences that

24   are documented within the system?

25       A.    Like for example, the ones I just discussed



Exhibit A

Page 72

1  with things like medication errors, transcription

2  errors, near misses, assaults.

3      Q.   You said, near misses.  What's a near miss?

4      A.   So for example, if I'm going to give a patient

5  a medication and somebody did a transcription, and it

6  may look like their handwriting could be a near miss.

7  Like, I'm supposed to give one pill, but their

8  handwriting looks like two, that could be a near -- near

9  miss.  I almost gave somebody the wrong medication

10  because of a transcription error.

11      Q.   So a near miss is a document of something that

12  could have gone wrong, but didn't?

13      A.   Correct.

14      Q.   Okay.  Do the occurrence reporting systems

15  also document misses?

16      A.   Yes.  Like, if we have medications with missed

17  doses and, you know, things that -- maybe for example,

18  if a medication sheet wasn't present and a patient

19  missed a dose of medication, then we would put it in

20  that system.

21      Q.   Do -- does the reporting system also document

22  errors by the medical staff?

23      A.   Like, medication errors, it does.

24      Q.   Is it limited to medication errors?

25      A.   No, not necessarily.  Like, say if somebody



Exhibit A

Page 76

1    developed off of accreditation standards.

2         Q.    Okay.  And Exhibit 96 says that, "The policy

3    is that patients will have the opportunity to grieve

4    areas of concern with regard to health services without

5    fear of reprisal.  Health services grievances will be

6    tracked, noting types of complaints and their outcome.

7    Action may be taken if trends are noted."  Did I read

8    that correctly?

9         A.    You did.

10        Q.    And then with -- in the third paragraph under

11   procedure, it mentions that, "Health services grievances

12   are delivered via e-mail to health services, and they're

13   logged and scanned."  Do you see that?

14        A.    I do.

15        Q.    So who is -- scratch that.

16              How does Denver Health track their grievances?

17   You mentioned a few of the categories in that log.

18        A.    Uh-huh.

19        Q.    Explain that process to me.

20        A.    You want me -- like, how it starts?  From

21   initially how it starts?  Or just how it's entered into

22   the log?

23        Q.    How -- the whole process.

24        A.    Okay.  So the grievances are -- there's

25   grievance boxes in -- secured grievance boxes in every



Page 81

1   you're referring to?

2        A.    National Commission of Correctional

3   Healthcare, American Correctional Association, PREA,

4   Prison Rape Elimination Act.

5        Q.    And what do those entities require that you

6   track with respect to grievances?

7        A.    Just that we do track the grievances.  They

8   don't necessarily specifically tell us we have to track

9   specific items in the grievances, but that we do have to

10  track them.

11       Q.    So Denver Health has discretion as to what

12  it's tracking?

13       A.    Well, we track the items that are beneficial

14  as far as looking at improving our outcomes and our

15  processes.

16       Q.    What items are beneficial to determine what

17  you need to improve outcomes and processes?

18       A.    Beneficial would be if we've seen an increase

19  -- well, what we talked about, the different grievances,

20  the different categories, right?  What are the outcomes

21  of those grievances?  And if we've notified trends of

22  upticks in those, we're going to look at why, and is

23  there something we need to do to change that?

24       Q.    Who is responsible for determining the outcome

25  of grievances?



Page 86

1  Like, a written report or a request?  I -- I just -- I'm

2  not clear.

3       Q.   Does Denver Health -- can -- so verbal

4  reports.  So does Denver Health receive verbal reports

5  that it considers at the CQI Committee in order to

6  determine what -- how to improve outcome and processes?

7       A.   If staff members are there and they want to

8  give some information, they're welcome to do so --

9       Q.   Is that --

10      A.   -- at the CQI.

11      Q.   Does that typically occur where Denver Health

12 receives verbal reports from staff members?

13           MR. DERWINSKI:  I'm just going to object to the

14      form.  Go ahead.

15           THE WITNESS:  I mean, in CQI it's a

16      multidisciplinary team, and it's -- anyone's welcome

17      to report on anything they want.

18 BY MS. ANDERSON:

19      Q.   In your experience has -- have staff members

20 come to CQI meetings and provided oral reports?

21      A.   For example -- if I'm following you correctly,

22 for example, we were in CQI last time and the pharmacist

23 brought up that there's been an increased trend in

24 utilization of Eucerin, which has, you know, brought up

25 costs, and just trying to look at and identify why that



Exhibit A

Page 112

1  anybody raised concerns about the training program

2  specifically?

3      A.    Not that I recall.

4      Q.    Are there any documented cases in which Denver

5  Health staff failed to recognize symptoms of a medical

6  emergency?

7          MR. DERWINSKI:  Objection.  Form.

8          THE WITNESS:  Can you repeat the question?

9  BY MS. ANDERSON:

10     Q.    Are there any documented instances in which

11 Denver Health staff failed to recognize symptoms of a

12 medical emergency?

13     A.    Documented cases like lawsuits or -- I -- can

14 you clarify?  I'm not --

15     Q.    I'll rephrase the question.

16     A.    Okay.

17     Q.    What is the specific training with respect to

18 recognizing the symptoms of a medical emergency that

19 Denver Health provides?

20     A.    Yeah.  We provide emergency response training

21 for our new hires.  We do it annually.  We do a

22 quarterly Emergency Response Training, and we do an

23 annual Mass Disaster Training, and then we can do any

24 additional training in between.  We do regular training

25 on a monthly basis.



Exhibit A

Page 117

1      Q.    And what's the purpose of the protocols?

2      A.    The protocols are to guide the care for the

3   frontline nursing staff.

4      Q.    Is part of the purpose of the protocols to

5   ensure that patients get appropriate medical care?

6      A.    It's to guide -- to guide the care based on

7   what the concern is that's being presented.

8      Q.    It's also to give guidance as to when to call

9   a medical provider for the nurses?

10      A.    Some of them will -- yeah, will provide

11   guidance as far as when to call.

12      Q.    Okay.  Are the protocols updated regularly to

13   reflect new guidelines or guidance?

14      A.    They are.

15      Q.    How often?

16      A.    They're updated -- updated a minimum of

17   annually, but it can be more often depending on changes,

18   standard of care, et cetera.

19      Q.    How are medical personnel supervised to ensure

20   that they are applying the protocols correctly in real-

21   world situations?

22      A.    So when the -- the protocols are utilized,

23   then it's documented right in the chart, and then those

24   charts go to the providers who do a chart review the

25   next day.



Page 123

1    A.    That would be up to the physician.  The

2  physician writes the protocol and provides this

3  guidance.

4    Q.    All right.  What training or guidance does

5  Denver Health provide to the medical doctors with

6  respect to ongoing diarrhea?

7    A.    They could have some training.  I'm sure it's

8  involved in their boards when they have to get their

9  boards.  I mean, they go through a lot of schooling and

10  licensure that they're governed by the board as well. So

11  most medical diagnosis are covered when they go to

12  school.

13    Q.    Is there a written protocol on vomiting?

14    A.    I believe so, or it's part of different

15  protocols.

16    Q.    What guidance does Denver Health provide with

17  respect to patients that are vomiting?

18    A.    I'd have to re-read through all the protocols

19  and I don't have them memorized.

20    Q.    Sitting here today, you don't have -- you --

21  do you know what -- any guidance that is provided with

22  respect to vomiting?

23    A.    So, for example, if we have somebody that's in

24  withdrawal and then they could have, like, PRN Zofran if

25  they're vomiting.  We can start them, I believe, like,



Exhibit A

Page 139

1        A.    I -- concerns maybe a handful of times a year,

2   but often after review, it's more it's -- just because

3   somebody makes a concern doesn't mean that it's valid,

4   and that's why you do your due diligence and get all

5   sides of the story.

6        Q.    Are there any guidelines in place to determine

7   what complaints are valid versus not valid?

8        A.    Well, I mean, if you've -- you -- by your

9   review, you would determine if it's valid or not.

10       Q.    But Denver Health -- but does Denver Health

11   provide the review or any guidelines?

12       A.    There's really not -- I mean, it's vast.  I

13   mean, there's a vast majority of concerns that can be

14   expressed, so that would almost be next to impossible.

15       Q.    Other than the occurrence reports and the

16   grievances, how -- are there any other mechanisms in

17   which reports of medical negligence and the related

18   investigations are documented?

19       A.    People can do a report to the -- to the board.

20   I mean, and anybody can report to the board if they feel

21   like care was inadequate, and that's governed by the

22   Board of Colorado.

23       Q.    Does Denver Health have an internal system for

24   tracking the status and outcomes of medical negligence

25   investigations?



Exhibit A

Page 144

1   -- policies as a result of an allegation of medical

2   negligence?

3        A.   Not that I'm aware of, related to that.

4        Q.   Has there been any changes to the policies as

5   a result of allegations of deliberate indifference in

6   the past?

7            MR. DERWINSKI:   Objection.   Foundation.

8            THE WITNESS:   Not that I'm aware of.

9   BY MS. ANDERSON:

10        Q.   Are you aware of any changes that Denver

11   Health has implemented as a result of inadequate medical

12   care at the jail at all?

13        A.   Not that I'm aware of.

14        Q.   Are the investigations into medical negligence

15   audited by an outside agency?

16        A.   They can be.   I mean, we get accredited by ACA

17   and NCCHC.   Whenever our accrediting body is coming out,

18   we post signs throughout the jail, throughout the

19   housing units, and anybody can write in there and report

20   any concerns or complaints to the accrediting body.   And

21   when the accrediting body comes in, they'll often look

22   at those patients' charts and talk to those patients.

23        Q.   Does the CQI Committee ever send an outside

24   agency information in order to review the policies in

25   place at Denver Health?



Exhibit A

Page 161

1  developed over time regarding discipline that are not

2  formally written in the policies that are followed?

3       A.   Can you repeat the question?

4       Q.   Are there any practices that have developed

5  over time regarding discipline that are not formally

6  written in the policies?

7       A.   I mean, if you would do a coaching, I guess --

8  I don't know that the policy says, you know, you can do

9  a -- you know, an e-mail coaching or a verbal coaching.

10 But that's just part of, you know, supervisory training.

11      Q.   How does Denver Health monitor issues of

12 misconduct over time or track issues of misconduct over

13 time?

14      A.   Well, if they were valid misconducts, then it

15 would be in the accountability-based performance system

16 and staff would be disciplined.  You also have the

17 Governing Board of Colorado in which people can report,

18 and if those are investigated and founded, you would

19 find them on your licensure.  We do pull our licensure

20 every year, so we would know if somebody on there had a

21 citation.  And physicians, by accrediting bodies, can't

22 work, if they have a citation, in a correctional-care

23 institution.

24      Q.   Does Denver Health track repeated types of

25 misconduct, even though it's not engaged in by the same



Exhibit A

Page 164

1          (OFF THE RECORD)

2          THE VIDEOGRAPHER:  We are on the record.  The

3     time is 2:23 p.m.

4  BY MS. ANDERSON:

5     Q.    Now we're going to talk about Topic 2, which

6  is Denver Health's investigation into Leroy Taylor's

7  death.  Did Denver Health investigate Mr. Taylor's

8  death?

9     A.    Yes.  They did a review.

10    Q.    Who did the review of Mr. Taylor's death?

11    A.    The review, I believe, was -- Dr. Tom

12  MacKenzie was present.  Carol Rogers was present.  I was

13  present.  Dr. Peter Crum was present.  Sara Rosenthal, I

14  believe was present.  Ann-Marie Stuart is who I recall.

15    Q.    When did the review begin?

16    A.    It was -- would have occurred within 30 days

17  of the death.  I don't have the exact date.

18    Q.    When was the review completed?

19    A.    The -- I assume the day we had the meeting.

20    Q.    Would that meeting have occurred 30 days after

21  his death?

22    A.    30 -- at -- within 30 days of the death is

23  when the review was done.

24    Q.    Was this the only review that Denver Health

25  did of Mr. Taylor's death?



Page 177

1    Q.    And that administrative review happens after

2  the mortality review?

3    A.    It varies.  They -- the -- they can do the

4  administrative review when they want, but they do have

5  to give that to us.

6    Q.    And when they do the administrative review and

7  provide it to Denver Health, does Denver Health use that

8  to inform their review of the inmate's death?

9      MR. DERWINSKI:  Objection.  Form.  Go ahead.

10      THE WITNESS:  We could utilize it if there was

11    deficiencies.  For example, like, if roundings

12    wasn't done or, you know, completely.  I don't know

13    that we would utilize it to determine the outcome of

14    a death. They are two separate entities.

15  BY MS. ANDERSON:

16    Q.    Did Denver Health ultimately conclude that

17  none of its medical -- none of the medical staff did

18  anything wrong with respect to Mr. Taylor?

19    A.    Correct.

20    Q.    And in making that determination, did they

21  consider that Mr. Taylor presented with blue hands and

22  feet hours before he died?

23      MR. DERWINSKI:  Objection.  Foundation.  Form.

24    Go ahead.

25      THE WITNESS:  I can't speak to exactly what



Exhibit A

Page  173

1        Q.    Before the review was presented, they were

2    interviewed?

3        A.    Yes.

4        Q.    Okay.  And the defendants testified that they

5    had only been interviewed once, and I presume that that

6    was through this review process; does that sound right?

7            MR. DERWINSKI:  Objection.  Foundation.

8            THE WITNESS:  I -- I don't know what they

9        testified to.

10   BY MS. ANDERSON:

11       Q.    Okay.  If telephone recordings would enable

12   the people doing the quality assurance review to learn

13   more about what Mr. Taylor complained about and when he

14   complained about it, with respect to the care or lack of

15   care he received -- he was receiving from Denver Health

16   staff, would the people who did the review want to

17   listen to those recordings?

18           MR. DERWINSKI:  Objection.  Form.

19           THE WITNESS:  Yeah.  I can't assume what they

20       would or wouldn't want to listen to, but I do know

21       that we don't have access to those recordings.

22   BY MS. ANDERSON:

23       Q.    Well, you were part of the review team?

24       A.    Uh-huh.

25       Q.    Would --



Exhibit A

Page 259

1        A.    Correct.

2        Q.    Okay.  What about taking an inmate out of the

3    holding cells by the deputy's desk on the third floor?

4    Could a Denver Health person go in there and take them

5    out and move them somewhere?

6        A.    No.  They're secured and locked.

7        Q.    Okay.  If you're on the Denver Health medical

8    staff, can you call 911 from the jail?

9        A.    Could we?  We could, but that's not our

10   practice because the sheriffs make the calls to 911

11   because they have to prepare the facility for entrance.

12       Q.    What do you mean, prepare the facility for

13   entrance?

14       A.    Well, they have to know throughout the jail

15   that somebody -- that an ambulance is coming in and

16   there's a certain sally port they have to come in that

17   would have to be open.  You need to have doors open. You

18   need to have elevators up, so for -- I mean, if I called

19   911 and somebody showed up, how would they even get in

20   the jail?  They couldn't.  That has to be coordinated

21   through the Sheriff's Department.

22       Q.    Okay.  So if an ambulance shows up at the

23   jail, they can't just pull up to the front door and run

24   in; is that fair to say?

25       A.    That's correct.



Exhibit A