| DENVER HEALTH<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-A-01**<br>Essential:<br>**ACA 4-ALDF-4C-01,02**<br>Non-Mandatory |
|---|---|
| | Obsoletes:<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date: 1-1-23** |
| **Access To Care** | **Number of pages: 1** |

**Rationale:**   Key to the provision of health care is a patient's ability to access care in a timely manner as dictated by the acuity of the health concern.

**Policy:**   Patients have timely access to health services providers to meet their serious medical, dental and behavioral health needs regardless of ability to pay.  Once evaluated by a qualified health care professional, ordered care shall be provided. The Responsible Health Authority identifies and eliminates unreasonable barriers intentional or unintentional to patients receiving health care.

**Responsibility:**   Health Authority (Denver Health, Designated Unit Health Authority, Responsible Physician, Nurse Manager, and Behavioral Health Director) Denver Sheriff Health Services (CQI) *Continuous Quality Improvement* Committee

**Procedure:**   The Health Authority, Responsible Physician, Nurse Manager, Behavioral Health Director and the CQI committee will assure that patients have equal access to care and that there are not barriers to patients receiving care. Allegations that access to care have been denied will be reviewed.

Patients are advised via the inmate handbook of co-pays related to health services.

Exhibit B

| **DENVER HEALTH**<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-A-02**<br>**Essential**<br>**ACA 4-ALDF-4D-01**<br>**Mandatory**<br>**ACA 4-ALDF-4C-28**<br>**Non-Mandatory** |
|---|---|
| | **Obsoletes:**<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 01-1-22**<br>**Review Date: 01-1-23** |
| **Responsible Health Authority** | **Number of pages: 1** |

**Rationale:** The Health Services Delivery System assures patients have access to quality health care. Designating a single individual responsible for oversight improves accountability for the quality of services. A physician must supervise medical judgments to assure that health decisions are appropriate.

**Policy:** By virtue of a contract between the City and County of Denver and Denver Health (DH), Denver Health is responsible for the provision of health services for the patients incarcerated in the Denver Sheriff Department facilities. The DH Chief Operating Officer (COO) will designate an individual as the *Health Authority* to arrange and provide oversight for these services. If that individual is not a physician, the COO will designate a physician as the *Responsible Physician.*

**Responsibility:** Denver Health and the DH Chief Operating Officer

**Procedure:** The DH Chief Operating Officer will designate a person as the *Responsible Health Authority (RHA)*. That individual will be responsible for the oversight of health services at the Denver Sheriff Department facilities. The RHA arranges for all levels of health care and assures quality, accessible and timely health services for patients. The RHA responsibilities are documented via job description and the RHA is on site at least weekly. The Health Authority will establish a mission statement in conjunction with the leadership team.

If the designated Health Authority is not a physician, the COO will designate a physician assigned to the Denver Sheriff Department as *Responsible Physician.* The Responsible Physician will be responsible for oversight of clinical decisions and final clinical judgment. The responsible physician and behavioral health director are on site enough to fulfill the position's clinical and administrative responsibilities.

There is an organizational structure for behavioral health services and a behavioral health director is designated by DH.

**See J-A-2-#2 Addendum with designated Health Authority, Responsible Physician, and Behavioral Health Clinician.

Exhibit B

| **DENVER HEALTH**<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-A-03**<br>Essential<br>**ACA 4-ALDF-4D-02**<br>Mandatory |
|---|---|
| | **Obsoletes:**<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date:   1-1-23** |
| **Medical Autonomy** | **Number of pages: 1** |

**Rationale:**     The delivery of health services in a correctional environment is dependent upon mutual cooperation between Health Services and Security.  Each group must recognize the respective responsibilities of the other in order to provide quality health care safely in this environment.

**Policy:**     Clinical decisions are the sole responsibility of qualified health care professionals.  If there is a security risk with an individual, health services and security staff will confer and determine a means to provide needed care in a manner that protects the safety of both the staff, patients and the general public. Administrative decisions are coordinated, if necessary, with clinical needs so that patient care is not jeopardized.

It is also expected that Health Services staff will comply with the security regulations for the Denver Sheriff Department and custody staff support the implementation of clinical decisions.

**Responsibility:**     Denver Sheriff Department
Denver Health

**Procedure:**     Health Services staff will determine the health needs of patients in the custody of the Denver Sheriff Department.  If there is a security concern (i.e. an escape risk for transport), the security personnel will bring this to the attention of health services personnel.   The Health Authority or designee will confer with a supervisor from the Denver Sheriff Department to assure needed care is provided.

If Health Services personnel feel that security personnel are interfering with needed health care, this will be reported to the Health Authority or designee who will meet with security supervision to resolve this problem. If at any time security staff feel that Health Services personnel are compromising security procedures, they will report this to security supervision, which will confer with the Health Authority or designee to resolve this situation.  Situations that cannot be resolved in the above manner may be referred to the (CQI) *Continuous Quality Improvement* Committee.

Exhibit B

| DENVER HEALTH<br><br>**Department of Correctional Care**<br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-A-05**<br>**Essential**<br>**ACA 4-ALDF-7D-06,07**<br>**ACA 4-ALDF-7D-08,09**<br>**Non-Mandatory** |
|---|---|
| | **Obsoletes:**<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date: 1-1-23** |
| **Policies and Procedures** | **Number of pages: 2** |

**Rationale:**   A **Manual of Health Care Policies and Procedures** serves as a reference tool for Health Services staff and addresses each applicable standard in the Standards for Health Services in Jails.  It is also an orientation tool so new staff understands their responsibilities.  A *policy* is the official position on a particular issue and a *procedure* describes how the policy is implemented.

**Policy:**   A **Manual of Health Care Policies and Procedures** will be site specific and/or available via computer in the medical units of the Denver Detention Center ( DDC)  and the Denver County Jail (DCJ).  The Health Authority and the Responsible Physician will develop this manual, which will cover, at a minimum, the National Commission of Correctional Health Care (NCCHC) and the American Correctional Association (ACA) standards

**Responsibility:**   Health Authority
Responsible Physician

**Procedure:**   Health Authority and Responsible Physician will develop the **Policy and Procedure Manual**.  Employees may participate in the formulation of the Policies and Procedures when applicable.
The **Policy and Procedure Manual** is kept in an accessible location in the medical units of the Denver Detention Center (DDC) and the Denver County Jail (DCJ) and is available on the computer.  It is expected staff familiarize themselves with the contents of this manual and know its location if needed for reference.  New employees will review the manual as part of their orientation. Health Services staff review policies and procedures any time they are revised or new policies are introduced,

An *Annual Review* of the manual will occur by the health authority and responsible physician.  Any revisions are made under the direction of the health authority.  A signature sheet indicating that this has occurred will be the first page of this manual.

Denver Sheriff Department personnel who are affected by a specific

Exhibit B

| | |
|---|---|
| **DENVER HEALTH**<br><br>**Department of Correctional Care**<br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-A-05**<br>**Essential**<br>**ACA 4-ALDF-7D-06,07**<br>**ACA 4-ALDF-7D-08,09**<br>**Non-Mandatory** |
| | **Obsoletes:**<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date: 1-1-23** |
| **Policies and Procedures** | **Number of pages: 2** |

policy may review specific policies (i.e. diet policy reviewed by the Director of Food Services) to ensure other policies do not conflict with health services polices.

Revisions to policies and procedures that occur at times other than the annual review will have the effective date changed. Any changes will be updated in the manual and computer by the administrative assistant. New or revised revisions are disseminated to staff prior to implementation via email and reviewed in staff meetings if necessary.  The RHA and Responsible Physician will date and sign individual policy and procedures when changes occur outside the annual review.

Exhibit B

| | |
|---|---|
| **DENVER HEALTH**<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-A-09**<br>**Important**<br>**ACA 4-ALDF-4D-23**<br>**Non-Mandatory**<br>**ACA 4-ALDF-4D-24**<br>**Mandatory** |
| | **Obsoletes:**<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date:    1-1-23** |
| **Procedure in the Event of Death** | **Number of pages: 2** |

**Rationale:** In order to determine the appropriateness of clinical care, deaths are reviewed. In addition, examination of similar events may reveal a pattern, which may necessitate additional training or other interventions. The responsible health authority (Responsible Physician) conducts a thorough review of each death in custody in an effort to improve care and prevent future deaths.

**Policy:** The Designated Health Authority and Responsible Physician will do an initial evaluation of the death. A clinical mortality will be conducted within 30 days of the death. A psychological autopsy will be conducted if the death is by suicide within 30 days.  An administrative review is conducted in conjunction with custody staff. The Continuous Quality Improvement (CQI) Committee may conduct additional analysis of the event and make recommendations if necessary.

**Responsibility:** Health Services
Denver Sheriff Department
Office of the Coroner of the City and County of Denver

**Procedure:** In the event of patient death the following actions will occur:
- Nursing staff will implement the mortality call down list. The mortality call down list is available on the T drive and is to be completed with facility deaths and/or life threatening events.
- The Denver Sheriff Department supervisor will notify the Coroner's Office.  In cases when the Coroner and the District Attorney deem it advisable, a post mortem examination will be performed.
- Behavioral Health services will be available to debrief patient and staff as appropriate.
- Health Services personnel present document the event in the patient's medical record.
- Staff may be requested to complete a Denver Police Department Statement. Staff should place their business address on the form. The statement should be brief and factual.  The statement should not

**Exhibit B**

| DENVER HEALTH | POLICY: |
|---|---|
| **Department of Correctional Care** | **NCCHC J-A-09**<br>Important<br>**ACA 4-ALDF-4D-23**<br>Non-Mandatory<br>**ACA 4-ALDF-4D-24**<br>Mandatory |
| **DENVER SHERIFF DEPARTMENT FACILITIES** | |
| | **Obsoletes:**<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date:   1-1-23** |
| **Procedure in the Event of Death** | **Number of pages: 2** |

replicate the Problem Oriented Record (POR) but should contain only Protected Health Information (PHI) necessary.

- The Health Information Management (HIM) record will be secured and a copy of the record will be sent to the Designated Health Authority and others as appropriate.
- The Responsible Physician will review the record, and call the Coroner's Office for preliminary autopsy results.
- The Responsible Physician will organize a multi-disciplinary Mortality Review Committee, which will convene within 30 days of the death. The committee will consist of representatives from both Health Services and the Sheriff Department.  A physician reviewer from outside the health services staff may be invited to participate.  The Behavioral Health team participates in the psychological autopsies.
- The Responsible Physician will maintain a record of the date and time of the meeting, persons present, analysis of the death, and suggestions for improvement and recommendations for any other actions that need to be taken.
- All staff including treating staff is informed of the clinical mortality review and administrative findings by the responsible physician or designee at the All staff meetings.

A mortality log is maintained by the Responsible Physician which includes:
a) Patient name or CD number
b) Age at time of death
c) Date of death
d) Date of clinical mortality review
e) Date of Administrate review
f) Cause of death ( hanging, respiratory failure etc)
g) Manner of death ( natural, suicide, homicide, accident etc)
h) Date pertinent findings of review shared with staff
i) Date of psychological autopsy, if applicable

Exhibit B

| DENVER HEALTH<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-A-10**<br>Important<br>**ACA 4-ALDF-6B-01**<br>Non-Mandatory |
|---|---|
| | **Obsoletes:**<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date:   1-1-23** |
| **Grievance Process for Health Care Complaints** | **Number of pages: 2** |

**Rationale:**     The grievance procedure provides patients an opportunity to express their concerns and resolve problems. The facility protects a patient's right to disagree with or question the health care system.

**Policy:**     Patients will have the opportunity to grieve areas of concern with regard to health services without fear of reprisal.   Health Services grievances will be tracked noting types of complaints and their outcome. Action may be taken if trends are noted.

**Responsibility:**   Health Authority or Responsible Physician (if different) or designee
Denver Sheriff

**Procedure:**     Patients are informed of the Grievance Procedure in the ***Inmate Handbook***.

Grievances are collected by several mechanisms.  The patient may hand the Grievance Form to his or her building officer or deposit it in boxes located throughout the jail.

Health Services grievances are delivered via email to Health Services. Upon arrival to Health Services, grievances are logged and scanned. The grievances are then distributed to the Responsible Physician, Health Services Administrator, Nurse Manager, Director of Correctional Behavioral Healthcare, or designee for review.

The Responsible Physician or designee may review the chart, medication records and may discuss the issue with the individual named if it is a complaint about a particular staff member.

A written response is formulated within 30 days of receipt and based on principals of adequate medical care. . The written response is sent to the patient.

If the patient is not satisfied with the response they may send a second

Exhibit B

| DENVER HEALTH<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-A-10**<br>Important<br>**ACA 4-ALDF-6B-01**<br>Non-Mandatory |
|---|---|
| | Obsoletes:<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date:  1-1-23** |
| **Grievance Process for Health Care Complaints** | **Number of pages: 2** |

level grievance (appeal) to the Health Service administrator.  If still aggrieved a sealed letter may be sent to the Denver Health Patient advocate.

A log is maintained of grievances with the name, the date written if noted, the date received, the response date, the type of complaint, and the outcome.

The Grievance Log and trend information will be presented to the Continuous Quality Improvement (CQI) Committee. If trends are noted, the CQI committee may formulate action and review the results of this action.

Exhibit B

| DENVER HEALTH<br><br>Department of Correctional Care<br><br>DENVER SHERIFF DEPARTMENT FACILITIES | POLICY:<br>NCCHC J-B-07<br>Essential<br> ACA 4-ALDF-4C-40<br>Non-Mandatory<br>ACA 4-ALDF-4D-14<br>Mandatory |
|---|---|
| | Obsoletes:<br>Prior Jail Medical Policies |
| STANDARD POLICY AND PROCEDURES | Effective Date: 1-1-22<br>Review Date:   1-1-23 |
| Communication on Patients' Health Needs | Number of pages: 3 |

**Rationale:**   Communication occurs between the facility administrator and treating health staff regarding patients' significant health needs that must be considered in classification decisions in order to preserve the health and safety of the patient, other patients, or staff.  To assure the health and safety of patients with special needs, there should be communication between Health Services and the Denver Sheriff Department (DSD).

**Policy:**   There will be active communication between the jail administrator or designee(s) and the Responsible Physician or designee(s) on patients with significant medical or behavioral health conditions or disabilities prior to the following actions:
- Housing Assignments
- Work Assignments
- Program Assignments or selection
- Disciplinary Measures
- Admissions to and Transfers from facilities
- Clothing or appearance
- Activities of daily living
- Transports to and from outside appointments

**Responsibility:**   Denver Sheriff Department
Health Services

**DENVER COUNTY JAIL (DCJ) AND DENVER DETENTION FACILITY (DDC)**
- Officers are advised of patients' special needs that may affect housing, work, and program assignments; disciplinary measures, admissions to and transfers from institutions, transport to and outside appointments, clothing or appearance and activities of daily living. Whenever a patient has any of the above or significant medical or behavioral health condition that would affect his or her activities in the jail, a *RECOMMENDATIONS FOR CLASSIFICATION (RFC)* form will be completed. The RFC is how health needs are communicated with the

Exhibit B

| DENVER HEALTH<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-B-07**<br>**Essential**<br> **ACA 4-ALDF-4C-40**<br>**Non-Mandatory**<br>**ACA 4-ALDF-4D-14**<br>**Mandatory** |
|---|---|
| | **Obsoletes:**<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date:  1-1-23** |
| **Communication on Patients' Health Needs** | **Number of pages: 3** |

DSD and documented in the chart.

- The yellow copy will be forwarded to Classification. The original will remain in the patient's chart.  Copies without a name stamp may  be returned from classification to the Health Services Staff for name clarification.
- For patients housed at the Denver County Jail (DCJ) Medical Unit or the Denver Detention Center (DDC) Medical unit a door tag is utilized. Limitations may be noted.
- Any time an officer has a concern about the ability of a patient to function in either a housing or work assignment, the officer will notify Health Services for review.
- Health Services shall be notified for medical or behavioral health clearance prior to transfer to another facility.  In the case of patients being transferred, written prescriptions may be written to accompany the patient if needed and Health Services has been notified in advance of the transfer.
- Prior to release, patients housed in the DCJ Medical Unit or the DDC Medical Unit for acute medical or behavioral health problems will be reassessed by the Health Services to determine if it is safe to release the individual to the street or if arrangements need to be made to transfer the individual to a medical facility. The internal hold is placed by the Health Services Staff on an internal mental health hold form. The original is placed in the front of the health record and a copy is provided to classification/records to flag the patient record prior to release.

Health and custody staff communicates about patients with special needs conditions that may include, but are not limited to, the following:
- Chronically ill
- On dialysis
- Adolescents in adult facilities
- Communicable diseases
- Physically disabled
- Pregnant

Exhibit B

| DENVER HEALTH<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-B-07**<br>Essential<br> **ACA 4-ALDF-4C-40**<br>Non-Mandatory<br>**ACA 4-ALDF-4D-14**<br>Mandatory |
|---|---|
| | **Obsoletes:**<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date:  1-1-23** |
| **Communication on Patients' Health Needs** | **Number of pages: 3** |

- Frail or old age
- Terminally ill
- Mentally ill or suicidal
- Developmentally disabled
- Suspected victims of physical or sexual abuse
- Intellectual disability
- Physical or sexual abuse
- Physical or mental health contradictions to restraint or seclusion
- Gender dysphoria, transgender

**CONFIDENTIALITY**
The Health Authority shares information with the Sheriff or designee regarding a patient's health management. The circumstances are specified when correctional staff are advised of a patients health status. Only information necessary to preserve the health and safety of the patient, other patients, volunteers, visitors, or correctional staff is provided.  Information provided addresses only the health needs of the patient as it relates to housing, program placement, security, and transport.

Exhibit B

| DENVER HEALTH<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>NCCHC J-B-08<br>**Important**<br>**ACA**<br>**No cross-reference** |
|---|---|
| | **Obsoletes:**<br>**Prior Jail Medical Policies**<br>**(J-B-02 Environmental Health and Safety)** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date: 1-1-23** |
| **Patient Safety** | **Number of pages: 3** |

**Rationale:**   Facility staff implements systems to reduce risk and prevent harm to patients. Denver Health (DH) /Denver Sheriff Department (DSD) are committed to creating and sustaining a culture of patient safety and quality.  As part of that process, DH utilizes **Occurrence Reports** - a real-time, Web-based reporting tool that increases awareness of patient safety concerns.  This reporting system is used to promote patient safety by instituting systems to prevent adverse and near-miss clinical events.

**Policy:**   The Responsible Health Authority (RHA) and Nurse Manager proactively implements patient safety systems to prevent adverse and near-miss clinical events. The RHA implements a reporting system for health services staff to voluntarily report, in a non-punitive environment, adverse and near miss events that affect patient safety.

**Responsibility:**   Responsible Health Authority (RHA)
Nurse Manager
Health Services
Denver Sheriff Department

**Procedure:**   Staff is informed of the system during orientation. The web training teaches employees how to utilize the system and is available to employees anytime during their employment.  There is a desk top icon for easy access and training of the system. Patient occurrences are encouraged to be reported on a voluntary basis.  Reporting should be factual and to the point, and should avoid emotion and blame.  Listed below are some guidelines for the types of events that should be reported.  However, in spite of the recommendations, if you think it needs to be reported - report it!
What to report
- Patient deaths - *should be reported if the death was a result of an occurrence or a breach in the quality of care.*
- Events related to patient transfer or patient transport
- Medication errors – especially those involving the following high risk categories: hypoglycemic agents/insulin; anticoagulants/heparin; chemotherapeutic agents; and narcotics;
- Adverse drug reactions

Exhibit B

| DENVER HEALTH<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>NCCHC J-B-08<br>Important<br>**ACA**<br>No cross-reference |
|---|---|
| | **Obsoletes:**<br>**Prior Jail Medical Policies**<br>(J-B-02 Environmental Health and Safety) |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date: 1-1-23** |
| **Patient Safety** | **Number of pages: 3** |

- Falls
- Skin breakdown
- Complications of treatment, procedures or tests (even if it is a known complication)
- Errors related to treatment, procedures or tests
- Assaults
- Equipment malfunction
- Lack of appropriate consent
- Significant delays in care that cause harm

Provide the following details of the occurrence (whenever possible):
- What happened
- Who was involved
- Patient assessment/condition following the event/new injuries
- Vital signs after the event (baseline vitals, if possible)
- Change in mental status/level of consciousness
- Who was notified
- Interventions

Additionally, if there is an occurrence related to new initiatives, information technology (i.e. EHR), medical equipment or space, please document the event using keywords to identify trends in those areas.

Although Denver Health does not want to discourage anyone from entering an occurrence report, staff needs to know the time they spend on occurrences is important to the improvement process. Therefore, the guidelines below should help identify events that do not need to be reported:

- Staff injuries - No staff injuries should be entered. Staff injuries should be reported to the OUCH line. If a staff member is assaulted by a patient, the *patient behavior* should be entered as a patient occurrence.

- Interdepartmental conflicts regarding process/procedure should not be reported on occurrences, but rather to the manager of the department.

Exhibit B

| DENVER HEALTH | POLICY: |
|---|---|
| **Department of Correctional Care** | **NCCHC J-B-08**<br>**Important**<br>**ACA**<br>**No cross-reference** |
| **DENVER SHERIFF DEPARTMENT FACILITIES** | |
| | **Obsoletes:**<br>**Prior Jail Medical Policies**<br>**(J-B-02 Environmental Health and Safety)** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date: 1-1-23** |
| **Patient Safety** | **Number of pages: 3** |

If there is a concern about the quality of patient care, staff can also directly contact the Department of Patient Safety and Quality or the Risk Management Department.

Occurrences are reviewed as part of the Continuous Quality Improvement (CQI) meetings.  The report assists with communication between health services and custody staff and proactive measures to avoid injuries.

Exhibit B

| **DENVER HEALTH** **Department of Correctional Care** **DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:** **NCCHC J-C-04** **Essential** **ACA** **No cross-reference** |
|---|---|
| | **Obsoletes:** **Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22** **Review Date:    1-1-23** |
| **Health Training for Correctional Officers** | **Number of pages: 2** |

**Rationale:**  Correctional officers are trained to recognize the need to refer a patient to a qualified health care professional. Officers are with patients on a daily basis and in close proximity in the event of an emergency, it is important they recognize certain medical conditions and can relay this information to the health services staff.  Rapid initiation of first aid and Cardiopulmonary Resuscitation (CPR) may improve outcomes.

**Policy:**  Officers who work with patients will be trained at the Denver Sheriff Department Training Academy at the beginning of employment and every two years thereafter in the following health related areas:

- Administration of first aid
- Recognition of the need for emergency care and intervention in life-threatening situations
- Recognition of  acute manifestations ( asthma, seizures and diabetes) of chronic illnesses, intoxication and withdrawal, and adverse reactions to medications
- Recognition of signs and symptoms of mental illness
- Dental emergencies
- Procedures for suicide prevention
- Standard Precautions for infection control and communicable diseases
- Procedures for appropriate referral of patients with medical, dental and behavioral health complaints to staff
- Basic CPR including the use of an automated external defibrillator (AED)
- Maintaining patient confidentiality

There is an outline of the course content and length of time on each topic. The Responsible Health Authority, Responsible Physician, Lead Psychologist and facility administrator reviews and approves this training.

While it is expected that 100% of the officers who work with patients are trained in all areas, compliance of the standard requires a minimum of 75% of officers on each shift will be current in the above training.

**Exhibit B**

| DENVER HEALTH<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-C-04**<br>**Essential**<br>**ACA**<br>**No cross-reference** |
|---|---|
| | **Obsoletes:**<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date:    1-1-23** |
| **Health Training for Correctional Officers** | **Number of pages: 2** |

Records of attendance are kept for each employee.  These records are maintained at the Denver Sheriff Department Training Academy.

**Responsibility:**    Denver Sheriff Department Training Academy
Health Services Staff requested to teach at the Academy
Responsible Health Authority (RHA)

**Procedure:**    The Denver Sheriff Department will develop a training curriculum to include the above areas.   The health authority, responsible physician or designee along with Behavioral Health teach and/or review and approve this curriculum.

Training academy staff will request Health Services staff to assist in the teaching of classes for the above as needed.

The training academy will keep records of officers trained and forward them to the Health Authority upon request.

Exhibit B

| DENVER HEALTH<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-D-07**<br>Essential<br>**ACA 4-ALDF 1C-01,02**<br>**ACA 4-ALDF 4D-08**<br>Mandatory<br>**ACA 4-ALDF 4D-09**<br>Non-Mandatory |
|---|---|
| | **Obsoletes:**<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date:    1-1-23** |
| **Emergency Services and Response Plan** | **Number of pages: 6** |

**Rationale:**   Prior knowledge of the course of action to follow in the event of an emergency is essential to a rapid response and increases the likelihood of a positive outcome.

**Policy:**   Planning for emergency health care ensures staff is prepared to effectively respond during emergencies. Health services will know the course of action to follow in the event of an emergency and will be trained to respond within four minutes.   Each individual should be aware of his or her role in this course of action.  Health Services will be familiar with the evacuation plan for the Medical Unit's and their role in the Denver Sheriff Department Fire Safety and Natural Disaster Plan.  In the event of a Medical Unit evacuation, health services will assist the officers in the evacuation of patients. The telephone numbers for staff as well as the community emergency response system will be readily available in both jails.  One mass disaster drill will be conducted at each facility annually. Each shift at each facility will practice a man down scenario annually. Staff will know the parameters and boundaries of treatment given to visitors and employees. Health Service Staff is available 24 hours a day, seven days a week to provide emergency services defined as a health need that cannot be deferred to the next sick call. The officers provide emergency services until health services arrive. There is a medical provider and a behavioral health provider on call at all times.   Denver Sheriff Department personnel will be trained regarding referral of patients for emergency care, the summoning of an ambulance for transport and the security procedures in these circumstances. Ambulance transport will be to Denver Health Emergency Department unless the hospital is on divert or the acuity of the illness is such that transport to the nearest facility is paramount.

**Responsibility:**   Denver Sheriff Department (DSD)
Health Services Staff

Exhibit B

| DENVER HEALTH<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-D-07**<br>Essential<br>**ACA 4-ALDF 1C-01,02**<br>**ACA 4-ALDF 4D-08**<br>Mandatory<br>**ACA 4-ALDF 4D-09**<br>Non-Mandatory |
|---|---|
| | **Obsoletes:**<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date:    1-1-23** |
| **Emergency Services and Response Plan** | **Number of pages: 6** |

Nurse Manager and/or Nurse Educator

**Procedure:**     **Initial Notification**
In the event of an emergency (mass disaster or patient death), nursing staff on site will notify the following:
- The Responsible Physician, Health Services Administrator, and Nurse Manager.
- The Designated Behavioral Health Clinician in the case of a suicide
- The Jail Provider  on call
Each individual will then notify their appropriate supervisor.

**Response**—The above will respond to the jail facilities for a mass disaster unless notified not to do so.  They will determine if additional personnel are needed and arrange notification of additional staff.

Triage—The charge nurse or designee will take control of the scene, complete an  initial scene survey including a casualty count, assign nurses to evaluate specific patients and confirm with the officers on site that the Emergency Medical Services ( EMS) has been contacted and is in route.   Each nurse will rapidly assess the assigned patients and immediately correct life-threatening problems (airway maintenance, stop hemorrhaging). Once this is accomplished, each nurse will determine the patient status classifying each as Emergent, Urgent or Delayed. The charge nurse will confer with the assessing nurses and prioritize the patient care based upon need.  Once the EMS has arrived, they will assume control and the above functions will be relinquished with health services assisting as requested.

**Definitions:**
- Emergent—respiratory distress or compromise, multi-system trauma, long bone injuries with compromised circulation, a situation where

Exhibit B

| DENVER HEALTH<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-D-07**<br>**Essential**<br>**ACA 4-ALDF 1C-01,02**<br>**ACA 4-ALDF 4D-08**<br>**Mandatory**<br>**ACA 4-ALDF 4D-09**<br>**Non-Mandatory** |
|---|---|
| | **Obsoletes:**<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date:   1-1-23** |
| **Emergency Services and Response Plan** | **Number of pages: 6** |

immediate delay in treatment might cause significant or irreversible deterioration of the patient's condition including death
- Urgent—conditions which need to be attended to within 2-4 hours to prevent irreversible damage
- Delayed—conditions where delaying treatment over 4 hours but less than 24 hours would not have an untoward effect on the eventual outcome.

**Location**—Treatment will be rendered in the Medical Unit at the Denver County Jail (DCJ) and Denver Detention Center (DDC) unless otherwise directed.  In the event that this is not possible, other locations as determined.  Emergency bags will be stationed as follows:
DCJ: the Medical Unit, Building 19 Exam Room and Building 24 -exam rooms.
DDC:  the Medical Unit, Intake room A, 2nd, 4th, and 5th Medical Exam rooms.
An emergency cart is located in the special procedures room at the DDC.
The pharmacist will check and replenish supplies quarterly. A log of these checks will be kept.

**First Aid Kits**-The DCJ and DDC Medical Unit operates as 24 hour/7 day facility and Health Services responds to emergencies. The Denver Sheriff Administrators, Responsible Physician and the Denver Health Authority Administrator have determined that First Aid Kits are not necessary throughout the facility. Emergency bags will be stationed in designated areas throughout the jail for emergency and mass casualty situations to be utilized by Health Services.
Security—Officers will direct movement within the jail and on jail grounds.

**Additional Measures**—In the event of a disaster involving significant injuries, officers will notify the Emergency Department of Denver Health (DH) of the need for assistance including ambulances and additional

Exhibit B

| DENVER HEALTH<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-D-07**<br>**Essential**<br>**ACA 4-ALDF 1C-01,02**<br>**ACA 4-ALDF 4D-08**<br>**Mandatory**<br>**ACA 4-ALDF 4D-09**<br>**Non-Mandatory** |
|---|---|
| | **Obsoletes:**<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date:    1-1-23** |
| **Emergency Services and Response Plan** | **Number of pages: 6** |

health service  personnel as determined by the Responsible Physician. The Health Services Staff will continue to assist until the crisis is over.

**Boundaries-**
**DDC**-Denver Sheriff Department (DSD) and DH agree that as it pertains to the areas located at the Downtown Detention Center (DDC) the Denver Health Staff located at the DDC will be the primary response team for medical emergencies for areas excluding: The DUI Room, Court House Building and the adjoining tunnel. (The tunnel is defined as the threshold that enters the tunnel from the DDC.) In these areas the Denver Health Staff may assist but the emergency 911 system will be identified as the primary response team for emergency medical responses in these areas.
**DCJ**-Health Services Staff will be responsible for patient areas within the facility.

**Disasters Involving Health Services Staff Casualties-**
In the event of a disaster, that incapacitates a significant number of the Health Services Staff, the officers will notify the Emergency Department of Denver Health about the situation as well the Responsible Physician and Nursing Manager.   The Responsible Physician and Nursing Manager will report to the scene and simultaneously activate as many off-site staff as possible.

**DISASTER DRILL AND MAN –DOWN DRILL**
- The Clinical Nurse Educator (CNE) and the Denver Sheriff Department will prepare disaster scenarios yearly (one mass casualty and one man down) for each facility. These drills will occur so each shift can participate.
- The Clinical Nurse Educator or designee will schedule these drills at the respective facilities to assure  staff is involved.
- The Clinical Nurse Educator will prepare a written critique of these drills and after approval from the Nurse Manager submit them to the

Exhibit B

| DENVER HEALTH<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-D-07**<br>Essential<br>**ACA 4-ALDF 1C-01,02**<br>**ACA 4-ALDF 4D-08**<br>Mandatory<br>**ACA 4-ALDF 4D-09**<br>Non-Mandatory |
|---|---|
| | **Obsoletes:**<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date:    1-1-23** |
| **Emergency Services and Response Plan** | **Number of pages: 6** |

Health Authority for review. The critiques will include: response time, names and titles of all staff participating, roles and responsibilities of all participants as well appropriate and inappropriate staff responses. Action items will be documented and implemented.

▪ The critique will then be submitted to the Continuous Quality Control (CQI) Committee for discussion and recommendations for improvement

▪ The final reviews will then be shared by the Clinical Nurse Educator at staff meeting and sent out via email to staff at both facilities. Recommendations for health services are acted upon.  Staff not present at the drills will receive the critique via email and are required to review at that time.

**TREATMENT OF VISITORS AT THE DENVER COUNTY JAIL AND DOWNTOWN DENTENTION CENTER**

SCOPE OF CARE—Treatment of visitors at the jails is limited to emergency first aid and emergency stabilization including Cardiopulmonary Resuscitation (CPR).  This treatment will continue until such time that the situation resolves or the paramedics assume care.  Treatment will take place in the visitor areas.  Under no circumstances will a visitor be brought into the secured area of the jails including the Medical Unit.

GEOGRAPHIC BOUNDARIES—At the DDC, the jail health services  will respond to emergencies inside the building only.  Emergencies outside the building will be handled by the 911 system.  At DCJ, the boundaries include areas inside the fences and the fenced parking areas.

DOCUMENTATION—Care rendered to visitors will be documented in the *Occurrence Report System*.  This will include the name of the visitor, the type of emergency, the care rendered and the outcome and/or disposition.

Exhibit B

| **DENVER HEALTH**<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-D-07**<br>**Essential**<br>**ACA 4-ALDF 1C-01,02**<br>**ACA 4-ALDF 4D-08**<br>**Mandatory**<br>**ACA 4-ALDF 4D-09**<br>**Non-Mandatory** |
|---|---|
| | **Obsoletes:**<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date:    1-1-23** |
| **Emergency Services and Response Plan** | **Number of pages: 6** |

**TREATMENT OF EMPLOYEES (INCLUDING CONTRACT EMPLOYEES)**

**SCOPE OF CARE**—Treatment of employees at the jails is limited to emergency first aid and emergency stabilization including CPR.  This treatment will continue until such time that the situation resolves or the paramedics assume care.  Care rendered to Denver Sheriff Department personnel will be documented in the *Occurrence Report System*.  Denver Sheriff Department or Denver Health employees sustaining an injury at the jail will be referred to the Occupational Health Clinic at Denver Health as per Denver Sheriff Department and Denver Health policies.  Contract employees will be referred to the supervisor of the contracting agency to ascertain where the employee should be sent for further evaluation and care.  Employees may be given aspirin or Tylenol; however, under no circumstances are employees to be given prescription medication.  If employees request it, they may be given available health education material.

The health aspects of the emergency response plan are approved by the responsible health authority and facility administrator. Notifications will be made as appropriate to the Sheriff.

Exhibit B

| **DENVER HEALTH**<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-D-08**<br>**Essential**<br>**ACA 4-ALDF-4C-05**<br>**ACA 4-ALDF-4C-06**<br>**Non-Mandatory** |
|---|---|
| | **Obsoletes:**<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date:   1-1-23** |
| **Hospital and Specialty Care** | **Number of pages: 3** |

**Rationale:** At times a patient has a condition that requires care that cannot be provided at the correctional institution. To avoid delays in patient care, it is necessary to have arrangements made for hospital, emergency and specialty care.

**Policy:** In-patient hospitalization and outpatient specialty consultation is provided as per the operating agreement between the Denver Sheriff Department (DSD) and Denver Health (DH). The responsible physician or designee is available for consultation to Denver Health with regard to care of a patient in the custody of the Denver Sheriff Department.

IN-PATIENT HOSPITALIZATION that does not require ICU or labor and deliver services occurs on a locked unit, the Correctional Care Medical Facility (CCMF) of Denver Health. Security on this unit is provided by the Denver Sheriff Department. Care is provided by the appropriate health service. Those patients that need more intensive care are placed in the appropriate unit of the hospital until such time that they are stable and can be transferred to the locked unit.

OUTPATIENT SPECIALTY CONSULTATION occurs in the Denver Health Emergency Department or by the subspecialty services of DH. Clinics may take place either in the CCMF Clinic area or in the subspecialty clinic if specialized equipment is needed.

Upon return to the jail from a hospital visit or hospitalization, the patient will be brought to the Medical Unit with discharge paperwork or with the discharge paperwork available in the electronic health record ( EHR) and a nurse will review the information from the appointment or discharge prior to the patient returning to his or her housing unit. A copy of the discharge instructions may be provided to the patient.

**Responsibility:** Health Services Staff
Denver Health
Denver Sheriff Department Personnel

Exhibit B

| DENVER HEALTH<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-D-08**<br>**Essential**<br>**ACA 4-ALDF-4C-05**<br>**ACA 4-ALDF-4C-06**<br>**Non-Mandatory** |
|---|---|
| | **Obsoletes:**<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date:    1-1-23** |
| **Hospital and Specialty Care** | **Number of pages: 3** |

**Procedure:**    SPECIALTY CLINIC AND PROCEDURE APPOINTMENTS—when it is determined by a provider that a patient needs consultation at a specialty clinic or a procedure, this will be noted in the orders.   The ward clerk, behavioral health care technician (BHCT), or nurse taking off the orders will enter the information on the Appointment Board.  The clinic clerk will request an appointment.  If there is a time frame specified in the order and clinic clerk cannot get an appointment in this time frame, he or she will bring the chart to the provider to discuss how to proceed.  If overbook is necessary, the provider or designee requesting the appointment will call the attending of that clinic or CCMF to arrange the appointment.   Once this is completed, the provider will note this in the chart and return the chart to the clerk.   The clerk will then complete the paperwork and arrange transport.

The day of the appointments the officers will call the patients and transport to the hospital via bus or van.  If the patient has transferred to another Denver Sheriff facility the officer will call to have the patient brought to the clinic on that facilities bus.

MISSED/REFUSED APPOINTMENTS—a patient, who refuses, should be counseled. If the refusal occurs prior to leaving the jail, the patient should be brought to the Medical Unit to sign a medical refusal and counseled by health services.  If the patient refuses to come to medical, health services will attempt to obtain a refusal in the housing unit. A copy of the refusals will be sent as soon as possible to the clinic clerk for tracking and clinic notification.   If a patient misses a clinic appointment due to transportation the clinic clerk will complete an occurrence report and notify the Health Service Administrator. The health authority or designee will review the tracking quarterly and report to CQI if patterns of missed appointments are noted.

Exhibit B

<table>
<tr><td colspan="1">

**DENVER HEALTH**

**Department of Correctional Care**

**DENVER SHERIFF DEPARTMENT FACILITIES**

</td><td>

**POLICY:**
**NCCHC J-D-08**
**Essential**
**ACA 4-ALDF-4C-05**
**ACA 4-ALDF-4C-06**
**Non-Mandatory**

</td></tr>
</table>

| **DENVER HEALTH** **Department of Correctional Care** **DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:** **NCCHC J-D-08** **Essential** **ACA 4-ALDF-4C-05** **ACA 4-ALDF-4C-06** **Non-Mandatory** |
|---|---|
| | **Obsoletes:** **Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22** **Review Date:   1-1-23** |
| **Hospital and Specialty Care** | **Number of pages: 3** |

**EMERGENCY REFERRALS**—If upon seeing a patient, a provider determines referral to the DH Emergency Department is needed, he or she will notify the officer indicating what type of transport is necessary, i.e. ambulance, bus or van.  The chart will then be brought to a nurse for completion of the *Medical Referral Form* and copying of relevant information, i.e. EKG. The patient will remain in the Medical Unit until such time that the transport takes place.

**HOSPITALIZATIONS**—The majority of hospitalizations occur through the DH Emergency Department; however, a provider can arrange a direct admission.

**PATIENTS RETURNING FROM CLINICS, PROCEDURES OR HOSPITALIZATION**— Patients returning from the hospital will be brought to the Medical Unit so a nurse may evaluate and complete the hospital return form.  The nurse will check for orders, and date and initial these.   If a follow-up appointment must be made, the standard procedure for this will be followed. The health record contains results and recommendations from off-site visits, or attempts by health services to obtain these results.

Evidence demonstrates there is appropriate and timely access to hospital and specialty care when necessary. When patients are referred for outside care, written or verbal information about the patient and the specific problem to be addressed will be communicated to the outside entity.

Exhibit B

| DENVER HEALTH<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-D-01**<br>Essential<br>**ACA-4-ALDF-4C-38**<br>Mandatory |
|---|---|
| | **Obsoletes:**<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date: 1-1-23** |
| **Pharmaceutical Operations** | **Number of pages: 6** |

**Rationale:**  Treatment of various disease entities requires prescription medication. There are many governmental regulations with regard to the prescribing, dispensing, procurement and storing of such medications.

**Policy:**  Pharmaceutical operations meet the needs of the facility and conform to legal requirements. The Denver Sheriff Health Services Program will comply with state and federal regulations with regard to prescribing, dispensing, administering and procuring pharmaceuticals.

The Denver Sheriff Department facilities will use the Denver Health medically indigent formulary or modifications as approved by the Denver Sheriff Health Services Pharmacy and Therapeutic committee. If a non-formulary drug is deemed essential for the health and well being of patient, a non-formulary request form will be completed and presented to the responsible physician or designee for review and approval.

There will be timely procurement, dispensing, distribution, accounting and disposal of pharmaceuticals. There will be records, which document control and accountability of medications except those that may be purchased over the counter. Controlled substances will be stored with maximum-security storage and accounted for in accordance with the Drug Enforcement Agency (DEA) and state regulations.

Medications will be administered upon the order of a physician, dentist or person with such designated privileges. There will be an automatic review every 90 days of medications that are not ordered for a limited period of time. Psychotropic medications will only be administered for therapeutic indications and not for punishment or behavior control.

Patients will not prepare, dispense or administer medication except for self-medication programs as approved by the facility administrator and responsible physician. Patients may be allowed to have "keep on person" medications necessary for emergency management of a condition when ordered by a provider.

Outdated, discontinued or recalled medications will be removed from drug

Exhibit B

| DENVER HEALTH | POLICY:<br>NCCHC J-D-01<br>Essential<br>ACA-4-ALDF-4C-38<br>Mandatory |
| --- | --- |
| **Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | |
| | Obsoletes:<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date: 1-1-23** |
| **Pharmaceutical Operations** | **Number of pages: 6** |

storage and medication areas.

Medications will be stored under proper conditions of sanitation, temperature, light, moisture, ventilation, segregation and security. Antiseptics, disinfectants and other medications for external use are stored separately from internal and injectable medications. Medications that require special storage for stability are so stored.

Denver Health will assign pharmacist(s) who will assist in assuring that the above are in compliance. The pharmacist will also assist in maintaining the on-site Medication Rooms, the medication formulary, and informing staff of changes to the formulary. The pharmacist will assure proper storage and accountability of pharmaceuticals.

There will be an adequate supply of emergency medications and antidotes. The phone number to *Poison Control* (1-800-222-1222) will be prominently displayed.

Expired medications and those brought in by patients and not retrieved in a specified period of time will be disposed of in a manner consistent with governmental regulations.

**Responsibility:**    Pharmacist assigned by Denver Health (DH)
Health Services Staff
Denver Health Pharmacy

**Procedure:**    The Pharmaceutical supplies at the Denver Detention Center (DDC) and the Denver County Jail (DCJ) are considered an "Other Outlet" pharmacy and have licensure as such which is posted in each Medical Unit. The State Board of Pharmacy makes periodic inspections to assure compliance with state pharmacy regulations. A staff or consulting pharmacist documents inspections and consultations of both the DDC and DCJ at least quarterly.

PHARMACIST—Denver Health Medical Center assigns a pharmacist who

<span style="color:red">Exhibit B</span>

| DENVER HEALTH<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-D-01**<br>Essential<br>**ACA-4-ALDF-4C-38**<br>Mandatory |
|---|---|
| | **Obsoletes:**<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date: 1-1-23** |
| **Pharmaceutical Operations** | **Number of pages: 6** |

is responsible for oversight of pharmacy services of the DDC and the DCJ.  Responsibilities of the pharmacist include:

- Compiling a formulary specific for the jails
- Assisting in procurement of medications
- Informing care providers of changes in medication availability
- Inventory, ordering and stocking of medications
- Ensuring  medications are appropriately stored
- Recovering outdated, recalled or discontinued medication
- Assuring compliance with State Board of Pharmacy regulations
- Acting as a resource with regard to regulatory changes and new information on medications
- Maintain oversight of prescribed medications
- Available for patient medication counseling
- Supervising the Pharmacy Technician's

**PROCUREMENT AND STOCKING**
**DDC/DCJ**—the pharmacist inventories and orders medications based upon need.  Medications are delivered Monday –Friday  as needed. When the medication order arrives at the facility, the pharmacist or pharmacy tech takes possession of the medications and inventories the medication against the order sheet.  The pharmacy tech repackages the medication in blister packs.  The pharmacist checks the blister packs of medications and documentation of repackaging.  The pharmacist then stores the blister packs on the shelves of the medication room..  The pharmacist or pharmacy tech check and restock the medication carts three to five times a week to assure an adequate supply of medications are on the carts; however if a nurse notices that a medication is low, she/he may obtain a blister pack of that medication from the medication room..

**DDC Intake**— nursing staff informs the pharmacist or designee about new medications. The pharmacy staff will arrange delivery of requested medication.

**FORMULARY**—the medically indigent formulary is available online on the Denver Health Pulse.  In addition, the pharmacist will compile a list of

Exhibit B

| DENVER HEALTH<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-D-01**<br>Essential<br>**ACA-4-ALDF-4C-38**<br>Mandatory |
|---|---|
| | **Obsoletes:**<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date: 1-1-23** |
| **Pharmaceutical Operations** | **Number of pages: 6** |

medications stocked at the jail.  This list will be available in the medication room.

**SPECIAL ORDER MEDICATIONS**—when a medication is ordered for which there is no therapeutic equivalent on the formulary, the pharmacist contacts the responsible physician or designee for review of medical necessity and completion of a *Non-formulary Medication Request* form. After this is approved the pharmacist obtains the medication.  When this arrives, it will be noted and placed on the medication cart that goes to the patients housing area.

**CONTROLLED SUBSTANCES**—Controlled substances are stocked and administered. Pregnant patients requiring methadone maintenance will be transferred to the Correctional Care Medical Facility (CCMF) if they require methadone initiation.  The on-call substance abuse provider will arrange for admission to CCMF.  Either the admitting physician or CCMF nursing staff will notify the physician covering the housing service.

Both the DDC and DCJ have a formulary which is kept and maintained by the DH staff pharmacist assigned to each facility.

The pharmacist or designee orders controlled medications and verify the correct amount is received upon delivery.  The controlled medications are repackaged, checked and added to the controlled medication count book. The pharmacist and nurse will verify and sign the count sheet. The controlled medications will be stored in the locked drawer in the medication room or in the medication carts.

Methadone, for patients enrolled and current in a maintenance program, is provided as a service of the Behavioral Health Department.
Two nurses from opposite shifts will count controlled substances at change of shifts and both will sign the controlled substance sheet. Two nurses will sign out controlled substances from the medication room and will sign placement of controlled substance in a medication cart.  Two nurses are required to waste and sign for waste of any controlled substance. If a nurse leaves a shift early the controlled substances are

Exhibit B

| DENVER HEALTH<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-D-01**<br>**Essential**<br>**ACA-4-ALDF-4C-38**<br>**Mandatory** |
|---|---|
| | **Obsoletes:**<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date: 1-1-23** |
| **Pharmaceutical Operations** | **Number of pages: 6** |

required to be counted prior to leaving the facillity. If there is any discrepancy in the count, this will be immediately reported to the charge nurse who will attempt to reconcile the count.  If he or she is unable to do so, he or she will complete an *Occurrence Report (UHC)* and notify the Health Services Administrator, Nursing Manager and pharmacist.

**ANTIDOTES AND EMERGENCY MEDICATIONS**—the following are available in the Emergency bag: normal saline, glucose gel, aspirin, epinephrine, glucagon, D50, narcan, IM Benadryl, Nitroglycerin tablets, and ammonia inhalant.  The number for **Poison Control** (1-800-222-1222) is posted on the bulletin board in the Nurses Station.  A complete Safety Data Sheet (SDS) book of substances used in the jail will be in the Medical Unit's.  The SDS is updated when changes are made by the Denver Sheriffs operations staff.

**MEDICATION REVIEW**—when prescribing medications, providers, dentists or other persons authorized to do so will indicate the length of time for which the medication is prescribed.  The maximum time that a medication can be ordered prior to review is 90 days.  Stop or renewal dates will be transcribed onto the Medication Administration Record (MAR).

When medication is due for review, a Health Services staff member will utilize the medication renewal form indicating medications that are due for review.  The chart will then be placed in the appropriate provider sign pile.  The providers review these Monday through Friday.

Once the provider indicates whether the medication is to be renewed or discontinued, this will be indicated on the MAR as follows:
▪ If a medication is renewed, the medication sheet will be updated and the next review date indicated;
▪ If a medication is discontinued, the medication sheet will be marked discontinue with the date indicated, the staff member initial's noting the order, a line drawn through the remainder of the order.

**OUTDATED/DISCONTINUED/RECALLED MEDICATIONS**—on a regular basis, the pharmacist will check areas where medications are stored for

Exhibit B

| DENVER HEALTH<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-D-01**<br>Essential<br>**ACA-4-ALDF-4C-38**<br>Mandatory |
|---|---|
| | **Obsoletes:**<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date: 1-1-23** |
| **Pharmaceutical Operations** | **Number of pages: 6** |

outdated, discontinued or recalled medications. He will remove these medications and send them to a reverse distributor. Medications that are brought in by patients and not retrieved in a timely fashion are sent to the reverse distributor.

**MEDICATION STORAGE**—Medications that do not require refrigeration are stored in cabinets in the medication room. Pills in their original containers are stored separately from those which have been repackaged in blister packs. Medications for external use are stored in cabinets separate from oral medications. There is a refrigerator which is equipped with a sensodyne thermometer which notifies personnel if the temperature is out of range. Additionally, staff checks and records the refrigerator temperature daily as required by the state pharmacy board. Pharmacy staff cleans the medication room on a regular basis to assure that it is hygienic.

**PATIENT ACCESS TO MEDICATIONS**—Patients have no access to the medication carts or the medication rooms. When the floor in the medication room needs cleaning, patients will enter the room only when there is both a member of security staff and Health Services staff to observe and supervise. Medication carts are required to be secured when not in use.

Exhibit B

| DENVER HEALTH<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-D-02**<br>Essential<br>**ACA-4-ALDF-4C-38**<br>Mandatory |
|---|---|
| | Obsoletes:<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date:   1-1-23** |
| **Medication Services** | **Number of pages: 2** |

**Rationale:**    Provision of appropriate medications for therapeutic indications enhances the clinical well being of patients.

**Policy:**    Medications are provided in a timely, safe, and sufficient manner and prescribed when clinically indicated.

The Responsible Physician or designee determines prescriptive practices. Patients admitted to the facility on prescriptive medication continue to receive the medication in a timely fashion, or justification for an alternate treatment plan is documented.

**Responsibility:**    Responsible Physician
Pharmacist
Health Services Staff

**Procedure:**    Every attempt is made during the receiving screening to verify medications and administer as verified. Medications that are not verified during the receiving screening are verified within 48 hours and administered during the next routine medication pass. Medications are substituted to formulary using the Medication Substitution protocol approved by the Responsible Physician. The Denver Sheriff Health Services will use the Denver Health medically indigent formulary. If a non-formulary drug is deemed essential for the health and well being of a patient, a non-formulary request form will be completed and presented to the Denver Health Pharmacy and Therapeutics chair for review and approval.

The Denver Sheriff Health Services will use the Denver Health medically indigent formulary. If a non-formulary drug is deemed essential for the health and well being of a patient, a non-formulary request form will be completed and presented to the Denver Health Pharmacy and Therapeutics chair for review and approval.

Medications will be administered upon the order of a provider, provider ordered protocol, dentist or other legally authorized individual only when clinically indicated. There will be a medication review every 90 days of medications that are not ordered for a limited period of time. The provider is notified of impending expiration of an order so that the provider can

{04582429.DOC;1 }

Exhibit B

| | |
|---|---|
| **DENVER HEALTH**<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-D-02**<br>**Essential**<br>**ACA-4-ALDF-4C-38**<br>**Mandatory** |
| | **Obsoletes:**<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date:    1-1-23** |
| **Medication Services** | **Number of pages: 2** |

determine whether the drug administration is to be continued or altered. Psychotropic medications will be administered for therapeutic indications and not for punishment or behavior control.

Medications are kept under the control of appropriate staff members except for Keep-on-Person (KOP) medications approved by the facility administrator and responsible physician. There is a KOP medication program at the Denver Sheriff Department to include select antibiotics, provider order medications, inhalers, emergency medications and selected patients are allowed to carry eye drops and creams (packaged in plastic tubes). These patients will be given a card with the patients name, CD number, and location, name of the medication, start date, stop date and areas to mark if continuous and an area for comments. The patients will be educated on the medication and the proper dosing. This education should be documented in the medical record. Keep on Person medications are given in a blister card, as an inhaler, or plastic tube/bottle and these are documented and tracked through the pharmacy KOP log book.

Medications are delivered in a timely fashion. The pharmacist has a facility policy identifying the expected time frames from ordering to delivery and a back up plan if the time frames cannot be met.

Medication errors will be reported using the on-line **Occurrence Reporting** system

{04582429.DOC;1 }

Exhibit B

| **DENVER HEALTH** **Department of Correctional Care** **DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:** **NCCHC J-D-03** **Important** **ACA-4-ALDF-2D-03** **Mandatory** |
|---|---|
| | **Obsoletes:** **Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22** **Review Date:   1-1-23** |
| **Clinic Space, Equipment and Supplies** | **Number of pages: 7** |

**Rationale:**  An adequate health care delivery system is dependent upon having a designated space that is appropriately supplied to provide health services consistent with the standard in the community.

**Policy:**  Sufficient and suitable space, supplies, and equipment are available and equipped to meet the needs of the patient population. There is a designated space at both the Denver Detention Center (DDC) and the Denver County Jail (DCJ) where the provision of health services occurs. This area is cleaned and maintained by Denver Sheriff Department. There are examination and treatment rooms which afford privacy and have the necessary equipment and supplies for the type of service provided in that particular space.  There are pharmaceuticals on site.  The waiting areas for patients have seats and allow access to water and toilets. Medical equipment is inventoried and maintained by Biomedical Services at Denver Health (DH). Instrument counts are completed; needles and syringes are inventoried and accounted for.  There is a secure storage area for medical records. Administrative offices have adequate files and space for maintenance of administrative records. Health Service Keys are accounted for.

**Responsibility:**  Health Services Staff
Denver Health Biomedical Services, Central Supply and Pharmacy
Denver Sheriff Department

**Procedure:**  **DESIGNATED SPACE**—At the DDC, the Medical unit consists of 22 beds which include 4 suicidal observation cells and 3 negative air flow rooms. There are 2 exam rooms, 1 special procedure room, 1 x-ray room, 2 Health Information management rooms, 1 dental office, 1 medication room and several areas for storage and linen. Needles and syringes are also stored in this area and are locked unless a health services staff person is present. There are exam rooms and interview rooms located throughout the facility designated for medical and behavioral health services.  Doors in the medical and behavioral health area can be closed for privacy. There is observation and housing space in the medical unit and several observation cells located on each floor. The

Exhibit B

| DENVER HEALTH<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-D-03**<br>Important<br>**ACA-4-ALDF-2D-03**<br>Mandatory |
|---|---|
| | **Obsoletes:**<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date:   1-1-23** |
| **Clinic Space, Equipment and Supplies** | **Number of pages: 7** |

offices for the Health Services Administrative and support staff are located on the 3rd floor adjacent to the medical unit.

There is a medication room with storage space for medications and with a refrigerator designated for medications requiring refrigeration.  The refrigerator is equipped with a monitoring thermometer, which has an alarm and notifies designated personal if the temperature is out of range.

The waiting area for the patients has seats.  Water and toilets are accessible within the medical unit.

At the Denver County Jail, Building 4 houses the Medical Unit.  There are exam rooms for such activities as physical exams, provider and dental visits and behavioral health interviews.  These areas have doors that can be closed for privacy.

There is a treatment room where emergencies are handled as well as treatments such as wound care.   There is a Nurses' Station where the Nurses' Kite list and other nursing activities take place.    Health Information Management (HIM) is adjacent to the Medication Room.

Additional administrative Offices for the Providers, Nursing Supervisors, and the building sergeant are located in the back of the Medical Unit separate from patient care areas.   .

The waiting areas for the patients have seats.  Water and toilets are accessible within the Medical Unit.

There is a medication room with storage space for medications and with a refrigerator designated for medications requiring refrigeration.  The refrigerator is equipped with a monitoring thermometer, which has an alarm and notifies designated personal if the temperature is out of range.

There are beds for patient housing including a day room.  Two of these rooms are for suicide observation and three are for less extreme

Exhibit B

| | |
|---|---|
| **DENVER HEALTH**<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-D-03**<br>Important<br>**ACA-4-ALDF-2D-03**<br>Mandatory |
| | **Obsoletes:**<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date:    1-1-23** |
| **Clinic Space, Equipment and Supplies** | **Number of pages: 7** |

behavioral health observation or behavioral management. Patients may be placed in the Medical Unit by health services staff for a variety of reasons including observation for acute illness or other issues, bed rest, need for devices which may pose a security risk such as crutches, wired jaws, or isolation.

There is a satellite clinic in building 19 which contains a medication cart, exam tables and supplies to perform a variety of health service duties. There is also a locked room in building 20 where a medication cart and an emergency bag can be stored.

In addition to these areas there is an exam room in Building 21, the women's dormitory that is supplied to meet the needs of the female population. Women's health care activities occur in this room.

Behavioral health services are provided in an area with private interview space for individual assessment and group treatment, as well as desks, chairs, lockable file space and relevant testing materials.

**EQUIPMENT**—There is adequate medical equipment to run a fully functioning outpatient clinic. This is inventoried and maintained through Biomedical Services at Denver Health. Malfunctioning equipment will be reported to charge Nurse or the behavioral health care technician (BHCT) supervisor who will arrange repairs. There are hand-washing stations as well as sterilizing wipes located throughout the clinic space in close proximity to patient care areas. Medical examination areas have handwashing facilities or hand sanitizer, examination tables, lights for illumination, scales, thermometers, blood pressure monitoring equipment, stethoscopes, otoscope/ophthalmoscopes, pulse oximeter, containers for sharps and biohazardous waste. Personal protective equipment (PPE) such as gloves, eye protection, gowns and masks are available for staff and officers. The exam room in the female dorm is equipped with materials for pelvic examinations. The dental offices and operatory are equipped with hand-washing facilities, a dental examination chair, an examination light, instruments, blood pressure monitoring equipment,

Exhibit B

| DENVER HEALTH<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-D-03**<br>Important<br>**ACA-4-ALDF-2D-03**<br>Mandatory |
|---|---|
| | **Obsoletes:**<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date:   1-1-23** |
| **Clinic Space, Equipment and Supplies** | **Number of pages: 7** |

trash containers for sharps and biohazardous waste, PPE and a dentist chair. The DDC and DCJ also have a portable dental x-ray machine. Portable oxygen and oxygen concentrators are available. Wheel chairs and gurneys are available for transportation and emergencies.  A fetal heart monitor is available at the DDC and DCJ.

Laboratory, radiological, and other ancillary services have a dedicated area which is adequate to hold equipment and records.

**STERILIZATION OF REUSABLE ITEMS**—the jail Medical Unit will send instruments in need of sterilization to the sterilization team at the hospital. The BHCT will be responsible for the transport of the items to the courier when one is working.  In the absence of a BHCT the lead/charge nurse will delegate this responsibility.

- Transport of instruments will take place Monday through Friday. There will be no transport on Saturday, Sunday or holidays.  Par levels on instruments have been established to accommodate the weekend.
- **All instruments will be sent in every time items are transported**. Both dirty and clean instruments will be sent to keep the count the same at all times.
- Instruments, clean and dirty, will be placed in the small red transport box. (The clean and dirty are kept separate inside the bin to avoid cross contamination).  Once all items are in the boxes the small red transport box will be locked with 2 locking straps (located in the drawer next to the instruments). A transport count sheet will be put inside the box with the "items sent" side filled out and signed by the person packaging the items.  This is to be completed inside the exam rooms and only opened at the hospital in accordance with the Denver Sheriff Department requirements.
- After the box is locked and ready to be transported they are to be taken out to the courier who will call between the hours of 10:30am and 12:00 pm, Monday thru Friday, to let staff know he has arrived in the front of the jail.  The courier will not enter the building and health services staff must take the boxes outside to the courier.
- The courier will then return to Health Service a matching locked box to be taken back to the Medical Unit and opened only in the red room.

Exhibit B

| DENVER HEALTH<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-D-03**<br>Important<br>**ACA-4-ALDF-2D-03**<br>Mandatory |
|---|---|
| | **Obsoletes:**<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date:   1-1-23** |
| **Clinic Space, Equipment and Supplies** | **Number of pages: 7** |

- Using bandage scissors to cut the straps open the boxes and locate the transport count sheet.  As items are removed, check them off on the count sheet and place the items away in their secured location.
- **IF ANY ITEMS ARE MISSING YOU MUST NOTIFY THE HOSPITAL STERILIZATION TEAM (303-602-1230) IMMEDIATELY TO OBTAIN THEIR WHEREABOUTS.**  If the hospital team does not have the item you must notify the Charge Nurse at the DDC. The Charge Nurse will decide to notify the Nursing Supervisor or designee who will then determine when notification to the Sheriffs occurs and request they begin a thorough search of the Medical Unit/Exam rooms for the items.   The hospital should also begin an on-site search. The transport count sheet is to be placed in the BHCT's box.  **All items must be accounted for**.

The Nursing staff complete an instrument count sheet on each shift in the medical area. If any items are missing, the above process must be followed.

**Dental Instruments**-The dentist maintains a separate dental inventory. Dental items are only sent to sterilization for the days the dentist is in the facility. The dentist will count the total number of instruments prior to starting the dental line.  Dirty instruments are then placed in the dental instrument box utilizing the dental transport count sheet. Only dirty dental instruments are sent to sterilization. The dentist must ensure the total of dirty and clean is equal to the total count at the start of the shift. The box is then placed in the procedure room for the BHCT to re-verify the number of dirty instruments. The BHCT then secures the dental instrument box for transport out of the facility the next day.

Once the instruments return from sterilization the BHCT will count the number of returned instruments and ensure the total number is correct. The items are then placed in their secured location.

**BUILDING MAINTENANCE**—Routine building maintenance is through the

Exhibit B

| | |
|---|---|
| **DENVER HEALTH**<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-D-03**<br>**Important**<br>**ACA-4-ALDF-2D-03**<br>**Mandatory** |
| | **Obsoletes:**<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date:   1-1-23** |
| **Clinic Space, Equipment and Supplies** | **Number of pages: 7** |

Denver Sheriff Department Maintenance Department.  If there are any problems with the building, a work order is to be completed and forwarded to maintenance for correction.

SUPPLIES—Health supplies are ordered from Denver Health for the DCJ and the DDC in the following manner:

- The BHCT at the DCJ and the Radiology Technician at the DDC inventory the shelves in the storeroom/exam rooms and compare the amounts to the established PAR levels at least weekly.
- A supply request is placed in the on-line Lawson system by the RAD tech no later than Wednesday at 10am. Materials Management (303-602-7100) processes the order.
- For urgent or STAT orders Central Supply (303-602-7999) can be contacted.
- Orders filled by Materials Management are delivered on Thursdays with the exception of holiday weeks.
- Orders filled by Central Supply are filled and either picked up by the Denver Health Courier, BHCT, or the Denver Sheriff Department if the need is urgent.
- Upon receipt, the delivery is inventoried by the BHCT/RAD tech.
- Items are restocked in the appropriate labeled place.

**Emergency Bags- DCJ-**Are located in the Medical Unit (Building 4), Building 19, and 24. Building 4 and 24 are inventoried once per shift. Building 19 is inventoried once per day as the room is utilized.
**DDC-**Bags are located in the medical unit and each exam room on floors 1,2,4,5 and inventoried once per shift.

If at any time the emergency bag seal is broken the bag will be re-inventoried and then resealed.

**Automated External Defibrillator (AED)- DCJ-**Are located in the Medical Unit (Building 4), Building 19, Building 20, and Building 24. The

Exhibit B

| DENVER HEALTH<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-D-03**<br>Important<br>**ACA-4-ALDF-2D-03**<br>Mandatory |
|---|---|
| | **Obsoletes:**<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date:   1-1-23** |
| **Clinic Space, Equipment and Supplies** | **Number of pages: 7** |

AED is checked once per shift except in Building 19 which is checked once per day (Monday-Saturday) as the room is utilized.
**DDC-**AED's are located in the Infirmary and each exam room on floors 1,2,4,5. The AED is checked once per shift.

**Needles/Sharps-**In-Active Needles/Sharps are stored in secured rooms. The cabinets containing needles and sharps are to be locked at all times. The key to the cabinets must be obtained from the Morse key system. Two staff members are required to remove needles from in-active stock.

An in-active stock count is completed a minimum of once per week. Active Stock is counted once per shift or as the stock is utilized. Anytime needles are removed from any stock they are required to be accounted for on the inventory sheets.

If at anytime the Needle count is inaccurate the staff is required to recount the logs for any mathematical errors. If the error is still unable to be located the above process for missing items need to be followed and an occurrence report completed.

**Keys-** A Morse key system is utilized for the health services staff in the medical units. The system allows for individual accountability through an electronic system. Users are provided a confidential sign on and password which is not to be shared with other employees. The system can track where keys are located as well as provide reports to determine which staff has accessed health service areas. Key sets are programmed to allow assigned staff access only to assigned work areas. The system will assist in increased monitoring of narcotic access and needles. Narcotic, needle, pharmacy, break room, sharps, and medication cart keys will be controlled in the electronic system. Assigned office areas will also be maintained in the system.

Health Services reference books are located through the health services areas. Staff has access to on-line resources at any time via the internet.

Exhibit B

| DENVER HEALTH | POLICY: |
|---|---|
| **Department of Correctional Care** | **NCCHC J-D-06**<br>Important<br>**ACA 4-ALDF-4C-06**<br>Non-Mandatory |
| **DENVER SHERIFF DEPARTMENT FACILITIES** | |
| | **Obsoletes:**<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date:   1-1-23** |
| **Patient Escort** | **Number of pages: 4** |

**Rationale:**   Access to care is dependent on the patient's ability to be seen at scheduled appointments in a timely manner.  Transfer of health information outside the facility should be done so that confidentiality is preserved.

**Policy:**   The facility staff ensure patients can meet scheduled health care appointments**.** Patients will be transported safely and in a timely manner to medical, dental and behavioral health appointments both inside and outside the jail. Referral papers containing health information will be sent in a sealed envelope.

**Responsibility:**   Denver Sheriff Department
Health Services Staff
Denver Health

**Procedure:**   **Denver Detention Center**
**In-house Appointments**—For patients who are to be seen on the Nurse or provider line, an officer will be provided a list of patients to call to the floor where the patient is housed and request the patient be sent to the Medical Unit or exam room.  There is no health information on these lists. If the patient is not brought within approximately 15 minutes, a second call to the housing unit will be made.  If the patient is still is not brought a sergeant will be contacted to intervene and bring the patient.  If a patient is unavailable, the reason will be noted in the chart and on the list. The patient will be rescheduled. If the patient refuses a refusal will be completed in person.

**Denver County Jail**
**In-house Appointments**—
Nurses' Kite and Treatment Appointments—Health services staff create a list from the treatment cards and from the kites scheduled in the portal. There is no health information on these lists.  These lists are printed out and given to the Medical Unit officers who distribute them to the buildings. The day of the appointments, the officer staffed in the Medical Unit uses these lists to call patients from the buildings.  If there is difficulty in getting a patient to the Medical Unit, supervisory staff assists. If the patient is unavailable for the appointment, this is documentation

Exhibit B

| DENVER HEALTH<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-D-06**<br>**Important**<br>**ACA 4-ALDF-4C-06**<br>**Non-Mandatory** |
|---|---|
| | **Obsoletes:**<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date:    1-1-23** |
| **Patient Escort** | **Number of pages: 4** |

either on the kite or the treatment card and the patient is rescheduled.

PROVIDER APPOINTMENTS—Appointments to see the providers are scheduled on the provider line in the portal.  Attempts should be made to place the patient on the line of the provider who he or she has previously seen.  The exception to this rule is if the patient has an acute problem and the provider is not available.    The remainder of the procedure is as above except that documentation is on progress notes.

DENTAL APPOINTMENTS—Appointments to see the dentist are made by scheduling the patients on the Dental Line in the portal.  The day prior to the Dental line, a list is printed. The remainder of the procedure is as for the provider list.

NURSE PRACTITIONER/CHRONIC CARE APPOINTMENTS—Health Assessments are performed within 14 days of book-in. The callback list is the same procedure as for the provider list.  The procedure for Chronic Care Clinics is the same as for the provider list.

BEHAVIORAL HEALTH NURSE APPOINTMENTS—The procedure to create the list is the same as for the nurse kite line.

**Hospital Appointments**— If a patient needs to go to the hospital for a clinic appointment, the following will be done:
- Urgent/Emergent-A nurse will complete a referral form and notify an officer and supervisor of the need for transport.
- The sheriff department supervisor will arrange the transport by the mode specified by the nurse.
- If a provider requests a future appointment for a patient seen on the provider line or if a patient returns from the hospital with a request for a follow-up appointment, the following will be done:
- The request for the appointment will be entered on the Appointment board.
- The clinic clerk will make the appointment.
- The officer will arrange the transport for the next morning based on the clinic clerk's appointments.

Exhibit B

| DENVER HEALTH<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-D-06**<br>**Important**<br>**ACA 4-ALDF-4C-06**<br>**Non-Mandatory** |
|---|---|
| | **Obsoletes:**<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date:   1-1-23** |
| **Patient Escort** | **Number of pages: 4** |

- If a patient seen on a provider line needs to go to the hospital directly, the following will be done:
- The provider will notify the officer that the patient must be transported to the hospital that day and of the mode of transportation needed.
- A nurse will complete a referral form
- The patient will remain in the Medical Unit until the time of transport when the officer will bring the patient to receiving unless the transport is by ambulance.

Future appointments are made as described in Hospital and Specialty Care.  The day of the appointments the patients are called to be transported to the hospital via bus/van twice a day dependent upon the time of the appointment.  Patients are walked to the clinic appointments accompanied by an officer.  Health information is carried by the officer in a sealed envelope and handed to the appropriate clinic personnel. Patients are transported back to the jail.

**MISSED APPOINTMENTS**

Patients who miss appointments because of court or other unavoidable conflicts will be rescheduled.  If a patient refuses an appointment he/she must come to the Medical Unit/Exam Room to sign a refusal.  Attempts will be made to convince the person to accept care.  If the patient refuses the appointment once at the hospital, the patient will be counseled by a provider and sign a refusal. The refusal will be sent back in a secured envelope to be filed in the jail medical record.  These envelopes go to the clinic clerk who tracks the reasons for missed appointments.

**MEDICAL TRANSPORT**

Emergency transport is via the ambulances of the Paramedic Division of Denver Health.  Denver Health has a specific Policy and Procedure with regard to the responsibilities of the paramedics to Denver County Jail or Denver Detention Center patient transport. Paramedics are not to refuse transport of a patient once at the Denver Sheriff Department facilities.  In addition, paramedics are not to divert a Denver Sheriff Department patient to another hospital, unless the acuity of the problem warrants transport to the nearest facility or the Emergency Department is on divert, without discussing this with the attending physician in the Emergency Department to see if accommodations can be made.

Exhibit B

| | |
|---|---|
| **DENVER HEALTH**<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-D-06**<br>**Important**<br>**ACA 4-ALDF-4C-06**<br>**Non-Mandatory** |
| | **Obsoletes:**<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date:   1-1-23** |
| **Patient Escort** | **Number of pages: 4** |

If an ambulance is needed, health services staff will notify an officer who will summon the ambulance.

The providers will determine if a lower level of transport such as non-emergency ambulance, contract ambulance or scout car is available based on acuity.

Patients transported out of the facility for health services will have a referral form completed and supporting documents placed in a sealed envelope to be sent with the patient. When a patient is escorted, health staff alerts transporting custody staff to accommodations needed during the transport process, including instructions for administration of necessary medications.

Exhibit B

| DENVER HEALTH<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-E-02**<br>**Essential**<br>**ACA 4-ALDF-2A-19,21**<br>**Non-Mandatory**<br>**ACA 4-ALDF-4C-22**<br>**Mandatory** |
|---|---|
| | **Obsoletes:**<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date:   1-1-23** |
| **Receiving Screening** | **Number of pages: 5** |

**Rationale:** Receiving screening at intake assures that persons whose personal safety and well-being or who might jeopardize the well-being of others are not admitted to general population. It assures that persons needing continuation of treatment of previously diagnosed health conditions are treated without disruption and patients with previously undiagnosed conditions are rapidly assessed.

**Policy:** Screening is performed on all patients upon arrival at the facility to ensure emergent and urgent health needs are met. As part of the initial book-in process, all patients are brought to the Nurses for a Receiving Screening as soon as possible. If upon arrival to the jail, a person appears to have a critical condition, he or she will not be accepted into the jail, but immediately transported via emergency ambulance to the hospital. Health services will stay with the person and attempt to stabilize him or her until the ambulance arrives and the paramedics assume care.

**Responsibility:** Health Services Staff
Denver Sheriff Department Personnel
Denver Health Medical Center Paramedic Staff
Emergency Department Health Care Staff

**Procedure:** Upon arrival to the Denver Detention Center (DDC), all persons in custody are brought to the book-in area located on the first floor.  If upon arrival a person cannot come to the health services exam room by his or her own means, nursing staff will go to the patient with an emergency bag and assess the individual. Reception personnel ensure that persons who are unconscious, semiconscious, bleeding, mentally unstable, severely intoxicated, in alcohol or drug withdrawal, or otherwise urgently in need of medical attention are:

    a) Referred immediately for care and medical clearance into the facility

<span style="color:red">**Exhibit B**</span>

| **DENVER HEALTH**<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-E-02**<br>**Essential**<br>**ACA 4-ALDF-2A-19,21**<br>**Non-Mandatory**<br>**ACA 4-ALDF-4C-22**<br>**Mandatory** |
|---|---|
| | **Obsoletes:**<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date:  1-1-23** |
| **Receiving Screening** | **Number of pages: 5** |

    b) If they are referred to the community hospital and then returned, their admission for the facility is predicated on written medical clearance from the hospital.

If the person appears to have a critical condition, the nurse will tell the officers to order an emergency ambulance and stay with the individual and attempt to stabilize until the ambulance arrives.  If necessary, the nurse will ask the officers to call for other nurses to assist.

The officers have 3 health questions all patients are asked upon arrival to the facility. If any of the answers are a positive the patient is escorted directly to the Nurse.

       Persons on the first floor for the book-in process will be called individually to the Nurses' Station. The receiving screening form is approved by the responsible health authority and inquires as to the patient's:

    a) Current and past illnesses, health conditions, or special health requirements (e.g., hearing or visual impairment, wheelchair, walker, sleep apnea machine)
    b) Past infectious disease
    c) Recent communicable illness symptoms (e.g., chronic cough, coughing up blood, lethargy, weakness, weight loss, loss of appetite, fever, night sweats)
    d) Past or current mental illness, including hospitalizations
    e) History of or current suicidal ideation
    f) Dental problems (decay, gum disease, abscess)
    g) Allergies
    h) Dietary needs
    i) Prescription medications ( including type, amount, and time of last used)
    j) Legal and illegal drug use (including type, amount, and time of last use)

Exhibit B

| DENVER HEALTH | POLICY: |
|---|---|
| **Department of Correctional Care** | **NCCHC J-E-02**<br>**Essential**<br>**ACA 4-ALDF-2A-19,21**<br>**Non-Mandatory**<br>**ACA 4-ALDF-4C-22**<br>**Mandatory** |
| **DENVER SHERIFF DEPARTMENT FACILITIES** | |
| | **Obsoletes:**<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date:  1-1-23** |
| **Receiving Screening** | **Number of pages**: 5 |

k)  Current or prior withdrawal symptoms
l)  Possible, current, or recent pregnancy including lactation
m)  Other health problems as specified  by the responsible physician
The form also records the intake nurse's observation of the patient's:
   a)  Appearance (e.g., sweating, tremors, anxious, disheveled)
   b)  Behavior (e.g., disorderly, appropriate, insensible)
   c)  State of consciousness (e.g., alert, responsive, lethargic)
   d)  Ease of movement (e.g., body deformities, gait)
   e)  Breathing (e.g., persistent cough, hyperventilation)
   f)  Skin (e.g., including lesions, jaundice, rashes, infestations,
       bruises, scars, tattoos, and needle marks, or other indications of
       drug abuse)
The disposition of the patient (e.g, immediate referral to an appropriate
health care service, placement in general population) is appropriate to the
findings of the receiving screening and is indicated on the receiving
screen form.  All immediate health needs are identified through the
screening and properly addressed by the nurse.

A nurse will interview the patient also inquiring about symptoms and/or
conditions including behavioral health, homicidal ideation, current
medications and dietary requirements, last menstrual period and
pregnancy history, use of alcohol, other substances of abuse history of
problems of withdrawal and Prison Rape Elimination Act (PREA)
questions.   Prescribed medications are reviewed, appropriately
maintained and clinically indicated when verified.

The nurse will observe the patient's appearance, behavior, and state of
consciousness, ease of movement, breathing, skin and record
abnormalities. The nurse will medically disposition the patient as refusal
of admission until medically cleared, cleared for general population,
cleared for general population with prompt referral to a provider/service
and/or referral to appropriate health  service for emergency treatment.

Exhibit B

| DENVER HEALTH | POLICY: |
|---|---|
| **Department of Correctional Care** | **NCCHC J-E-02** |
| | **Essential** |
| **DENVER SHERIFF DEPARTMENT FACILITIES** | **ACA 4-ALDF-2A-19,21** |
| | **Non-Mandatory** |
| | **ACA 4-ALDF-4C-22** |
| | **Mandatory** |
| | **Obsoletes:** |
| | **Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22** |
| | **Review Date:   1-1-23** |
| **Receiving Screening** | **Number of pages: 5** |

Receiving screening forms are dated and timed immediately upon completion and include the name, signature, and title of the person completing the form. Health services staff regularly monitor receiving screenings to determine the safety and effectiveness of this process.

Potentially infectious patients are isolated from general population. If a women reports current opiate use, she is immediately offered a test for pregnancy to avoid opiate withdrawal risks to the fetus.

Patients arriving from an Emergency Department, Inpatient setting or Ambulatory Surgery shall have vital signs performed as part of the nurse's evaluation and/or screening. A copy of the discharge summary may be provided or reviewed with the patient by health services and documented in the chart.

If during the course of the screening a question of how to proceed arises, the nurse will either place the patient on the next provider line or page the on-call provider for further direction dependent upon the acuity of the situation.  For questions of a behavioral health nature, the person will either be referred to the behavioral health nurse or the behavioral health provider on call will be paged.

Patients who have disclosed sexual victimization during the screening are referred to psychology who will offer a follow up counseling session within 14 days.

Documentation of the above will be on a standard computerized form / medical record. Health Services regularly monitor receiving screenings to determine the safety and effectiveness  of this process.

If special housing, diet or other special needs are identified, they will be noted on the appropriate form.

Exhibit B

| DENVER HEALTH<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | POLICY:<br>**NCCHC J-E-02**<br>Essential<br>**ACA 4-ALDF-2A-19,21**<br>Non-Mandatory<br>**ACA 4-ALDF-4C-22**<br>Mandatory |
| | Obsoletes:<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date:  1-1-23** |
| **Receiving Screening** | **Number of pages**: 5 |

The Emergency Department will call report to the receiving facility for patients being discharged from their care with Head and/or Truncal Trauma.  The report note will be placed in the patients chart awaiting the patient's arrival. Patients with Head and/or Truncal Trauma will be placed on neurological checks for 24 hours.

Upon transfer from DDC to Denver County Jail (DCJ) patients are seen by a nurse for an intra-transfer screening as part of the transfer process.

Exhibit B

| **DENVER HEALTH** | **POLICY:** |
| --- | --- |
| **Department of Correctional Care** | **NCCHC J-E-04**<br>**Essential** |
| **DENVER SHERIFF DEPARTMENT FACILITIES** | **ACA 4-ALDF-4A-13**<br>**ACA 4-ALDF-4C-24**<br>**ACA 4-ALDF-4C-25**<br>**ACA 4-ALDF-4C-26**<br>**Mandatory** |
| | **Obsoletes:**<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date: 1-1-23** |
| **Initial Health Assessment** | **Number of pages: 3** |

**Rationale:**    Patients often do not seek health care prior to incarceration; a health assessment early in the course of incarceration may reveal problems that were previously unidentified. Intervention during incarceration may have a positive effect on the person's future health and recidivism.

**Policy:**    Within 14 days of arrival or as soon if possible, patients receive a health assessment as required. Documentation will be on a form approved by the responsible physician.

**Responsibility:**    Health Services

**Procedure:**    The health assessment will include:
- Review of the receiving screening and collection of additional data to complete the medical, dental and behavioral health histories, including any follow-up from abnormal findings obtained during the receiving screening and subsequent encounters.
- Recording of vital signs including height and weight
- A physical examination as indicated by the patient's gender, age, and risk factors. The exam will be performed by a Provider or Registered Nurse (RN).
- Referral for laboratory tests and/ or diagnostics to detect communicable disease including  sexually transmitted diseases and other tests if appropriate
- Referral for immunizations if appropriate
- A screening test for latent tuberculosis, unless completed prior to the initial health assessment.
- Clearance to work
- In addition, health educational material will be handed out and reviewed with the patient

Exhibit B

| DENVER HEALTH<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-E-04**<br>Essential<br>**ACA 4-ALDF-4A-13**<br>**ACA 4-ALDF-4C-24**<br>**ACA 4-ALDF-4C-25**<br>**ACA 4-ALDF-4C-26**<br>Mandatory |
|---|---|
| | **Obsoletes:**<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date: 1-1-23** |
| **Initial Health Assessment** | **Number of pages: 3** |

All health assessments including those with abnormal findings (i.e., history and physical, screening, and laboratory) are reviewed by a provider

The provider or RN ensures specific problems are integrated into the initial problem list. Diagnostic and therapeutic plans for each problem are developed as clinically indicated.

Patients will have an annual health assessment and work reexamination every 12 months they are incarcerated.

A list of the patients booked into the facility will be maintained in the Jail Management System (JMS) and managed by the Chronic Care RN team. A list of patients due for health assessments will be provided to Health Information Management (HIM) to prepare charts for the next day. HIM staff prepares the receiving screening of patient's with a negative receiving screen. HIM staff will pull charts if they are on site, order the chart if archived, or create a new record if none exists.  Paperwork from the 2nd floor at the Denver Detention Center (DDC) will be placed in the charts in addition to the Receiving Screening.
The chronic care nurse reviews the materials and release dates of the scheduled patients. The health assessment is completed on the standardized health assessment form for patients remaining in the facility longer than 14 days. Each patient is provided with an instruction handout on oral hygiene and preventive oral education.

When a patient has been in the facility 12 months, the chronic care nurses complete an annual health assessment and reexamination for clearance to work in food services. The results of this examination will be recorded on the standardized health assessment form. The annual health assessment will follow the same guidelines as the book-In health assessment as detailed above, including the TB screening, necessary referrals to medical or behavioral health providers, initiation into the chronic care clinics, work restrictions, as well as other patient education

Exhibit B

| DENVER HEALTH<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-E-04**<br>Essential<br>**ACA 4-ALDF-4A-13**<br>**ACA 4-ALDF-4C-24**<br>**ACA 4-ALDF-4C-25**<br>**ACA 4-ALDF-4C-26**<br>Mandatory |
|---|---|
| | **Obsoletes:**<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date: 1-1-23** |
| **Initial Health Assessment** | **Number of pages: 3** |

deemed necessary.  Female patients may be referred to the Women's Practitioner for an annual pap smear, breast exam, pelvic exam and general blood work.

Patients with diarrhea, skin infections, and any other illness transmissible by food or utensils will not be cleared for work in food services.  A classification slip will be completed as needed.

Exhibit B

| DENVER HEALTH<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-E-07**<br>**Essential**<br>**ACA 4-ALDF-4C-03**<br>**Non-Mandatory** |
|---|---|
| | **Obsoletes:**<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date:   1-1-23** |
| **Non-Emergent Health Care Requests And Services** | **Number of pages: 3** |

**Rationale:**  A component of access to health services is the ability to request health services on a daily basis.  This allows patients to make the health services staff aware of a health related problem in a timely fashion.

**Policy:**  Patients' nonemergent health care needs are met. Each patient incarcerated in the Denver Sheriff Department facilities may request health services assistance daily.  These requests are triaged upon receipt and prioritized by acuity.

**Responsibility:**  Health Services Staff
Denver Sheriff Department Officers

**Procedure:**  Patients request non-emergency health assistance by completing a *Request for Medical Services* form (medical kite) and placing it in a locked "Medical Kite" box located throughout the facility.  The kites are available in the housing units.  These kites consist of a two-page carbon copy form.  The top of the form has a place for the patient to write his or her name, birth date, book-in number, housing location and health complaint.  The identifying data, but not the health complaint is transmitted to the second page, which is forwarded to accounting for co-pay billing purposes.

Kites are picked up by health services staff once per day. The Behavioral Health Tech (BHCT) then triages the kites upon pick up and notes on the triage stamp the acuity of the request.  If the complaint appears urgent or emergent, the kite is immediately given to the nurse and the patient is called to the Medical Unit/ Exam Room immediately; otherwise the patient is scheduled by the BHCT for the next day nurses' kite line for a face to face evaluation in a clinical setting within 24 hours.
The second floor kites will be picked up a by the nurse, triaged upon pick up and have a face to face evaluation in a clinical setting the same day.

All aspects of the health care request process, from review and prioritization to subsequent encounter, are documented, dated and timed.

Patients who request services are seen within 24 hours on the next day

Exhibit B

| DENVER HEALTH<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-E-07**<br>**Essential**<br>**ACA 4-ALDF-4C-03**<br>**Non-Mandatory** |
|---|---|
| | **Obsoletes:**<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date:   1-1-23** |
| **Non-Emergent Health Care Requests And Services** | **Number of pages: 3** |

kite line unless the patient is not available.  The reason the patient cannot be evaluated for their sick call request must be documented on the request and the patient will be scheduled to be seen the next day.

Responses to the kites are written on the bottom half of the first page. When responding to health services requests, qualified health care professionals provide treatment according to clinical priorities or, when indicated, schedule patients as clinically appropriate. All patients, regardless of housing assignments, have access to regularly scheduled times for nonemergency health services. Patients are given the opportunity to submit oral or written health care requests at least daily.

The frequency and duration of response to health services requests is sufficient to meet the health needs of the patient population.

**CO-PAY**—Each kite sent for a non-emergency health treatment is associated with a co-pay of seven dollars as enacted by the City and County of Denver City Council.  The City Ordinance is posted in appropriate locations for both facilities.

**Denver City Ordinance**:
*Sec. 53.513.  Charges for medical treatment.*
*(3) Care rendered at the Denver Jail. Except for any visit required the Denver jails during the intake process or an annual physical examination required by the jail, persons who receive medical treatment onsite at a Denver jail clinic will be charged seven dollars ($7.00) on their commissary accounts for each such medical contact. Indigent persons with no commissary balance will receive necessary treatment; however, a negative balance of seven dollars ($7.00) for each contact will be entered on the person's commissary account and charged against any incoming funds to the account*
*(4) Care rendered at other locations. For all medical services rendered somewhere other than at Denver jails, the person receiving services shall be primarily responsible for the full payment of the cost of medical care.*

Health Services Kites include a statement about the $7.00 co-pay and a patient signature/acceptance line. Patients who feel that the charges are incorrect may write a grievance to health services requesting a review of

Exhibit B

| DENVER HEALTH<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-E-07**<br>Essential<br>**ACA 4-ALDF-4C-03**<br>Non-Mandatory |
|---|---|
| | Obsoletes:<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date:   1-1-23** |
| **Non-Emergent Health Care Requests And Services** | **Number of pages: 3** |

the charges.    Sick call requests are seen despite an ability to pay. Health services is not aware of account balances at the time of an encounter and co-pays are not paid to the health services department.

Patients are evaluated in a clinical setting when possible.

Exhibit B

| **DENVER HEALTH**<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-E-08**<br>**Important**<br>**ACA**<br>**No cross reference** |
|---|---|
| | **Obsoletes:**<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date:   1-1-23** |
| **Nursing Assessment Protocols** | **Number of pages: 3** |

**Rationale:**     Standardized Nursing assessment protocols and procedures are appropriate to the level of competency and preparation of the nursing personnel and comply with the relevant state practice acts. Protocols assure that significant issues surrounding a specific health problem are addressed.   Initiation of treatment at an early stage in the disease process may avoid progression and result in a better outcome.

**Policy:**     Nurses will assess patients using the Treatment Protocols. If at any time a nurse is uncertain how to proceed, he or she will discuss the patient with a provider or dentist.   No treatment should be given for health problems not addressed in the treatment protocols without consultation with a provider or dentist.  During nursing orientation, nurses will review the protocols and sign off that they understand proper use.  Each nurse will take a quiz on the protocols, as part of their nursing competencies and this will be maintained in the employee's personnel file.   At the time a new protocol is introduced or changed, it will be reviewed at the staff meeting and sent out via email.  Nurses sign a sheet documenting that they are familiar with the new protocol.  This documentation will be maintained in the educational files by the Clinical Nurse Educator (CNE).

**Responsibility:**     Responsible Physician and Correctional Care Providers
Nursing Management and Staff
Clinical Nurse Educator (CNE)

**Procedure:**     Nursing assessment protocols and nursing procedures:
  a. Are used by Nursing personnel
  b. Are appropriate to the level of competency and preparation of the nurses who will carry them out
  c. Comply with the state practice act in the facility's jurisdiction

The responsible physician will write the treatment protocols.   New protocols will be written as requested or revised if the responsible physician feels this is appropriate.  Revisions to the protocols will occur based upon factors such as new medical information, new medications for a condition on the formulary or the existing protocol needing updated.

New protocols and those that are revised will be circulated to nursing staff so that they may become familiar with them and ask for clarification if

Exhibit B

| DENVER HEALTH | POLICY: |
|---|---|
| **Department of Correctional Care** | **NCCHC J-E-08**<br>**Important**<br>**ACA**<br>**No cross reference** |
| **DENVER SHERIFF DEPARTMENT FACILITIES** | |
| | **Obsoletes:**<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date:   1-1-23** |
| **Nursing Assessment Protocols** | **Number of pages: 3** |

necessary.

The majority of the protocols will be of a decision tree model with different actions taken dependent on variables of the patient's history and exam. When a provider must be called will be indicated, but nurses are encouraged to call a provider whenever there is any question regarding how to proceed.

The protocols and procedures are accessible to all staff via the T drive and/or hard copy books.

There is documentation of nurses' training in use of nursing assessments protocols and procedures based on the level of care provided by the nurse. Documentation includes:
   a. Evidence that the new nursing is trained and demonstrate knowledge and competency for the protocols and procedures that are applicable to their scope of practice
   b. Evidence of annual review of competency
   c. Evidence of retraining when protocols or procedures are introduced or revised

The protocols will be reviewed in detail at the time of initial nursing orientation.   New nurses are expected to become familiar with the protocols at that time.  They must sign that they have completed this.
Additionally, nurses are encouraged to refer to the protocols regularly. Annually, each nurse will take a quiz on the protocols to determine competency, which will be kept in their educational files.  Nurses who cannot pass the quiz will get additional training from the clinical nurse educator (CNE).

Nursing Assessment protocols for non-emergency health care requests include physician ordered medication. Approved assessment protocols pertaining to emergency life-threating conditions (e.g chest pain, shortness of breath) may contain prescription medications and include communication with the provider. Emergency administration of prescription medications requires a provider's order before or immediately after administration or follows a physician protocol order.

Exhibit B

| DENVER HEALTH<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-E-08**<br>Important<br>**ACA**<br>No cross reference |
|---|---|
| | Obsoletes:<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date:   1-1-23** |
| **Nursing Assessment Protocols** | **Number of pages: 3** |

The protocols and procedures are developed and reviewed annually by the nurse manager and responsible physician based on the level of care provided in the facility.

Exhibit B

| DENVER HEALTH<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-E-09**<br>Essential<br>**ACA-4-ALDF-4C-04**<br>Non-Mandatory |
|---|---|
| | **Obsoletes:**<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date:   1-1-23** |
| **Continuity, Coordination, and Quality of Care During Incarceration** | **Number of pages: 3** |

**Rationale:**     Continuity of care is critical in caring for patients with chronic diseases or with infectious diseases of public health importance. Patient medical, dental and behavioral health care is coordinated and monitored from admission to discharge.

**Policy:**     As part of the intake screening, information about previous treatment including the name of the previous care provider, clinic or hospital where this care took place will be obtained.  Health records will be requested to obtain information about what further evaluation or treatment a patient may need as deemed necessary.

While in the facility, attempts will be made to refer patients back to the provider who has been following the patient to further promote a therapeutic relationship.  The medical, behavioral health and dental information are recorded in a single health record and the providers of these various services will confer when a patient has multidisciplinary needs.

**Responsibility:**     Health Services Staff
Denver Sheriffs Department

**Procedure:**     Patients received medical, dental and behavioral health services from admission to discharge per provider recommendations, orders and evidence-based practices. Prescriber orders are implemented in a timely manner.

- Provider orders are evidence based and implemented in a timely manner.
- Deviations from evidence-based practice are indicated, clinical justification for the alternative treatment plan while in custody is documented.
- Treatment plans are modified as clinically indicated by diagnostic tests and treatment results.
- Diagnostic tests are reviewed by the provider in a timely manner.
- Treatment plans, including test results, are shared and discussed with patients.  Negative findings shall have a lab/radiology letter sent to the patient if follow-up is not necessary.

Exhibit B

| | |
|---|---|
| **DENVER HEALTH**<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-E-09**<br>**Essential**<br>**ACA-4-ALDF-4C-04**<br>**Non-Mandatory** |
| | **Obsoletes:**<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date:    1-1-23** |
| **Continuity, Coordination, and Quality of Care During Incarceration** | **Number of pages: 3** |

For hospitalizations, urgent care, emergency department, or specialty visits:

- Patients are seen by a qualified health professional upon return to ensure proper implementation of discharge orders and to arrange appropriate follow-up
- Recommendations are reviewed for appropriateness of use in the correctional environment
-  A provider is contacted in a timely manner to ensure proper implementation of any orders and to arrange appropriate follow-up
- Chart reviews are done to assure that appropriate care is ordered and implemented and that care is coordinated by health staff, including medical, dental, behavioral health, and nursing.

**INTRA-JAIL CONTINUITY**—with the information provided during the intake screening, nursing staff will attempt to verify medications.  In addition, if a patient claims a problem that is currently in the process of evaluation, the nurse will have the patient sign a *Release of Information* form so that records may be obtained.

If the nurse cannot verify medications claimed and the patient has a problem that appears to need these immediately, he or she will contact the provider.   Medications verified as current will be continued or substitutions of therapeutic equivalents on the formulary made.   The provider will review these during chart signing.

Patients transferred to the Denver County Jail (DCJ) will have their Health information transferred:

- If there is a serious medical concern (such as a suicide watch), the nurse at the sending facility will call the nurse at the receiving facility in order to alert him or her to this patient
- When the chart arrives at Denver County Jail, the HIM clerk validates charts on the transfer list have arrived. Charts are then provided to the nurses to complete Book-ins and a transfer screening.

As part of the transfer process, the patients receive a tuberculosis skin test (if not provided one at the Denver Detention Center (DDC)) and

Exhibit B

| DENVER HEALTH<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-E-09**<br>**Essential**<br>**ACA-4-ALDF-4C-04**<br>**Non-Mandatory** |
|---|---|
| | **Obsoletes:**<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date:   1-1-23** |
| **Continuity, Coordination, and Quality of Care During Incarceration** | **Number of pages: 3** |

receive a transfer screening by a nurse.  The nurse notes this interview on the intra-transfer screening form.  All pending encounters (TB, health assessments, provider, dental appointments etc) are rescheduled by the nurse. The chart is then placed in the provider sign pile for review.

If a patient is transferred to the DDC for scheduled overnight housing due to an early appointment, a nurse will complete a *Referral form* stating necessary medications and/or treatments.  This form will accompany the patient to the DDC and the nursing staff at DDC will review the form, make any necessary medication administration sheets or treatment cards and deliver care in accordance with these.  If a patient is unexpectedly housed at DDC for any reason (court runs late, late hospital appointment, etc.), DDC nursing staff will call Denver County Jail nursing staff who will give a verbal report on the patient.

**PROVIDER CONTINUITY**—when a patient is placed on the provider Line, the nurse will review the chart to see if one of the providers has previously seen the patient.  If so, the patient may be reappointed to that provider unless the problem is acute and that provider is not seeing patients that day.  Providers may reappoint patients to themselves.

**BEHAVIORAL HEALTH CONTINUITY**—Information regarding diagnosis and treatment is obtained and post-release follow-up is discussed.  The Denver Sheriff behavioral health services have developed a collaborative relationship with the Mental Health Corporation of Denver (MHCD).  Caseworkers from the MHCD may visit their clients at the jails to arrange to pick them up upon release.

Exhibit B

| **DENVER HEALTH** **Department of Correctional Care** **DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:** **NCCHC J-F-01** **Essential** **ACA 4-ALDF-4C-19** **Mandatory** |
|---|---|
| | **Obsoletes:** **Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22** **Review Date: 1-1-23** |
| **Patients with Chronic Disease and other Special Needs** | **Number of pages: 2** |

**Rationale:**     Health outcomes of patients with chronic disease improve when they receive regular care.

**Policy:**     Patients with chronic disease, other significant health conditions, and disabilities receive on-going multidisciplinary care aligned with evidence based standard are identified and receive treatment. The responsible physician establishes and annually approves clinical protocols consistent with national clinical practice guidelines. These clinical protocols for the identification and management of chronic disease or other special needs include, but are not limited to the following:

- Asthma
- Diabetes
- HIV
- Hyperlipidemia
- Hypertension
- Seizure disorder
- Tuberculosis
- Mood disorders
- Psychotic disorders

**Responsibility:**     Health Services
Chronic Care Nurses
Responsible/ Chronic Care Physician

**Procedure:**     During the receiving screening process at the Denver Detention Center (DDC), patients with chronic diseases and special needs will be identified. Claimed medications will be confirmed or approved.

Individualized treatment plans are developed by a physician or other qualified provider at the time the condition is identified and updated when warranted.

Chronic illnesses will be documented on the problem list and in the health record. The patient will be referred to the appropriate chronic care clinic. Follow-up appointments will be scheduled per the guidelines.  In addition to disease management, patient education on their disease process and

Exhibit B

| DENVER HEALTH<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-F-01**<br>Essential<br>**ACA 4-ALDF-4C-19**<br>Mandatory |
|---|---|
| | **Obsoletes:**<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date: 1-1-23** |
| **Patients with Chronic Disease and other Special Needs** | **Number of pages: 2** |

how they can help manage their disease will be given.

If a patient is newly diagnosed with a chronic disease either at the time of the health assessment or later encounters, they will enter the patient's name on the appropriate chronic disease list and schedule them for an intake appointment.   If a provider newly diagnoses a patient, they will write an order to enter the name in the appropriate clinic and refer to the chronic care nurses. Chronic illnesses and other special needs requiring a treatment plan are listed on the master problem list.

Documentation in the health record confirms providers are following chronic disease protocols and special needs treatment plans as clinically indicated by:

- Determining the frequency of follow-up for medical evaluation based on disease control
- Monitoring the patient's condition (e.g., poor, fair ,good) and status (e.g., stable, improving, deteriorating) and taking appropriate action to improve patient outcome
- Indicating the type and frequency of diagnostic testing and therapeutic regimens (e.g., diet, exercise, medication)
- Documenting patient education on diet, exercise, medication, and adaptation to the correctional care environment as necessary.
- Clinically justifying any deviation from the protocol

The responsible physician will work with the pharmacist to assure that medications needed for the treatment of chronic diseases are available.
The chronic care clinic will be responsible for intake, follow-up forms, and patient education materials.

The facility maintains a list of chronic care patients.
Medical and dental orthoses, prostheses, and other aids to reduce effects of impairment are supplied in a timely manner when patient health would be otherwise adversely affected, as determined by the responsible physician or dentist.

Exhibit B

| DENVER HEALTH<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-F-02**<br>**Essential**<br>**ACA 4-ALDF-4C-09**<br>**Non-Mandatory** |
|---|---|
| | **Obsoletes:**<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-21**<br>**Review Date: 1-1-22** |
| **Infirmary-Level Care** | **Number of pages**: 4 |

**Rationale:** Appropriate placement based upon the medical needs of an individual is dependent upon an understanding of the limitations of care that can be provided within the Infirmary beds and medical unit. Infirmary level care, when provided, is appropriate to meet the health needs of patients.

**Policy:** **DDC:** There is medical housing and Infirmary beds at the Downtown Detention Center (DDC). The infirmary beds are appropriate to meet many health needs. The following treatments can be delivered to patients designated as infirmary status -Intravenous antibiotics, pain management, Intravenous hydration, oxygen therapy, contact and respiratory isolation, and wound vacs. Patients in need of additional treatment will be accepted on a case by case basis as determined by the provider staff. Patients are always within sight or hearing of a facility staff member, and a qualified health care professional via the call system which has call buttons located in every room. Staff can respond in a timely manner. The DDC Medical Unit is staffed with a Registered Charge Nurse in the facility 24/7. At least daily the Charge Nurse ensures infirmary care is provided as ordered and documents in the chart. A provider is on-call 24/7 when not available in the facility. Staffing can be adjusted as needed based on severity of illness, number of patients and level of care required. The Nursing Reference Center Plus should be accessed for general information on nursing procedures in conjunction with already established Policies and Procedures. The Nursing Reference Center Plus can be accessed through the following steps 1) Denver Health Pulse Website >Internal Subsites>eLibrary>Nursing items> Nursing Reference Center Plus.

There are behavioral health observation cells throughout the facility; however, patients requiring close medical observation should be transferred to the medical unit. The observation beds are designated for medical and behavioral health observation for specific purposes, ie. 24 hour neurological checks from the 3rd, 4th, and 5th floor, prevention from eating or drinking before a medical test that requires such a restriction, to allow patients to recover from minor surgeries or medical procedures or behavioral health monitoring.

Medical Housing can be utilized for patients with wheel chairs or crutches if unable to function in general population, rule out TB (see protocol), and

<span style="color:red">**Exhibit B**</span>

| DENVER HEALTH<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-F-02**<br>**Essential**<br>**ACA 4-ALDF-4C-09**<br>**Non-Mandatory** |
|---|---|
| | **Obsoletes:**<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-21**<br>**Review Date: 1-1-22** |
| **Infirmary-Level Care** | **Number of pages: 4** |

other reasons health services may deem necessary.

**DCJ**: There are no Infirmary beds in the Medical Unit at the Denver County Jail (DCJ). The Medical Unit at the Denver County Jail functions as medical housing, providing a protective environment for patients who are inappropriate for general population for either medical or behavioral health reasons and do not require 24-hour nursing care. Those patients who require a higher level of care may be transferred to the DDC or Correctional Care Medical Facility (CCMF) at Denver Health.

**Responsibility:**     Health Services
                                   Correctional Care Medical Facility (CCMF)
**Procedure:**

**DDC**: Admission or discharge from infirmary designation will occur on the order of a provider. Provider rounds will occur five days per week and nursing rounds at least every shift or more often as ordered based on clinical acuity and the categories of care provided. Patient rounds will be documented in the medical record. Infirmary designated patients will have a purple infirmary designation.

**Infirmary Medical Record-**A complete infirmary record is kept for each patient which includes at a minimum:
- Admitting orders containing the admission diagnosis, medications, diet, activity restriction, diagnostic testing, frequency of vital sign monitoring and any other necessary follow up. ( provider order)
- Documentation of the care, monitoring and treatment plan
- Medication administration record
- Complete documentation of the care and treatment given
- Discharge plan and order ( provider only)

Infirmary records will be maintained on purple paper within the patient's medical record.

The number of qualified health care professionals providing infirmary-level care is based on the number of patients, the acuity of their illness, and the level of care required for each.

**DCJ**: There are beds in the Medical Unit for housing individuals who

Exhibit B

| DENVER HEALTH<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-F-02**<br>Essential<br>**ACA 4-ALDF-4C-09**<br>Non-Mandatory |
|---|---|
| | **Obsoletes:**<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-21**<br>**Review Date: 1-1-22** |
| **Infirmary-Level Care** | **Number of pages**: 4 |

cannot be placed in general population, but who may require a protective environment and limited nursing care. Patients who have medical or behavioral health needs that cannot be met in the Medical Unit may be transferred to the DDC or CCMF at Denver Health through provider arrangements.

If a patient has medical needs that cannot be managed in an infirmary bed, the nurse will contact a provider to arrange admission to CCMF. The provider will determine the appropriate destination within Denver Health (example: direct admission, ED visit, etc) and contact the accepting provider.

Exhibit B

| DENVER HEALTH<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | POLICY:<br>**NCCHC J-F-02**<br>Essential<br>**ACA 4-ALDF-4C-09**<br>Non-Mandatory |
| --- | --- |
| | Obsoletes:<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-21**<br>**Review Date: 1-1-22** |
| **Infirmary-Level Care** | **Number of pages**: 4 |

Exhibit B

| DENVER HEALTH<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-G-05**<br>**Important**<br>**ACA 4-ALDF-4D-15**<br>**Mandatory** |
|---|---|
| | **Obsoletes:**<br>**Prior Jail Medical Policies**<br>**J-I-06 Right to Refuse Treatment** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date:    1-1-23** |
| **Informed Consent and Right to Refuse** | **Number of pages: 4** |

**Rationale:**    Inherent in the right to medical treatment is the right to refuse such treatment. Patients have the right to make informed decisions regarding health care, including the right to refuse care.

Consent for routine care requested by a patient is assumed barring refusal of such care by an individual.   Written informed consent is required for invasive procedures. In addition, written consent of a parent or legal guardian is required for individuals under the age of 18 or whose mental capacity requires guardianship except as specified by law or for an emergency when the delay to obtain such consent could adversely affect the outcome.

**Policy:**    Patients may refuse any health services evaluation, treatment or care. Health services staff will obtain a written refusal of treatment for evaluations or treatment refused.  Signing such refusal does not preclude the individual from obtaining such treatment at a later date.

Patients will be informed verbally of the risks and benefits of treatment prescribed.  Health Services staff will obtain written informed consent for invasive procedures in accordance with Denver Health.   Consent for treatment by a parent or guardian will be obtained for individuals under the age of 18 or whose mental capacity requires guardianship except for those treatments excluded for said individuals by law.

**Responsibility:**    Health Services Staff
Denver Health
Denver Sheriff Department

**Procedure:**    All examinations, treatments, and procedures are governed by informed consent practices applicable in the jurisdiction. For procedures and medications that in the community setting would require informed consent, written documentation of informed consent is required.

Any health evaluation and treatment refusal is documented and must include the following:
- Description of service being refused
- Evidence the patient has been informed of any adverse health consequences that may occur because of the refusal.

Exhibit B

| DENVER HEALTH<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-G-05**<br>Important<br>**ACA 4-ALDF-4D-15**<br>Mandatory |
|---|---|
| | **Obsoletes:**<br>**Prior Jail Medical Policies**<br>J-I-06 Right to Refuse Treatment |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date:   1-1-23** |
| **Informed Consent and Right to Refuse** | **Number of pages: 4** |

- Signature of the patient
- Signature of the health services staff witness

If the patient does not sign the refusal form, it is to be noted on the form by a second health services staff or custody staff witness.

If a patient refuses a specific treatment, health services staff will explain the health consequences of such refusal.  If the patient still wishes to refuse, health services personnel will have the patient sign a *Refusal of Advised Medical Care form*, which states the treatment refused and the explained consequences of such refusal.   The person obtaining the refusal will sign the form as a witness.  In certain circumstances where the consequence of the refusal is significant, others witnessing the refusal will sign the form as well.    If a patient refuses treatment and refuses to sign the form, health services staff will complete the form as above and write "patient refuses to sign" and two witnesses to the refusal will sign the form as well. In addition, if the refusal is such that health services feel there is a significant risk to the individual, the patient may be housed in the Medical Unit for observation; however, under no circumstances will this be used as punishment.

If a patient in the Receiving Unit awaiting transport to the hospital for an appointment refuses to be transported, he or she immediately will be brought to the Medical Unit where health services staff will explain the importance of the appointment and try to ascertain why the patient does not wish to go.  If the patient still wishes to refuse and the need for the appointment is not urgent, health services will obtain a refusal as described above.

If health services feel the appointment is critical, the patient will be told that he or she must refuse to the specialist at Denver Health.  The patient will be sent back to the Receiving Unit for transport.  If while in the Receiving Unit, the patient states that he or she will not go without force to the hospital, the Receiving Unit personnel will return to the patient back to the medical unit to determine housing by health services and obtain a Refusal form.

Exhibit B

| DENVER HEALTH<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-G-05**<br>Important<br>**ACA 4-ALDF-4D-15**<br>Mandatory |
|---|---|
| | **Obsoletes:**<br>**Prior Jail Medical Policies**<br>J-I-06 Right to Refuse Treatment |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date:   1-1-23** |
| **Informed Consent and Right to Refuse** | **Number of pages: 4** |

If a patient changes his or her mind with regard to acceptance of treatment, the treatment will be given.

The dentist has patients sign Consent *to Treat Form* on all individuals scheduled for a dental procedure to be performed at the Denver Sherriff facilities.

Providers who perform invasive procedures at the Denver Sherriff facilities will obtain written informed consent prior to performing such procedures.

Providers at Denver Health who schedule patients for invasive procedures at Denver Health will obtain written informed consent in accordance with hospital policy.

**JUVENILE CONSENTS OR CONSENTS FOR MENTALLY INCAPACITATED INDIVIDUALS**
Upon book-in of a juvenile or a mentally incapacitated individual, a staff member from Operations will contact the parent or legal guardian requesting them to come and sign Consent *to Treat* form.  If the parent or guardian cannot come to the jail to do so, a verbal consent will be accepted with two witnesses hearing the consent and signing the form.

If after multiple attempts, a parent or guardian cannot be contacted, receiving will contact the Juvenile Court judge requesting court-ordered permission to treat.

Certain juveniles may be deemed emancipated. The term may include but shall not be limited to any such juvenile who has the sole responsibility of his own support, who is married or who is in the military."  The responsible physician after consultation with the legal department will make such determination.

In accordance with Colorado State law, individuals over the age of 15 and under the age of 18 may be treated for the following conditions without parental consent:
▪ Abortion
▪ Sexually transmitted disease
▪ Drug Abuse
▪ Contraception

Exhibit B

| | |
|---|---|
| **DENVER HEALTH**<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-G-05**<br>**Important**<br>**ACA 4-ALDF-4D-15**<br>**Mandatory** |
| | **Obsoletes:**<br>**Prior Jail Medical Policies**<br>**J-I-06 Right to Refuse Treatment** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-22**<br>**Review Date:   1-1-23** |
| **Informed Consent and Right to Refuse** | **Number of pages: 4** |

- Sexual Assault
- Mental Health
- Alcoholism
- HIV Testing

Exhibit B

# ABDOMINAL PAIN

**ASK:**
- Is the pain present now?
- How long has the patient had the pain?
- Has patient had similar pain in the past? What was diagnosis, treatment?
- What is location of pain?
- What brings pain on?
- What relieves pain?
- Is the patient able to eat?
- Is there any nausea/vomiting?
- Are bowel movements normal? Is patient constipated? Is there any diarrhea?
- What is character of pain?
- Is there a history of previous abdominal surgery?
- Is there any vaginal discharge?
- Are there any urinary symptoms?
- When was the last menstrual period?
- Medication use, particularly NSAIDs.

**EXAM:**
- Obtain and record temperature, blood pressure, pulse, and pulse ox.
- Are bowel sounds present?
- Is there any tenderness on examination? Is it diffuse or localized?
- Is there any rebound?

**TREATMENT:**
- If vital signs are normal, exam normal and pain is epigastric burning with no other complaints;
  - Tums/antacid tablets 2 tablets BID for 14 days or if the patient has a documented history of taking an H2 blocker medication in the past for this problem, start CIMETIDINE (Tagamet) 400mg BID for 14 days. If the patient has a history of taking PPI's in the past, start Prilosec 20mg QD for 14 days.
  - Recheck on Nurses' Kite List in one week. (Complete treatment card)
  - If symptoms are relieved, may continue the medicine begun as above for 30 days. Tums may be given as a Keep On Person (KOP) medication with the KOP card. (All KOP meds need to have a MAR filled out in addition to the KOP card.) Patients may have a 150 tablet bottle of Tums as KOP to be reissued monthly.
  - If there is no relief, document this in the chart and place in the provider sign file for the provider to review.
- If pain located in lower abdomen and associated with either vaginal discharge or urinary symptoms, refer to appropriate protocol.
- If pain is not currently present, vitals normal and exam normal and problem is not constipation, place on next provider list.
- If patient appears acutely ill with or without abnormality of vital signs, notify provider on call.

**G1**

| Page 1 of 1 | Approved by |
| --- | --- |
| | Peter Crum, MD |
| | Denver Sheriff Department Facilities                              January, 2021 |

Exhibit B

| DENVER SHERIFF HEALTH SERVICES<br><br>**PATIENT ASSESSMENT:  ABDOMINAL PAIN (G1)** | Name<br><br>DOB<br><br>Book-in/CD# |
|---|---|

| S | Is the pain present now   **Yes    No**       How long _____<br>Pain Level  0-10 _____ Pain location _____   Hx of same or similar pain  **Yes      No**<br>What was the diagnosis/treatment _____<br>Describe the pain_____ What makes it better _____<br>What makes it worse _____ How long since you ate _____<br>What did you eat _____ Nausea/vomiting  **Yes     No**<br>Hx of abdominal surgery   **No     Yes** _____<br>Urinary abnormalities   **No     Yes** _____<br>Last BM  _____              Constipation   **Yes    No**                 Diarrhea  **Yes     No**<br>        Vaginal discharge  **Yes    No    N/A**          Last menstrual period _____ |
|---|---|

| O | T)           P)           BP)          Pulse Ox)<br><br>Allergies _____<br><br>Current Medications_____<br><br>NSAIDs      **No     Yes**_____<br><br>Are bowel movements normal  **Yes  No     Constipated Yes    No     Diarrhea Yes    No**<br><br>Bowel sounds present in all four quadrants   **Yes    No** _____<br><br>Bowel sounds are    **Normal      Hyperactive      Hypoactive      Absent**<br><br>Rebound pain   **Yes    No**     Tenderness **Yes    No     Diffuse   Localized** _____ |
|---|---|

| A | Patient presents with complaint of abdominal pain _____ |
|---|---|

| P | <u>If vital sign and exam are normal and pain is epigastric burning with no other complaints:</u><br>☐ **TUMS/antacid tablets, 2 tablets BID for 14 days (follow KOP procedure) OR**<br>☐ **CIMETIDINE (Tagamet) 400mg BID for 14 days (if patient has used H2 blockers for this problem) OR**<br>☐ **Prilosec 20mg QD for 14 days, (if patient has used PPI's in the past for this problem)**<br>☐ For pain in lower abdomen associated with vaginal discharge or urinary symptoms, refer to appropriate protocol<br>☐ If pain is NOT currently present, vitals and exam normal and problem is NOT constipation, place on next provider list.<br>**If patient appears acutely ill with or w/o abnormality of vital signs, notify provider.**<br>Provider_____ notified at_____   Orders _____<br>_____<br><br>☐ **Treatment card completed for reevaluation in one week: Date:** _____Instruct on treatment card, if symptoms relieved, continue meds as above for 30 days.  If no relief, document and submit for provider review. |
|---|---|

| E | Patient educated regarding treatment plan and verbalized understanding   **Yes   No** _____<br>_____ |
|---|---|

**Signature**_____**Date**_____**Time**_____ **Stamp**_____

2

<span style="color:red">Exhibit B</span>

June 23,2020

# CHRONIC DISEASE

There is a Chronic Care Disease Clinic Department (CCC) at the Denver Detention Center (DDC) and Denver County Jail (DCJ). This department regularly follows Tuberculosis, Diabetes, Hypertension, Seizure Disorder, HIV, Dyslipidemia, Sickle Cell and Asthma. The clinics are maintained by the CCC nursing staff and overseen by the Medical Physician staff. The CCC staff is also responsible for completing all Health Assessments (HA).

Scheduling for the appropriate CCC is done by the CCC staff when the HA is done with the exception of HIV which is scheduled at Book in. The HA is completed within 14 days of Book-in. If the above disease entities are not scheduled for any reason, they can be scheduled by any other care provider at any time by referring to the CCC staff or MD Scheduling for any CCC.  The referral is made via the T drive CCC scheduling log.

Any patient with an **elevated blood pressure** is to be scheduled to have blood pressures checked every other day for a total of three blood pressures. These blood pressures are to be referred to the CCC staff to determine follow up needs. (Except for DDC second floor blood pressure values which are reviewed by the MD).

**Diabetics** or patients with elevated finger stick blood sugars should be placed on finger stick glucose checks BID and referred to the Diabetes CCC. There is a scheduling section for diabetes evaluation in each nursing station Diabetes Record. The MD reviews the diabetic book weekly.

See the Tuberculosis Protocol regarding TB screening.

Patients with HIV/AIDS are referred followed by the HIV CCC team, consisting of a public health case coordinator and HIV MD from Denver Health Medical Center. There is an HIV clinic onsite every other week at both DCJ and DDC.

**C10**

| Page 1 of 1 | Approved by |
| --- | --- |
| | Peter Crum, MD |
| | Denver Sheriff Department Facilities               January,  2022 |

4

Exhibit B

# COLDS/UPPER RESPIRATORY INFECTION (URI)

**Note:  Patients that present with Upper Respiratory Infection (URI) symptoms should be suspected of having COVID-19 and shall be evaluated using the COVID-19 Respiratory Screening form.**
**URI symptoms may be treated with the URI Protocol after completing the     COVID-19 Respiratory Screening form and following the written plan of care.**

Use the Upper Respiratory Infection form to document your assessment.

**ASK:**
- Rhinorrhea and nasal congestion
- Sore throat
- Cough—productive vs. non-productive, color or productive
- Earache
- Pregnancy - (last menstrual period or permanent contraception)
- Purulent nasal discharge.

**EXAM:**
- Temperature, blood pressure, pulse, respirations and pulse oximetry reading
- Check throat for enlarged tonsils with exudate (refer to Sore Throat protocol)
- Look in ears for abnormal tympanic membrane if he/she complains of earache
- Listen to lungs for abnormal lung sounds if he/she complains of cough
- Apply pressure over sinuses for facial pain
- Check for purulent nasal discharge

**TREATMENT:**
- If, there is no chance of patient being pregnant and exam is negative (for items listed in exam), begin **treatment** with:
  - Actifed 1 tab by mouth (PO) twice daily (BID) x 5 days
  - ES Tylenol 2 tabs by mouth (PO) twice daily ( BID) as needed ( PRN) x 10 days
  - Guaifenesin / DM 1 Tablet by mouth (PO) twice daily (BID) x 5 days, if dry cough present.
  - Advise salt-water gargle for sore throat, three times daily (TID) as needed (PRN) x 3 days.  (Give enough salt, Keep on Person (KOP) for 3 treatments daily x 3 days.
  - Encourage aggressive hydration.
- If patient has purulent nasal discharge with facial pain, productive cough or purulent sputum (documented) abnormal lung exam or ear exam, schedule patient on the next available provider line.
- If patient is pregnant may have Tylenol, Guaifenesin, and Sudafed 30mg by mouth (PO) twice daily ( BID) x 5 days
- If the patient presents with a temperature greater than 101, the patient is to be housed in the medical unit.  Medicate as above.  Complete a treatment card to check vitals every shift. Any patient housed in medical who is asymptomatic and afebrile for 12 hours may return to general population.

| Page 1 of 2 | Approved by | |
|---|---|---|
| | Peter Crum, MD | |
| | Denver Sheriff Department Facilities | January, 2021 |

Exhibit B

## COLDS/UPPER RESPIRATORY INFECTION (URI)

**If the patient's symptoms deteriorate** including temperature greater than 103.0, shortness of breath, painful breathing, hemoptysis, purulent tonsillar exudates, failure to thrive, mental status changes, or other concerning findings, notify provider.

**N1**

| Page 2 of 2 | Approved by |
|---|---|
| | Peter Crum, MD |
| | Denver Sheriff Department Facilities                           January, 2021 |

Exhibit B

## DENVER SHERIFF HEALTH SERVICES

## COVID-19 INTAKE SCREENING TOOL

| | |
|---|---|
| Name: | |
| DOB: | |
| BI#: | |
| CD#: | |

**COVID-19 Screening Questions:**

**Complete During Initial Screening**

**CIRCLE YES OR NO**

Are you experiencing COVID-19 symptoms such as fever, cough, or shortness of breath?          YES          NO          Temperature: _____

Have you been exposed to COVID-19? If yes, where? when?          YES          NO

_____

Are you homeless?          YES          NO

*Refer to the COVID-19 Respiratory Screening for signs, symptoms, or exposure to COVID-19*

**Signature:** _____ **Date:** _____ **Time:** _____ **Stamp:** _____

**Complete During Intake Screening**

**CIRCLE YES OR NO**

COVID-19 test scheduled in the portal?          YES          NO

**Signature:** _____ **Date:** _____ **Time:** _____ **Stamp:** _____

7

R: 02/25/2021

Exhibit B

**Denver Sheriff Health Services**

**COVID-19 Respiratory Evaluation**

| |
|---|
| Name: |
| DOB: |
| Book In#: |
| CD#: |

**Symptoms:**

**Onset of Symptoms:** _____

New Symptoms ☐ **Yes**   ☐ **No**   Chronic ☐ **Yes**   ☐ **No**

Worsening ☐ **Yes**   ☐ **No**   Describe: _____

☐ Fever          ☐ Cough      ☐Shortness of Breath

☐ Fatigue   ☐ Myalgia   ☐ Sore Throat   ☐ Headache   ☐ Chills   ☐ Nasal Congestion

☐ GI Symptoms   ☐ Other: _____

**Objective:**

Temperature: _____Pulse: _____Blood Pressure: _____Respirations: _____ Pulse Oximetry: _____

Supplemental Oxygen in Use: ☐ **No** ☐ **Yes** at _____ (LPM)   ☐Nasal Cannula      ☐Non Rebreather

Lung Sounds: **Left** ☐ Clear   ☐Diminished ☐Wheezing ☐Rales ☐Rhonchi

Lung Sounds: **Right** ☐ Clear   ☐Diminished ☐Wheezing ☐Rales ☐Rhonchi

Use of Accessory Muscles: ☐ **Yes**   ☐ **WNL**

Increased Exertion to Breath or Speak: ☐ **Yes**   ☐ **WNL**

Skin Color: ☐ WNL   ☐Cyanotic ☐Pale

☐ COVID-19 Test Results: _____ Date of Test: _____

**Plan:**

☐ Contact the provider for any of the following abnormal vital signs:
- Pulse > 120
- Oxygen Saturation < 90%
- Respiratory Rate > 21
- Blood Pressure < than 80/60

☐ Provide supplemental oxygen for oxygen saturation < 90% and contact the provider

☐ Contact the provider to discuss patients with High Risk for Deterioration including: Age ≥ 55, Resident of a nursing or long term care facility, Immunocompromised Individuals, Chronic Lung Disease or Moderate to Severe Asthma, Obesity, Underlying Medical Conditions (DM, HTD, CKD, CAD, Cirrhosis), Pregnant Women

☐ Name of Provider Contacted: _____

☐ Patient placed in contact isolation and scheduled for COVID-19 testing
- Educate patient to notify staff for worsening symptoms or other concerns

Additional Orders: _____

**Signature**_____**Date**_____**Time**_____**Stamp**_____

Revised: 10/28/2020

Exhibit B

| | |
|---|---|
| **Denver Sheriff Health Services** | Name: |
| | DOB: |
| **COVID-19 Respiratory Screening** | Book In#: |
| | CD#: |

☐ **Symptoms:**  ☐ Fever  ☐ Cough  ☐Shortness of Breath ☐ Fatigue  ☐ Myalgia  ☐ Sore Throat

☐ Headache ☐ Chills  ☐ Nasal Congestion ☐Runny Nose ☐New Loss of Taste ☐New Loss of Smell ☐ GI Symptoms  ☐ Other: _____

        Onset of Symptoms: _____

        ☐ Other: _____

        ☐ History of Chronic Respiratory Illness (Describe): _____

☐**Possible Exposure:**   ☐ Recent Travel  Where/When?  _____

                ☐  Direct Contact with COVID-19? _____

                ☐ Date of Exposure? _____

**\*For recent Travel isolation areas check T drive under: PHI\Denver Sheriffs\A6. Covid-19\Isolation Travel Areas\***

**Are you Homeless?** ☐ Yes  ☐ No

**Exam: Temperature: _____ Pulse Oximetry: _____ Patient Coughing:**  Yes     No

---

**Actions:    \* If patient reports COVID-19 symptoms or exposure:**

   ☐ **Place a surgical mask on the patient immediately**

---

**Education:** ☐ Encourage Fluids/Wear mask as instructed/Proper handwashing

        ☐Educate patients to notify health services staff or the officer if symptoms (fever, cough, or shortness of breath) begin or worsen.


**Plan:**      ☐ Contact the charge nurse or lead nurse to review COVID-19 Respiratory Screening

        ☐ Contact the provider immediately for any concerns or critical values and document on the COVID-19 Respiratory Evaluation

        ☐ Complete a classification slip for "contact/droplet/airborne precautions"

        ☐ Enter patient into the COVID-19 Log to have SARS COVID-19 PCR (Lab #2025) oropharyngeal specimen collected wearing full Personal Protective Equipment.


**Signature_____Date_____Time_____Stamp_____**

    **\*Patients complaining of worsening symptoms utilize the COVID-19 Respiratory Evaluation\***

Revised: 01.28.2022

Exhibit B

**Denver Sheriff Health Services**

| Name: |
|---|
| DOB: |
| Book In #: |
| CD #: |

**COVID-19 Transfer Screening Form
Medical screen**

Denver Sheriff Department is requesting all patients transferring into the Denver Sheriff facilities complete a COVID-19 screening. **Patients reporting <u>positive symptoms</u> will not be accepted and should be isolated and treated per CDC guidelines.**

**Temperature: _____**

**Chronic Respiratory Illness:_____**

| Inmate Questions | YES | NO | Additional information |
|---|---|---|---|
| 1. Have you been in contact or exposed to any person(s) who may have the Coronavirus? | | | |
| 2. Cough | | | |
| 3. Shortness of Breath | | | |
| 4. Recent fever | | | |

**COVID-19 Test Result- Date: _____**

**Positive**                    **Negative**

**COVID-19 Vaccination**                    **Date received**

☐ **Johnson & Johnson**                    _____

☐ **Moderna  Dose 1**                    _____

☐ **Moderna  Dose 2**                    _____

☐ **Pfizer  Dose 1**                    _____

☐ **Pfizer  Dose 2**                    _____

**Signature_____Date_____Time_____Stamp_____**

**County_____**

R: 04/13/2021

10

Exhibit B

# Denver Sheriff Health Services
# COVID-19 Workflow

**Employee Self-Monitoring/Screening:**
- ☐ Staff members shall self-monitor for signs and symptoms of COVID-19
- ☐ If you are experiencing: sore throat, new fever, runny nose, muscle aches or pains, fatigue or malaise, new cough, diarrhea, shortness of breath or difficulty breathing, nausea or vomiting, abdominal pain, new loss of taste or smell, chills or rigors, or headache or other COVID-19 related symptoms complete the COVID-19 Employee Survey
- ☐ (Red Cap Survey) is to be utilized for new COVID-19 symptoms
- ☐ Stay home if you are ill and self-isolate
- ☐ Follow the recommendations of your completed COVID-19 Employee Survey and notify the Charge Nurse

**Intake Screen:**
- ☐ Patients arriving to the Downtown Detention Center (DDC) shall be provided a mask by the Denver Sheriff Department (DSD)
- ☐ Intake nursing shall be notified at time of arrival of new detainees and shall complete COVID-19 Intake Screening Tool including a temperature as patient enters the DDC
- ☐ Patients shall be provided an educational COVID-19 handout by Health Services staff
- ☐ A COVID-19 test shall be ordered for each patient by entering the patient into the COVID-19 log
- ☐ Patients reporting symptoms based on the screening tool shall be isolated in designated I-cell
- ☐ Patients that present to the intake exam rooms reporting symptoms/possible exposure based on the screening tool shall be isolated in a designated I-cell by the DSD upon notification
- ☐ Symptomatic/possibly exposed patients shall complete the remainder of their medical intake and the COVID-19 Respiratory Screening form at the isolation cell
- ☐ The symptomatic/possibly exposed patient shall remain in the isolation cell until moved to designated housing by uniformed staff
- ☐ Uniformed staff shall wear recommended PPE (Personal Protective Equipment) eye protection, mask, gloves and protective covering
- ☐ A Recommendation for Classification (RFC) slip shall be completed for symptomatic and/or patients that report COVID-19 exposure indicating, "contact, droplet, and airborne precautions-symptoms"

**Intake COVID-19 Testing (Booking Test):**
- ☐ Place completed screening tools in the patient's temporary chart
- ☐ Patients refusing the "Booking" COVID-19 test shall be isolated in "contact, droplet, and airborne precautions for 11 days then reoffered testing (see COVID-19 Test Refusals below)
- ☐ Complete an RFC for patients refusing "Booking" COVID-19 tests indicating "Contact, Droplet, and Airborne" precautions
- ☐ Booking numbers shall be merged with the patient's CD# prior to testing
- ☐ Behavioral Healthcare Technicians (BHT) shall print the COVID-19 BHT Test Log prior to the lab batch times, place the order in EPIC, and collect the test to be sent to the lab for the upcoming run
- ☐ The COVID-19 Clerical Staff or designee shall enter negative "Booking" test results into the COVID-19 log and create an RFC slip indicating "Discontinue Isolation Precautions".

Exhibit B

## <u>Denver Sheriff Health Services</u>
## <u>COVID-19 Workflow</u>

☐ Positive Results shall be reviewed and entered in the COVID-19 log by the Charge Nurse or designee and an RFC shall be created indicating "Contact, Droplet, and Airborne precautions **+** (Positive)"

### <u>COVID-19 Screening:</u>

☐ COVID-19 Intake Screening Tool includes screening questions for COVID-19.  A temperature shall be obtained

☐ Transfers between the DDC and Denver County Jail (DCJ) shall be screened the morning of the transfer in the patients housing unit using the COVID-19 Transfer Screening form.

☐ Patients that submit medical kites and/or report COVID-19 symptoms will be marked as urgent and referred to nursing staff to complete the COVID-19 Respiratory Screening form

☐ Patients shall not be charged for medical kites that contain only reports of COVID-19 symptoms or requests for COVID-19 lab results

☐ The Hospital Return POR includes screening for COVID-19 and a recommendation  for contact, droplet, and airborne precautions in the plan

☐ Patients sent from the DDC or DCJ for Women's Care appointments or X-Ray shall be screened at the sending facility prior to transport and documented on the Intra-Transport Log.

☐ Patients scheduled for outpatient visits at Correctional Care Medical Facility (CCMF) shall be screened by medical staff prior to transport to Denver Health and documented on the CCMF Clinic Transport Log.

☐ Patients with COVID-19 symptoms, on exposure status, or pending testing shall not be transferred without a provider's order

☐ Patents scheduled for outpatient visits at CCMF that present with COVID-19 symptoms shall be scheduled for COVID-19 testing and shall not transfer unless approved by the receiving CCMF clinic

☐ The clinic scheduler shall be notified and contact the CCMF clinic for approval prior to transporting

### <u>COVID-19 Symptoms and Exposure:</u>

☐ Patients reporting COVID-19 symptoms including but not limited to fever, cough, shortness of breath, new loss of taste or smell, fatigue, myalgia, sore throat, headache, chills, rigors, nasal congestion, and GI symptoms or reported exposure shall be given a surgical mask.  Notify uniformed staff to isolate patient in designated housing

☐ Medical staff shall wear recommended PPE (mask, eye protection, gloves, and protective covering)

☐ COVID-19 Respiratory Screening form shall be completed, and the patient entered in the COVID-19 log

☐ Symptomatic patients shall be scheduled for a COVID-19 test

☐ Patients with reported or known exposure shall be scheduled for a COVID-19 test on day – 11 from exposure date

☐ Notify the Charge Nurse at the DDC

☐ Patients in isolation for exposure that report symptoms shall have their status changed in the COVID-19 log to "Symptoms and Exposure" and COVID-19 Respiratory Screening form and COVID-19 test completed

Exhibit B

## Denver Sheriff Health Services
## COVID-19 Workflow

- Patients reporting worsening COVID-19 symptoms shall be evaluated utilizing the COVID-19 Respiratory Evaluation form and a provider contacted when indicated
- The Charge Nurse or designee shall enter patient information in the COVID-19 log located in the Scheduling Portal
- Patients reporting exposure in the absence of symptoms shall not be tested for COVID-19 without a provider's order
- Testing shall be completed upon report of positive symptoms
- An RFC slip shall be completed indicating contact, droplet, and airborne precautions
- Resolved COVID-19 patients, with positive test results within 90 days, shall not be retested or isolated without a provider's order
- Resolved COVID-19 patients, with positive test results greater than 90 days (COVID-19 Naïve) shall be scheduled for a COVID-19 test and isolated for symptoms or upon exposure as described above

### Isolation Procedure/Personal Protective Equipment (PPE):

- Health Services staff shall wear recommended PPE for COVID-19 patient contact (mask, eye protection, gloves, and protective covering)
- Masks are to be worn by health services staff when entering or exiting the facility
- Staff members not in direct patient contact shall wear a surgical mask
- Staff members are required to wear an N95 mask during patient contact
- Homemade masks are not endorsed by Denver Health and shall not be worn at work
- Patients shall be instructed to wear a mask during each interaction with staff
- Staff shall utilize contact, droplet, and airborne precautions during patient encounters DH PPE Guidelines
- Uniformed staff shall wear recommended PPE when entering isolation room and/or escorting patients out of isolation housing
- Isolation carts are in medical units at the DDC and the DCJ and contain protective covering, gloves, eye protection and surgical masks
- Masks may be obtained and signed out from the supply closet in the medical unit
- Health Services shall follow recommendations for donning and removing PPE (mask, eye protection, gloves, and protective covering) PPE Refresher
- Protective covering shall not be worn outside of housing units
- PPE shall be disposed of in biohazard containers
- Nursing staff shall place contact, droplet, and airborne precaution signs on patient's cell door in the medical units

### Health Services – Downtown Detention Center

- Patients from non-COVID-19 units shall be called to the medical exam rooms two patients at a time from the same housing unit. There shall be no mixing of patients from different housing units
- This shall include one patient on the bench and one patient in the exam room
- At no time shall there be more than one patient waiting on the bench
- Health Services staff may go to the housing unit sally ports to administer missed medications, perform simple dressing changes, and other treatments that may be completed quickly with a corridor officer standing by to reduce unnecessary movement
- Routine AM and HS medication pass shall be conducted in the housing units next to the officer's desk – not the sally port

Exhibit B

## **Denver Sheriff Health Services**
## **COVID-19 Workflow**

- ☐ Exposure and COVID-19 positive housing units shall have health services brought to the housing unit
- ☐ If a treatment must occur in 3-Medical, medical staff shall provide direction on precautions to be taken to the DSD while escorting the patient

### **Disinfection Process for Equipment:**
- ☐ Equipment shall be cleaned with purple or bleach wipes after each patient use
- ☐ Key sets shall be cleaned with purple wipes or bleach wipes before being placed back into the Morse KeyWatcher system
- ☐ Workstations and high touch areas (phones, doorknobs, etc.) shall be cleaned with purple or bleach wipes frequently throughout the day

### **Housing Units with COVID-19 Exposure:**
- ☐ Inform officer in the housing unit that a possible COVID-19 exposure has occurred and that patients may notify health services staff or the officer if symptoms begin or worsen
- ☐ An RFC slip shall be completed indicating "Contact, Droplet, and Airborne" precautions – Exposure and delivered to classifications or the watch commander at the DCJ after hours
- ☐ Patient information shall be added or updated in the COVID-19 log as "Exposure" by the charge nurse or designated staff
- ☐ Resolved positives (< 90 days from positive test) shall not be placed on exposure status

### **Additional Exposures**
- ☐ COVID-19 open housing units, eight-man cells, or two-man cells with additional COVID-19 exposures shall have exposure dates reset to the most recent exposure
- ☐ Resetting exposure dates requires a note in the COVID-19 log as to the reason and the name of the patient they were exposed to
- ☐ An RFC slip shall be completed indicating an updated exposure date and "Contact, Droplet, and Airborne" precautions - Exposure

### **COVID-19 Testing:**

- ☐ Personal Protective Equipment (PPE), including eye protection, gloves, protective covering, and N-95 mask shall be worn during collection process
- ☐ Gloves shall be changed between patients when obtaining multiple COVID-19 tests
- ☐ Do not place testing supplies on the patient's bunks/linens to prevent cross contamination
- ☐ Schedule patients for COVID-19 tests lab order SARS-COVID-19 PCR (Lab # 2025)
- ☐ Patients with reported or observed COVID-19 symptoms shall have an Oropharyngeal Swab COVID-19 test completed
- ☐ Patients housed in isolation for exposure shall have a COVID-19 test completed on day 15
- ☐ Court Orders for COVID-19 testing shall be entered into the COVID-19 log under "Court Ordered"
- ☐ Court ordered test results shall be emailed to the AOC identifying "Court Ordered COVID-19 Test" in the subject line

Exhibit B

## Denver Sheriff Health Services
## COVID-19 Workflow

- ☐ Court ordered test results shall be provided to the DSD by the Health Information Manager or designee
- ☐ Patients pending transfer to the Colorado Mental Health Institute of Pueblo (CMHIP) or CMHIP satellite facilities shall be isolated by the DSD unless they are in low risk housing
- ☐ Patients pending transfer to the CMHIP or CMHIP satellite facilities do not require isolation if they are in low risk housing and shall be tested prior to transport
- ☐ Patients receiving tests by court order or pending transfers other than those already mentioned shall not be isolated unless symptomatic or exposed
- ☐ Instructions for collecting COVID-19 Specimens.
- ☐ Specimens shall be labeled with patient name, identifiers, and placed in individual biohazard bags
- ☐ Collected specimens shall be stored in the lab refrigerator

### Public Health COVID-19 Testing:

- ☐ Public Health shall offer free COVID-19 testing to patients and staff in coordination with the DSD
- ☐ Positive test results shall be emailed to the charge nurses and administration by Public Health
- ☐ Charge Nurses shall review their email box throughout the day for positive results, save the results to the "Public Health COVID-19 Test Results" folder, and email the group indicating results were received
- ☐ Positive results shall be documented in the COVID-19 log by the charge nurse or designee identifying the test as a Public Health test and follow the COVID-19 workflow for positive results
- ☐ Patients with "inconclusive" test results shall have an RFC submitted to classifications with "Contact, Droplet, Airborne precautions – house alone" and a PCR test scheduled as "other" indicating in the notes "inconclusive" test from public health
- ☐ Patients with prior positive COVID-19 tests within 90 days shall not be isolated
- ☐ Patients requesting COVID-19 test results from public health testing shall be sent public health contact information by Health Information Management

### Rapid COVID-19 Testing:

- ☐ Positive Rapid COVID-19 tests shall have an RFC completed for contact, droplet, airborne precautions
- ☐ Enter positive results into the COVID-19 log under the rapid test drop down
- ☐ Patients with positive rapid tests completed by Public Health shall have a PCR COVID-19 test completed by Public Health
- ☐ PCR COVID-19 test results after positive rapid tests shall be entered in the COVID-19 log:

| COVID-19 PCR Test Result | Reported or Observed Symptoms | Status | Action |
|---|---|---|---|
| Negative | Yes | Presumptive Positive | No Action Necessary |
| Negative | No | Exposure Status | Notify the AOC |
| Positive | n/a | Remains Positive | No Action Necessary |

Exhibit B

## Denver Sheriff Health Services
## COVID-19 Workflow

### SARS-COVID-19 PCR (Lab # 2025) - Guidelines

☐ Within one hour after specimen collection the swab shall be refrigerated
☐ Within 24 hours after collection the swab shall be transported to the lab
☐ Specimens shall be transported in a cooler if transport time is longer than one hour
☐ Specimens shall be transported in batches to the lab four times a day by courier

| COVID-19 Labs | |
|---|---|
| **Time Labs to be Received:** | **Denver Health COVID-19 Batch Times** |
| 0800hrs | 0900hrs |
| 1200hrs | 1300hrs |
| 1700hrs | 1800hrs |
| 2400hrs | 0100hrs |

### COVID-19 Test Refusals:

☐ Patients refusing COVID-19 testing shall sign a refusal or have refusal form signed by two staff members if patient refuses to sign
☐ The BHT shall update the COVID-19 log indicting the patient "Refused"
☐ Patients that refuse testing may submit a medical kite requesting the test to be completed
☐ Booking, Symptomatic, and Exposure patients that refuse initial and reattempts at COVID-19 testing shall complete a 21-day quarantine (11+10) – see table below
☐ Patients that refuse COVID-19 testing and complete 21 days of quarantine shall be cleared to general population-not Low Risk Housing
☐ A Recommendation for Classification (RFC) slip shall be completed indicating "Discontinue Contact, Droplet, Airborne precautions– Cleared to GP – not low risk housing".
☐ The DSD shall be notified when patients pending transfer (DCJ, DOC, El Paso, State Hospital, COMM CORR) refuse testing

Exhibit B

## Denver Sheriff Health Services
## COVID-19 Workflow

-Description of actions for refused COVID-19 Testing

| Reason for Testing | 1st COVID-19 Test Offered | Action for Refusal | Attempt Retest | Action for Refusal Day 26 of Quarantine |
|---|---|---|---|---|
| Book-In | Day 1 in custody | Indicate Refusal in Log; RFC: Contact, Droplet, Airborne Precautions | Day 11 | Patient is cleared to GP - Not Low Risk Housing |
| Symptoms | Day 1 of reported symptoms | Indicate Refusal in log; RFC: Contact, Droplet, Airborne Precautions | Day 11 | Patient is cleared to GP - Not Low Risk Housing |
| Exposure | Day 11 of quarantine | Indicate Refusal in Log; RFC: Continue Contact, Droplet, Airborne Precautions | If patient becomes symptomatic | Patient is cleared to GP - Not Low Risk Housing |
| Denver County Jail (DCJ) Transfers | 48 hours prior to transfer | Indicate Refusal in Log; Notify Classifications CPT or SGT | | |
| Transfer (DOC, State Hospital, El Paso County, etc.) | 48 hours prior to transfer | Indicate Refusal in Log; Notify the DSD | | |
| E-Meds | As ordered | Indicate Refusal in Log; Notify the Lead Psychiatrist | | |
| Surgery | 48 hours prior to transfer | Indicate Refusal in Log; Notify the Clinic Scheduler | | |

### COVID-19 Test Results:

☐ A COVID-19 test (PCR and Rapid Tests) resulted as "Detected" or positive shall be entered in the COVID-19 log

☐ Patients with positive COVID-19 tests shall remain isolated for a duration of 10 days

☐ An RFC slip shall be completed indicating "contact, droplet, and airborne precautions -+ (Positive)" for patients with positive COVID-19 tests and handed to a classifications officer or watch commander after hours at the Denver County jail

☐ Positive test results for patients pending transfer to the DCJ or other agencies shall be reported to the DDC Classification CPT or SGT or receiving agency

☐ The AOC or designee shall email a daily positive COVID-19 report to the DSD command staff

☐ Patients with a positive COVID-19 test shall be provided a result letter by the psychology/social work team with COVID-19 education handout

Exhibit B

## **Denver Sheriff Health Services**
## **COVID-19 Workflow**

☐ The Denver Public Health (DPH) COVID-19 Case Investigation information shall be entered into Commcarehq.org for positive results identified at intake by psychology/social work

☐ The COVID-19 log shall be updated by indicating "Yes" in the test information section of the portal by psychology/social work after the DPH COVID-19 Investigation form has been emailed

☐ Positive COVID-19 results for patients that have been released from custody shall be emailed to Dr. McMillan by the charge nurse or designee

☐ DPH shall be notified by psychology/social work by email (Covid-19@denvergov.org) when patients are released from custody before their COVID-19 test results return as positive

**High Risk Patients:**

☐ Patients with serious underlying medical conditions, pregnancy, and age greater than 55 are identified and a list provided to the DSD to work with courts for possible release from custody

☐ Chart reviews are completed by the provider weekly for patients with age greater than 55 to identify patients at higher risk related to COVID-19

☐ Patients positive with COVID-19, underlying medical conditions, and an age greater than 55 years are considered for housing in 3M or Building # 4

**Emergency Response to Isolated Patients:**

☐ PPE (protective covering, gloves, N95 mask, and eye protection) are donned prior to contact with patients in isolation precautions.   PPE (N95 masks, protective covering, and eye protection) has been placed with the E-Bags.

☐  Emergency response teams shall consist of three responding staff members for designated isolation housing areas

☐ Additional medical assistance shall be announced if needed

☐ Patients with exacerbated COVID-19 symptoms shall be evaluated utilizing the COVID-19 Respiratory Evaluation form and contact a provider

**Medication Administration:**

☐ Recommended PPE (protective covering, gloves, mask, eye protection) shall be worn during medication administration to patients in isolation housing

☐ An announcement shall be made in the housing units before the beginning of each medication administration for patients to report to the nurse or submit a medical kite if they are experiencing signs or symptoms of COVID-19

☐ A new protective covering shall be used for each isolation housing unit

☐ Medications shall be passed to the patient using the medication envelopes at the DDC and cups at the DCJ

☐ Medication administration envelopes and cups shall not be collected from patients to prevent cross contamination

☐ After each use the medication administration box and tray shall be wiped down with bleach or purple wipes

Exhibit B

## Denver Sheriff Health Services
## COVID-19 Workflow

☐ Patients shall be instructed to wear their mask during medication administration
☐ Medication shall be given to the patient; the nurse shall step back, and patient will be instructed to take the medication
☐ Inhalers shall be given as Keep On Person (KOP) medications
☐ The provider shall be consulted to review Flonase or other medications that could pose cross contamination risks
☐

| Housing Type | Method | Location/Notes |
|---|---|---|
| Single/Two Person Cells | Envelopes/Trays | Cell Side |
| Eight Person Cells | Medication Cart | One Eight Man Group at a Time |
| Open Housing | Medication Cart | Officer's Desk |

## Clearing Patients from Isolation:

☐ A negative COVID-19 test is required to remove contact, droplet, and airborne precautions for both exposure and symptomatic patients
☐ A COVID-19 test date shall be generated by the COVID-19 log on the patient's reevaluation date
☐ Patients with negative COVID-19 tests previously on "Exposure" isolation status now on "Symptoms/Exposure" status shall remain in isolation 10 days from their initial reported exposure and have a COVID-19 test completed on day 11
☐ Complete an RFC clearing the patient from isolation precautions(contact/droplet/airborne) and the reason for the isolation: Symptoms, Exposure, or Booking
☐ Update the COVID-19 log

## Resolving Patient's with Positive COVID-19:

☐ Patients with positive COVID-19 tests shall remain isolated for a duration of 10 days
☐ On Day 11 from the positive test collection date patients shall have an RFC completed stating "Discontinue Contact, Droplet, and Airborne precautions for Resolved ✚ Low Risk Housing"
☐ Patients on a Carry Over (COV) status at the hospital shall not be resolved until their return. A note shall be entered in the COVID-19 log indicating their COV location.
☐ Update the COVID-19 log by dispositioning the patient as "Resolved"
☐ Patients with prior positive COVID-19 tests within 90 days shall be tested by provider order only

Exhibit B

### Denver Sheriff Health Services
### COVID-19 Workflow

**Emergency Transport:**
- □ When possible notification of a suspected or positive case of COVID-19 shall be provided to Emergency Medical Services (EMS) dispatch at the time of the ambulance transport request
- □ Notification of the same shall be provided to the Transfer Center prior to the patient leaving the jail
- □ Patients shall be given a surgical mask for transport

**COVID-19 Transfer Screening Correctional Facilities:**
- □ Receiving correctional facilities shall be notified by the DSD that the patient may have been potentially exposed to or tested positive for COVID-19 and/or isolation precautions
- □ Transfers departing the DDC or DCJ to other correctional facilities shall have the COVID-19 Transfer Screening form completed
- □ Washington County has requested their specific form be used for COVID-19 screening
- □ The State Hospital has requested their specific COVID-19 screening form be completed and emailed for review prior to transport. The State Hospital will not schedule transport until their form has been received
- □ The DSD shall send pending transfer notifications in advance by email to DSDChrgNurses@dhha.org and DSD_HIM@dhha.org to initiate COVID-19 testing
- □ Health Information Management (HIM) shall email or fax the completed screening form and test results to the receiving facility
- □ The DOC (Department of Corrections) shall have the DOC Clinical Information Transfer Form completed and faxed 48 hours prior to transfer
- □ The DSD shall email the "Release List" the night prior to DSDChrgNurses@dhha.org and DSD_HIM@dhha.org to initiate COVID-19 transfer screening
- □ Patients presenting with symptoms of COVID-19 shall be provided with a mask and placed in isolation (see workflow above for Positive Symptoms and Isolation)

Exhibit B

## Denver Sheriff Health Services
## COVID-19 Workflow

☐　The below table lists facilities that require COVID-19 testing prior to transport:

| Receiving Facility | Log Entry | Testing Time Frame to Transfer | HIM to Send Results/Clearance |
|---|---|---|---|
| **Denver County Jail** | **"DCJ"** | **< 48 Hours prior to transfer** | **Reviewed with the Class SGT** |
| Adams County Jail | "Adams" | < 7 days prior to transfer | dweatherwax@wellpath.us<br>MJGillespie@Wellpath.us |
| Arapahoe County Jail | "Arapahoe" | < 48 Hours prior to transfer | Fax Results<br>720-874-3757 |
| Douglas County Jail | "Douglas" | < 7 days prior to transfer | Ryan.Kitzman@denvergov.org |
| El Paso County Jail | "El Paso" | < 48 Hours prior to transfer | Fax Results<br>719-390-2168 |
| Lincoln County Jail | "Lincoln" | Upon Notification of pending Transfer | Fax Results<br>719-743-2392 |
| State Hospital | "State Hospital" | < 48 Hours prior to transfer | cdhs_cmhipadmissions@state.co.us |

☐　Resolved COVID-19 patients, with positive test results within 90 days, shall not be retested without a provider's order and shall have a copy of their "Positive Resolved" form sent in lieu of test results
☐　Resolved COVID-19 patients, with positive test results greater than 90 days (COVID-19 Naïve), shall be retested prior to transfer
☐　Staff shall review stamp, sign, and date COVID-19 screens received from other facilities and place in the patient's chart or HIM for filing

## Patients Releasing from Custody in Isolation or Restricted Housing:

☐　When patients are being released the DSD shall contact the assigned social worker or psychologist notated on the integrated schedule to initiate discharge planning
☐　Patients identified as homeless or require additional resources will be coordinated by the psychology department
☐　Patients released with pending COVID-19 tests shall be provided the COVID-19 Results phone number (720-337-0346) by the social work/psychology team to call for test results
☐　Patients requesting results over the phone shall be required to provide their name, CD # date of birth and password before results are released

Exhibit B

## **Denver Sheriff Health Services**
## **COVID-19 Workflow**

- ☐ The psychology team provides a COVID-19 educational discharge packet
- ☐ The social work/psychology team member completing the discharge planning shall obtain the patients phone number and address if available and document in the COVID-19 log for patients that have positive COVID-19 results
- ☐ The assigned social worker or psychologist will coordinate with the DSD to obtain public health isolation orders for a COVID-19 positive patient
- ☐ If unable to reach the assigned personnel for discharge planning or after hours contact Dr. Brad McMillan
- ☐ Patients being released from isolation cells with suspected or confirmed COVID-19 shall receive the "COVID-19 Release Packet" and "Home Quarantine Instructions" on how to self-isolate and standard precautions
- ☐ The psychology /social work personnel shall enter detailed discharge information and release of the patient in the COVID-19 log and document on a POR

**Social Distancing:**

- ☐ Maintain social distance 6 feet from your coworkers and patients when possible
- ☐ Limit four staff members in sally port
- ☐ Two staff members in elevator
- ☐ Staff shift huddles shall be held in the patient waiting area to allow social distancing
- ☐ Call Team Members to discuss patient care
- ☐ Minimize traffic through the nurse's stations in 3M and Building # 4 by using alternate routes as posted on doors
- ☐ Minimize the number of staff in 3M and Building # 4 nursing stations
- ☐ Notify Health Information Management (HIM) by phone to request charts
- ☐ HIM staff will place charts outside their door
- ☐ Limit two staff members in break rooms

### ***All work-flow inquiries shall be referred to the AOC***

Exhibit B

## <u>Denver Sheriff Health Services</u>
## <u>COVID-19 Workflow</u>

**-Description of Forms**

| <u>Name of Form</u> | <u>Indication for Use</u> |
|---|---|
| <u>COVID-19 Intake Screening Tool</u> | Used during the initial COVID-19 intake screen at the DDC |
| <u>COVID-19 Respiratory Screening</u> | Used when patients report exposure during intake or symptoms throughout the duration of their stay |
| <u>COVID-19 Respiratory Evaluation</u> | Used to evaluate patients reporting worsening or severe COVID-19 like symptoms |

Exhibit B

**Denver Sheriff Health Services
COVID-19 Workflow**

-Recommendations for Classification (RFC)

| Indication for RFC | RFC Wording | |
|---|---|---|
| | **Placing COVID-19 Precautions** | **Removing Precautions** |
| **Symptoms** | Contact, Droplet, Airborne precautions - Symptoms | Discontinue Contact, Droplet, Airborne precautions-Symptoms |
| **Exposure** | Contact, Droplet, Airborne precautions - Exposure Date___ | Discontinue Contact, Droplet, Airborne precautions-Exposure |
| **Re-exposure (prior to being cleared)** | Contact, Droplet, Airborne precautions - Exposure Date___ | Discontinue Contact, Droplet, Airborne precautions-Exposure |
| **Positive COVID-19 Test** | Contact, Droplet, Airborne precautions - + | Discontinue Contact, Droplet, Airborne precautions-Resolved Positive – Low Risk Housing |
| **Pending Transfer to CMHIP** | 14 Day Quarantine for Pending CMHIP Transfer | n/a |
| **Booking, Exposure, and Symptom Refusal** | Contact, Droplet, Airborne precautions | Discontinue Contact, Droplet, Airborne precautions-Cleared to GP - Not Low Risk Housing |
| **Booking Test** | n/a | Discontinue Contact, Droplet, Airborne precautions-Booking |
| **DCJ Transfers** | n/a | COVID-19 Transfer Test Negative |

Exhibit B

# CRITICAL VALUES, VITAL SIGNS AND OTHER INDICATIONS FOR PROVIDER NOTIFICATION

**A PROVIDER WILL BE NOTIFIED IMMEDIATELY FOR THE FOLLOWING VITAL SIGNS/VALUES AND SIGNS OR SYMPTOMS:**

**Temperature:**
Elevated > 101.3 (unless associated with all other positive indicators of strep throat or obvious viral syndrome: headache, myalgias, malaise sore throat, non-productive cough).
**Stiff neck with fever**
**Photophobia with fever**
Maintain in the Medical Unit, encourage fluids, offer Tylenol 1000 mg PO till fever resolved and recheck every 4 hours.(Create a treatment card)

**Blood Pressure:**
Systolic $\geq$ 200 or Diastolic $\geq$ 120.  If blood pressure is less than 80/60 (unless a known normal for this person and he/she is asymptomatic)

**Pulse**:
Pulse >120.  Note:  if the patient is being treated for alcohol withdrawal with a heart rate of  >120 refer to the ETOH withdrawl protocol for treatment.
If pulse < 45 **and** the patient is **symptomatic** call provider**.**
If patient is asymptomatic, obtain an EKG with rhythm strip, schedule patient in the portal for provider chart review the following day.

**Orthostatic Changes:**
Drops of 20 mm/hg of blood pressure or rises of 15 beats/minute of pulse should be called to provider.  The pulse will show changes before the blood pressure; therefore the provider should be notified if there is a significant change in pulse even if unaccompanied by a change in blood pressure.

**Respiratory Rate:**
Rate > 25

**ALL OF THE ABOVE VITAL SIGNS SHOULD BE RECHECKED EVERY 2 HOURS UNTIL THEY RETURN TO NORMAL OR AS OTHERWISE ORDERED BY A PROVIDER**

**Glucose Finger Sticks:**
< 50 or > 400.  Call for blood sugars > 400 or per sliding scale orders.
**Refer to the diabetic protocol.**

**Pulse Oximeter:**
< 90%

**Laboratory Tests:**
Any value called from the laboratory as a critical value must be called to a provider and documented in the medical record.
**A1**

| Page 1 of 2 | Approved by |
| --- | --- |
| | Peter Crum, MD |
| | Denver Sheriff Department Facilities                    January,  2022 |

Exhibit B

# CRITICAL VALUES, VITAL SIGNS AND OTHER INDICATIONS
## FOR PROVIDER NOTIFICATION

**SIGNS AND SYMPTOMS**
**Change in Mental Status:**  Deterioration in mental status such as decreased level of consciousness, decrease in level of orientation, etc.
**New onset incontinence in the absence of a seizure**
**New onset of hallucinations in the absence of withdrawal**

A2

| Page 2 of 2 | Approved by |
|---|---|
| | Peter Crum, MD |
| | Denver Sheriff Department Facilities          January,  2022 |

26

Exhibit B

# DIARRHEA

Diarrhea (greater than 4 loose, watery stools per day) is generally a mild, self-limited viral illness; however, since there are a multitude of other causes, the following guidelines should be followed:

**Ask:**
- How long have you had the problem?
- When did it start?
- Are stools bloody?
- Is frequency greater than 4 per day?
- Are there any other accompanying symptoms? Nausea, vomiting, dizziness, jaundice, pain, fever?

**Exam:**
- Temperature, pulse and blood pressure including orthostatic if more than 4 stools/day or patient complains of dizziness.
- Check skin for rash or jaundice.
- Are bowel sounds present?
- Is there any tenderness on examination? Is it diffuse or localized?
- Is there any rebound?

**Treatment:**
- **No kitchen work-complete a classification slip**
- If there is a question of hepatitis, refer to Hepatitis protocol.
- House in the Medical Unit (Denver County Jail) or Medical Unit (Denver Detention Center) for observation if nurse has a concern or schedule to see back on nurses kite line (NKL) in 3 days to check for resolution and clearance to return to work.
- Refer to MD, if there is fever, orthostatic changes, more than 6 stools per day or if diarrhea persists more than 4 days, or there is blood in the stools.

G3

| Page 1 of 1 | Approved by | |
|---|---|---|
| | Peter Crum, MD | |
| | Denver Sheriff Department Facilities | January,  2021 |

Exhibit B

# DENVER SHERIFF HEALTH SERVICES

## PATIENT ASSESSMENT: DIARRHEA (G3)

Name

DOB

Book-in/CD#

| | |
|---|---|
| **S** | Last bowel movement _____ Frequency of bowel movements _____<br><br>Symptoms    **Nausea    Vomiting    Jaundice    Fever    Bloody Stools    Dizziness**<br><br>Pain and/or cramping **Yes   No**   Pain Location:    **LUQ    RUQ    LLQ    RLQ**<br><br>Pain Level  0-10 _____  Duration/start date _____  Other _____ |
| **O** | T)      P)      BP)<br><br>**If > 4 stools/day or pt c/o dizziness obtain orthostatic vitals**<br><br>Lying          BP          P<br>Sitting          BP          P<br>Standing          BP          P<br><br>Skin:    **Dry    Rash    Jaundice    Pale    Diaphoretic**<br>Bowel sounds x 4 quads:    **Normal    Hyperactive    Hypoactive    Absent**<br>Tenderness:    **Yes    No    Diffuse    Localized**          Rebound pain:    **Yes    No**<br>Allergies _____<br>Current Medications _____ |
| **A** | Findings and symptoms consistent with Diarrhea    **Yes    No** |
| **P** | **Diarrhea, (greater than 4 loose, watery stools per day) is generally a mild, self-limited viral illness.  Because there are multiple causes the following guidelines should be observed.**<br><br>### PATIENT CANNOT WORK IN THE KITCHEN<br>*If there is any question of possible hepatitis, refer to Hepatitis protocol*<br><br>☐  House in the Medical Unit for observation **OR**<br><br>☐  Schedule on nurse kite line in 3 days to check for resolution & clearance to return to work<br>Apt date: _____<br><br>Refer to MD if**: Fever    Orthostatic changes    > 6 stools/day    Diarrhea > 4 days    Bloody Stools**<br>MD apt date _____ |
| **E** | Patient educated regarding treatment plan and verbalized understanding    **Yes    No** _____ |
| | **Signature**_____**Date**_____**Time**_____**Stamp** |

April, 2016

28

**Exhibit B**

# HEADACHE

**ASK:**
- ➢ Is this a chronic problem?  If yes, what is the usual treatment?
- ➢ Is this similar to other headaches patient has had?
- ➢ What is the character of the headache—throbbing, stabbing, etc?
- ➢ When does the headache occur?
- ➢ What is the location of the headache, ie frontal, occipital, etc.?
- ➢ Are there associated symptoms i.e. photophobia, nausea, visual disturbance, sinus drainage, weakness, paraplegia?
- ➢ Has there been any head trauma—acute or in the past?

**EXAM:**
- ➢ Take blood pressure, pulse, respiratory rate and temperature.
- ➢ Is there a new facial asymmetry?
- ➢ Are pupils equal and reactive?
- ➢ Is there any localized weakness?
- ➢ Can patient put chin to chest?

**TREATMENT:**
- ➢ If patient is afebrile with normal vital signs and no abnormalities on physical exam, give Ibuprofen 800mg or Tylenol 1000mg twice daily (BID) for three days.  If no relief within 3 days, place on MD line. (If headache is associated with a upper respiratory infection (URI), refer to URI protocol)
- ➢ Patients with history of migraines should be continued on any medications for their migraines that have been verified (with substitutions as per protocol).
- ➢ If patient has fever, (temperature >38.3°C/101°F), elevated blood pressure and/or abnormalities on physical exam, MD on-call should be notified.
- ➢ HIV-positive patients with a history of chronic headache should be referred to MD.

- ➢ **Imitrex** is the main abortive treatment for migraines.  Imitrex is given to patients if it is ordered by the Denver Sheriff Health Services MD as a standing prn order or as a one time order.  It can be given if verified as being prescribed by an outside physician. It may also be given as the medication substitution for verified migraine headache treatment that our facility does not stock.
- ➢ Imitrex is not given to patients with elevated blood pressure (BP>160 systolic or >95 diastolic).  It is not given to treat diagnosed hemiplegic or basilar migraines.

   **Standard treatment with Imitrex is as follows:**
   - – Be sure that the patient is not hypertensive (BP>160 systolic or >95 diastolic) or pregnant.  Do not give Imitrex within 24 hours of patient receiving ergotamine (Cafergot).
      - – Initial dose:  50 mg orally, repeat after 2 hours if needed.
      - – Maximum dose is 200mg per 24 hours.

**D9**

| Page 1 of 2 | Approved by |
|---|---|
| | Peter Crum, MD |
| | Denver Sheriff Department Facilities                    January,  2022 |

Exhibit B

# HEADACHE

Tell patient to report any of the following:
– Pain in chest or throat.  If this is severe or does not go away, notify an MD immediately.
– Shortness of breath; wheezing; heart throbbing; swelling of the eyelids, face or lips; or a skin rash, skin bumps, or hives happen rarely.  If this occurs, do not administer any more medication.  Note this on the chart and notify an MD.
– Some people may have feelings of tingling, heat flushing, heaviness or pressure.  A few people may feel drowsy, dizzy, tired or sick.  If these occur, document in the progress notes and place on the MD line of the ordering physician.
– Pain or redness at the injection site usually lasts less than an hour.

**Imitrex can be given in the nursing exam rooms at the DDC and the patient sent back to his cell once he/she has been counseled on the possible adverse effects (above).  For patients at the County Jail, the patient must be housed in the medical unit for 2 hours prior to returning to his/her cell.**

**D10**

| Page 2 of 2 | Approved by |
|---|---|
| | Peter Crum, MD |
| | Denver Sheriff Department Facilities                    January,  2022 |

Exhibit B

| DENVER SHERIFF HEALTH SERVICES<br><br>**PATIENT ASSESSMENT:  HEADACHE (D9 & 10)** | Name<br><br>DOB<br><br>Book-in/CD# |
| --- | --- |

**S**

Is this a chronic problem   **Yes    No**    Location (frontal, occipital, etc.)_____

Pain Level  0-10 _____    Describe pain (throbbing, stabbing, pressure, etc.) _____

_____

If yes usual treatment _____

Similar to previous headaches   **Yes    No**    When does the headache occur _____

Any associated symptoms (photophobia, nausea, visual disturbance, sinus drainage, weakness, paraplegia, etc)

**No   Yes** _____

Recent or past head trauma   **No   Yes** _____

If headache associated with URI, refer to URI protocol

**O**

T)        P)        BP)        R)

Allergies _____

Current medications _____

New facial asymmetry  **Yes** _____        **No**

Pupils equal and reactive  **Yes    No** _____        Localized weakness   **Yes   No**

Can patient put chin to chest  **Yes   No**   Other findings _____

_____

**A**    Patient presents with signs/symptoms of a headache

**P**

**Notify MD if temperature >38.3°C or 101°F, elevated blood pressure or abnormalities on physical exam**

MD _____ notified at _____ Orders _____

_____

**Afebrile, normal vital signs, no abnormalities on physical exam**

Ibuprofen 800mg or Tylenol 1000mg BID for 3 days.    ☐  Treatment card completed for f/u evaluation in 3 days, with instructions to place on MD line if no relief after 3 days.

HIV-positive inmates with a history of chronic headache should be referred to MD.  Appt. _____

Patients with history of migraines should be continued on verified migraine medication  (substitutions per protocol)

Exhibit B

| DENVER SHERIFF HEALTH SERVICES<br><br>**PATIENT ASSESSMENT: HEADACHE (D9 & 10)** | Name<br><br>DOB<br><br>Book-in/CD# |

**Imitrex**

- Imitrex is given as a standing PRN order or a one time order if ordered by Correctional Care MD
- Imitrex is also given if verified and current through an outside physician
- Imitrex is **not** given to patients with elevated blood pressure (BP>160 systolic or >95 diastolic)
- Imitrex is **not** given to treat <u>hemiplegic</u> or <u>basilar</u> migraines
- Standard treatment with Imitrex is as follows:
  - o Assure patient is not <u>pregnant</u> or <u>hypertensive</u> (BP>160 systolic or >95 diastolic)
  - o Do not give Imitrex within 24 hours of patient receiving ergotamine (Cafergot).
  - o Initial dose: **50 mg orally, repeat after 2 hours if needed**
  - o Maximum dose is 200mg per 24 hours

**Tell patient to report any of the following**:
- Pain in chest or throat. If severe or ongoing, **notify MD immediately**. MD _____notified at _____ Orders _____
_____

- Shortness of breath, wheezing, heart pounding, swelling of the eyelids, face, lips, rash, skin bumps, or hives happen rarely. If this occurs, **do not** administer any more medication. Document reaction and notify MD. MD _____notified at _____ Orders _____
_____

- Tingling, heat flushing, heaviness, pressure, drowsiness, dizziness, fatigue, or nausea. If these occur, document and place on the MD line with ordering physician.
Appt _____

**Imitrex may be given at the nurses' station. At the DDC send patient back to cell once he/she has been counseled on possible adverse effects as noted above. At the County Jail, patients must be housed in the medical unit for 2 hours prior to returning to his/her cell.**

| E | Patient educated regarding treatment plan and verbalized understanding   **Yes   No** _____ <br> _____ |

Signature_____Date_____Time_____ Stamp

Exhibit B

# HYPERTENSION

**Patients with a diagnosis of hypertension and anti-hypertension medication confirmed** will be continued on their medication. Blood pressure readings should be checked every other day x 3. All patients with a hypertension diagnosis should be scheduled with the next available Hypertension CCC upon book-in.

Trustees at PADF/Book-in with are not scheduled with the DCJ Hypertension CCC. They are to be offered the opportunity to transfer to DCJ

Upon transfer to County Jail, if the patient has only hypertension as a problem, put on NP line. If the patient has additional medical conditions, put on MD line.

Once it is determined that the patient will not be hypotensive on their medication regimen, start BP checks as listed below. Patients with good BP control (<140/<90 mmHg) should be scheduled with the NP or MD within one month.

**Patients with newly discovered hypertension**:

**At PADF/Book-in:** If BP is >200/>120, notify the physician on call.

> If BP is >180/>110 mmHg, put on MD line. If the patient complains of head-ache, visual problems or chest discomfort, notify the physician on call.

> If BP is >160/90 mmHg, re-check QOD X 3, unless the patient is on the Opiate or Alcohol Withdrawal Protocol. Then re-check per protocol. If the BP remains high after the withdrawal protocol is ended, refer chart with blood pressures to MD chart review.

**At DCJ/ DDC:**    If BP is >200/>120, notify the physician on call.

> If BP is >180/>110 mmHg, put on next available Hypertension CCC line for evaluation.

> If BP is >140/90 mmHg, re-check every weeks X 3, and then put on next available Hypertension CCC line for evaluation.

After patients have been started on a therapeutic regimen, BP will be checked once a month and recorded at the Nurse's station. The BP readings will be reviewed at the time of medication renewal.

Laboratory tests and further studies will be determined by the NP/physician.

E2

| Page 1 of 1 | Approved by |
|---|---|
| | Peter Crum, MD |
| | Denver Sheriff Department Facilities                    January, 2022 |

Exhibit B

# MEDICATION GUIDELINES

**DURATION OF TREATMENT:**
- ➢ **Antibiotics** are for 7 days unless otherwise ordered.
- ➢ Medications for **chronic disease** are for 3 months with a provider review for renewal unless otherwise ordered.
- ➢ **NSAID** given for an acute clinical care are for 3 days unless otherwise ordered.

**MISSED MEDICATIONS:**
- ➢ Patients who consistently miss critical medications should be counseled regarding taking medications properly and a notation this was done should be documented on the Medication Administration Record (MAR) or in the patient's chart.
- ➢ If the patient continues to miss medications after counseling and may be at risk for an adverse outcome, the patient information should be documented on a Problem Orientated Record and the chart should be placed for provider review.

**CRITICAL MEDICATIONS ARE:**
- ➢ Antiepileptic medications
- ➢ Antibiotics
- ➢ Anticoagulants
- ➢ Antihypertensives
- ➢ Anti-retrovirals
- ➢ Cardiac medications
- ➢ Insulin
- ➢ Psych medications

**TIMING OF MEDICATIONS:**
- ➢ Patients on TID, QID or more frequent medications will be given a card to come to the Medical Unit/ Exam Room at a specified time for additional dose(s).
- ➢ If the patient is on once-a-day (QD) medications, this can be given at the Morning (AM) or Hour of sleep (HS) medication pass but must be the same each day.

**MISCELLANEOUS**
- ➢ **Tums** should not be given off the cart unless the patient has been evaluated by health services.
- ➢ **Aspirin** should never be given in conjunction with NSAID unless ordered by provider.
- ➢ **Motrin or other NSAID** may be started on patients who book-in claiming pain for arthritis, chronic or acute pain syndromes without verification until reviewed by the provider with the exception of patients with chronic renal failure. Dosage of Motrin should be 800 mg PO Twice per day (BID).
- ➢ **Nonsteroidal anti-inflammatory —**No patient should be on more than one NSAID. **\*Do not give NSAIDS if patient is on anticoagulant medications. \***
- ➢ **No special shampoos** will be distributed without a provider's order or as per protocol.

**B1**

| Page 1 of 2 | Approved by |
|---|---|
| | Peter Crum, MD |
| | Denver Sheriff Department Facilities                    January, 2021 |

Exhibit B

# MEDICATION GUIDELINES

- ➢ **IM Vistaril** must be given with a 2" needle and Z-track method.
- ➢ **IM Benadryl** must be given deep, IM in a large muscle.
- ➢ **Any questions regarding total dosages or times—Notify the provider**
- ➢ Patients verified on **Sublingual Nitroglycerin** are to be given three NTG SL 0.4mg tablets in a labeled brown envelope provided for Keep on Person (KOP) purposes. The patient is to use for chest pain and is to present to the nurse station for assessment and/or refill as necessary.

**CRACKERS**
- ➢ Patients on the following medications should be given crackers upon request:
- ➢ NSAIDS
- ➢ Anti-virals
- ➢ Antibiotics
- ➢ Prenatal vitamins
- ➢ Provider order

B2

| Page 2 of 2 | Approved by |
|---|---|
| | Peter Crum, MD |
| | Denver Sheriff Department Facilities                    January, 2021 |

Exhibit B

# MEDICATION VERIFICATION

Patients arriving to the Denver Detention Facility claiming to be on medications must have these medications verified and begun to the best of our ability.

When as part of the book-in screening process at the jails, an inmate claims to be on medications, the nurse will obtain the following information: the name of the medication, the diagnosis for which it was prescribed, the dosage and times of administration, the prescribing physician or clinic and the pharmacy where it was last obtained.

The Book-in nursing staff will attempt to confirm all medications by calling the pharmacy where the medications were last claimed to have been filled. Note that some pharmacies (ie University Hospital, Stout Street Clinic, Kaiser and the VA Hospital) require a faxed Release of Information (ROI) form to be sent to them in order to release current medications.  These facilities fax the medications to back to us.  For these facilities, use the standard ROI form, with the following guidelines:

1. the Attn: box should read **'Charge Nurse'**
2. check only the box marked **Medication Report**
3. the entire top part must be filled in with date, patient information, and facility the form is being sent to.
4. the patient must sign and date the form.

If medications cannot be verified initially and the situation warrants immediate intervention, the nurse will call the physician on-call for orders.

All medication verifications are to be done at the time of book-in. Either the claimed pharmacy is to be called or the ROI is to be completed and faxed to the claimed pharmacy.

The ROI form return fax and phone numbers are to the Detention Facility Infirmary.  The Infirmary Charge Nurse receiving the faxed medication information is to have these orders transcribed to the patient's MAR.

Once medications are verified as current via telephone or fax, the Record of Verification form must be completed for each patient.  The top of this form is used to document claimed meds and claimed facility.  The bottom of this form is to document meds as verified, and the action(s) taken based on the verification (ie 'written on MAR', 'substituted with___', etc).  These forms, once completed, are to be included in the patient's chart.

**B38**

| Page 1 of 2 | Approved by |
|---|---|
| | Peter Crum, MD |
| | Denver Sheriff Department Facilities                January,  2022 |

Exhibit B

# MEDICATION VERIFICATION

**Tracking:**  The Tdrive will include a folder for faxed medication verification tracking, so that we are able to keep track of these patients.  All patients having medications to be verified (via fax, after normal business hours, etc) must be recorded on the Tdrive folder ‘Medication Verification’.  The Charge Nurse will monitor and check off these faxed returns.

**After Hours:**  For after hours patients requiring *telephone* medication verification, the Record of Verification form is to be filled out by the book-in nurse and placed in the After Hours Medication Verification folder.  This folder is to be taken to the Infirmary Charge Nurse at the end of every night shift.
After hours *faxed* Medication Verifications are to be completed as usual – faxed and recorded on the Tdrive for Charge Nurse confirmation.


**Definition of Current Medications:**

Medical:  medications with existing refills are considered to be current.

chronic medications verified as prescribed within 6 months are considered to be current with the exception of HIV medications.

HIV:  HIV medications are given only if the prescription is verified to be up to date and the patient states he is compliant with the medications. If the prescription is out of date, or the patient claims noncompliance, the HIV physician will determine whether or not to continue the medications.  Do not forget to add all HIV patient names to the HIV log kept in the nurse stations.

Psychiatric  please refer to the Protocol, **Chronic Psychiatric Medications** for specific medication guidelines.

**B39**

| Page 2 of 2 | Approved by |
|---|---|
| | Peter Crum, MD |
| | Denver Sheriff Department Facilities                    January,  2022 |

Exhibit B

# PATIENTS OVER 65 YEARS OF AGE

**VITAL SIGNS MUST BE TAKEN ON THESE PATIENTS UPON BOOK-IN.** Patients who are over 65 years of age will have vital signs taken, be checked for orientation to person, place and time and be assessed for mobility status.  If there are any medical concerns or chronic disease issues that need assessment, the patient will be placed on the MD line for an assessment of general health, medical needs and any physical limitations (i.e., decreased mobility). If the patient has had an assessment within the previous 6 months and there is no change in the patient's condition, i.e. no change in medications, stable vitals signs and no complaints, provider reassessment are not needed.

**INFLUENZA VACCINE**— during the "flu season," the nurse as a part of the health assessment or nursing staff as part of the book in process should inquire as to whether the patient has had an influenza vaccine.  If not, this should be offered.

**FUTURE FOLLOW-UP**— Will be based upon any chronic diseases that these patients may have.

**SPECIAL CIRCUMSTANCES**—

>**Dementia**— if the patient appears demented, the chart should be forwarded as soon as possible after book-in to the Medical Director for review and determination if special arrangements need to be made for the time of release.

**C13**

| Page 1 of 1 | Approved by |
|---|---|
| | Peter Crum, MD |
| | Denver Sheriff Department Facilities                    January, 2022 |

Exhibit B

# UNRESPONSIVE

**IF PATIENT IS UNRESPONSIVE WITH NO PULSE OR RESPIRATION, BEGIN CPR. HAVE THE OFFICER CALL 911 TO REQUEST AN EMERGENCY (CODE 10) AMBULANCE. NOTIFY THE PROVIDER ON CALL.**

If patient is found unresponsive and has a pulse, respiration and blood pressure:

➢ Bring to the Medical Unit Treatment Room at the Denver County Jail or Denver Detention Center.

➢ Administer $O_2$ via nasal cannula at 2 liters/minute.

➢ Start IV with Normal Saline.

➢ Administer 1 AMP $D_{50}$ IV push.

➢ Administer Narcan 2 doses via nasal inhalant.

➢ Call for an emergency ambulance if no response to $D_{50}$ and Narcan.

➢ Call Provider.

**IF UNRESPONSIVENESS APPEARS TO BE SECONDARY TO TRAUMA (I.E., FALL FROM TIER),**

## DO NOT MOVE, CALL 911 AND NOTIFY THE PROVIDER.

➢ Maintain C-Spine apply C-Collar

**A8**

| Page 1 of 1 | Approved by |
|---|---|
| | Peter Crum, MD |
| | Denver Sheriff Department Facilities                    January, 2022 |

Exhibit B