

## Lookup Detail View

### Licensee Information

*This serves as primary source verification* of the license.*

*\*Primary source verification: License information provided by the Colorado Division of Professions and Occupations, established by 24-34-102 C.R.S.*

| Name | Public Address |
|---|---|
| Peter Brice Crum | Littleton, CO 80123 |

### License Information

Some Physician Licensees have converted their Active Physician license to an Active Compact Physician License. This is noted below by the status label: Transferred to Compact Physician. If this status is present, then you may verify the license by searching for the license using the prefix "CDRH" and the Licensees Name on our Online Services page (https://apps.colorado.gov/dora/licensing/Lookup/LicenseLookup.aspx).

| License Number | License Method | License Type | License Status | Original Issue Date | Effective Date | Expiration Date |
|---|---|---|---|---|---|---|
| DR.0032714 | Original | Physician | Active | 07/15/1993 | 05/01/2023 | 04/30/2025 |

### Board/Program Actions

| Discipline |
|---|
| There is no Discipline or Board Actions on file for this credential. |

Generated on:  1/16/2025 11:05:14 PM



# Lookup Detail View

## Licensee Information

*This serves as primary source verification\* of the license.*

*\*Primary source verification: License information provided by the Colorado Division of Professions and Occupations, established by 24-34-102 C.R.S.*

| Name | Public Address |
|---|---|
| Alice Mukamugemanyi | Aurora, CO 80018 |

## License Information

To become licensed in Colorado, all Licensed Practical Nurses must submit proof of successful completion of an Approved Nursing Education Program and proof of passing the NCLEX examination or its approved predecessor.

| License Number | License Method | License Type | License Status | Original Issue Date | Effective Date | Expiration Date | Primary State of Residence | Nurse Compact Designation |
|---|---|---|---|---|---|---|---|---|
| PN.0336367 | Examination | Licensed Practical Nurse | Active | 10/06/2020 | 09/01/2024 | 08/31/2026 | CO | Multi-State |

## Authority Information

| Authority Number | Authority Type | Original Issue Date | Effective Date | Expiration Date |
|---|---|---|---|---|
| IV.2788418 | Intravenous Certification | 02/11/2021 | 11/14/2024 | 08/31/2026 |

## Board/Program Actions

| Discipline |
|---|
| There is no Discipline or Board Actions on file for this credential. |

## Other Colorado License Records

The below license records are also on file with the Division of Professions and Occupations. For additional information, use our License Verification Search Screen (https://apps.colorado.gov/dora/licensing/Lookup/LicenseLookup.aspx) and enter the License Type and Number below in the search criteria.

| License Number | License Type | License Status | Original Issue Date | Effective Date | Expiration Date |
|---|---|---|---|---|---|
| NA.00767110 | Certified Nurse Aide | Expired | 05/22/2015 | 02/01/2021 | 01/31/2023 |
| T-PN.0000084 | Temporary - Licensed Practical Nurse | Expired | 06/30/2020 | 06/30/2020 | 10/06/2020 |

Exhibit C

Generated on: 1/16/2025 11:07:16 PM



# Lookup Detail View

## Licensee Information

*This serves as primary source verification\* of the license.*

*\*Primary source verification: License information provided by the Colorado Division of Professions and Occupations, established by 24-34-102 C.R.S.*

| Name | Public Address |
|---|---|
| Berenice Chavarria Torres | Brighton, CO 80601 |

## License Information

To become licensed in Colorado, all Licensed Practical Nurses must submit proof of successful completion of an Approved Nursing Education Program and proof of passing the NCLEX examination or its approved predecessor.

| License Number | License Method | License Type | License Status | Original Issue Date | Effective Date | Expiration Date | Primary State of Residence | Nurse Compact Designation |
|---|---|---|---|---|---|---|---|---|
| PN.0335295 | Examination | Licensed Practical Nurse | Active | 02/14/2019 | 09/01/2024 | 08/31/2026 | CO | Multi-State |

## Authority Information

| Authority Number | Authority Type | Original Issue Date | Effective Date | Expiration Date |
|---|---|---|---|---|
| IV.2787752 | Intravenous Certification | 02/15/2019 | 09/01/2024 | 08/31/2026 |

## Board/Program Actions

| Discipline |
|---|
| There is no Discipline or Board Actions on file for this credential. |

## Other Colorado License Records

The below license records are also on file with the Division of Professions and Occupations. For additional information, use our License Verification Search Screen (https://apps.colorado.gov/dora/licensing/Lookup/LicenseLookup.aspx) and enter the License Type and Number below in the search criteria.

| License Number | License Type | License Status | Original Issue Date | Effective Date | Expiration Date |
|---|---|---|---|---|---|
| NA.00755420 | Certified Nurse Aide | Expired | 05/30/2013 | 02/01/2019 | 01/31/2021 |

Generated on: 1/16/2025 11:09:11 PM

Exhibit C



# Lookup Detail View

### Licensee Information

*This serves as primary source verification* of the license.*

*\*Primary source verification: License information provided by the Colorado Division of Professions and Occupations, established by 24-34-102 C.R.S.*

| Name | Public Address |
|---|---|
| Melissa Susan Brokaw | Thornton, CO 80602 |

### License Information

To become licensed in Colorado, all Registered Nurses must submit proof of successful completion of an Approved Nursing Education Program and proof of passing the NCLEX examination or its approved predecessor.

| License Number | License Method | License Type | License Status | Original Issue Date | Effective Date | Expiration Date | Primary State of Residence | Nurse Compact Designation |
|---|---|---|---|---|---|---|---|---|
| RN.1630760 | Examination | Registered Nurse | Active | 12/09/2014 | 10/01/2024 | 09/30/2026 | CO | Multi-State |

### Board/Program Actions

| Discipline |
|---|
| There is no Discipline or Board Actions on file for this credential. |

Generated on:  1/16/2025 11:08:02 PM



# Lookup Detail View

### Licensee Information

*This serves as primary source verification\* of the license.*

*\*Primary source verification: License information provided by the Colorado Division of Professions and Occupations, established by 24-34-102 C.R.S.*

| Name | Public Address |
| --- | --- |
| Isaac Ngure Karugu | Aurora, CO 80016-7544 |

### License Information

To become licensed in Colorado, all Registered Nurses must submit proof of successful completion of an Approved Nursing Education Program and proof of passing the NCLEX examination or its approved predecessor.

| License Number | License Method | License Type | License Status | Original Issue Date | Effective Date | Expiration Date | Primary State of Residence | Nurse Compact Designation |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| RN.0200298 | Examination | Registered Nurse | Active | 06/09/2011 | 10/01/2023 | 09/30/2025 | CO | Multi-State |

### Board/Program Actions

| Discipline |
| --- |
| There is no Discipline or Board Actions on file for this credential. |

### Other Colorado License Records

The below license records are also on file with the Division of Professions and Occupations. For additional information, use our License Verification Search Screen (https://apps.colorado.gov/dora/licensing/Lookup/LicenseLookup.aspx) and enter the License Type and Number below in the search criteria.

| License Number | License Type | License Status | Original Issue Date | Effective Date | Expiration Date |
| --- | --- | --- | --- | --- | --- |
| NA.00713559 | Certified Nurse Aide | Expired | 02/15/2006 | 02/15/2006 | 01/31/2008 |
| PN.0044415 | Licensed Practical Nurse | Expired | 12/01/2006 | 07/01/2010 | 08/31/2012 |

Generated on:  1/16/2025 11:13:06 PM

Exhibit C