*Estate of Taylor v. Denver Health,* No. 23-cv-02355-CNS-KAS
*Plaintiff Proposed Exhibits*

| Exhibit No. | Name | Bates Stamp |
|---|---|---|
| 1 | Mr. Taylor's Voicemail to public defender | TAYLOR 000002 |
| 2 | DPD Report 22-67958 - IN-CUSTODY DEATH | TAYLOR 000179 - 000197 |
| 3 | 2022.02.10 Autopsy Report (CONFIDENTIAL) | DENVER-OME-000001-7 CONFIDENTIAL |
| 4 | 2022.02.09 Kirkendall Interview Video Recording | TAYLOR 000822 |
| 5 | 2022.02.09 MICHAEL_PARRISH Interview Recording | TAYLOR 000819 |
| 6 | 2022.02.09 MITCHELL_PEIRCE Interview Recording | TAYLOR 000820 |
| 7 | 2022.02.09 Wasnak Interview Video Recording | TAYLOR 000821 |
| 8 | 2021.11.10 DSD Health Intake | DH 000009 |
| 9 | 2021.11.30 Medical Kite | TAYLOR 000774 |
| 10 | 2022.02.01 Progress Note | DH 000038 |
| 11 | 2022.02.02 Ortiz Incident Report | TAYLOR 000313 - 000314 |
| 12 | 2022.02.02 Rabon Progress Notes; housing recommendation | DH 000035-36 |
| 13 | 2022.02.02 Vitals | DH 000034 |
| 14 | 2022.02.04 Progress Note | DH 000033 |
| 15 | 2022.02.04 Taylor-Manlove Audio Recording | TAYLOR 000391 |
| 16 | 2022.02.04 Taylor-Richardson Audio Recording | TAYLOR 000367 |
| 17 | 2022.02.05 -2022.02.08 3M-104 Vitals | DH 000030 |
| 18 | 2022.02.06 Karugu Response to Medical Kite | DH 000032 |
| 19 | 2022.02.06 Taylor – Manlove Call (7:25 a.m.) | TAYLOR 000368 |
| 20 | 2022.02.07 Public Defender's Motion for Immediate Reconsideration of Sentence | TAYLOR 000631 - 000640 |

*Estate of Taylor v. Denver Health,* No. 23-cv-02355-CNS-KAS
*Plaintiff Proposed Exhibits*

| 21 | 2022.02.07 Taylor-Manlove Call | TAYLOR 000370 |
|---|---|---|
| 22 | 2022.02.07 Taylor-Manlove Call | TAYLOR 000369 |
| 23 | 2022.02.08 Taylor - Manlove Call Audio Recording | TAYLOR 000393 |
| 24 | 2022.02.08 Crum / Brokaw Rec. to Clear to GP | DH 000031 |
| 25 | 2022.02.08 Pierce-Manlove Audio Recording | TAYLOR 000392 |
| 26 | 2022.02.08 23:16 Mukamugamanyi Progress Note | DH 000029 |
| 27 | 2022.02.09 Houmey/McGill Incident Report | TAYLOR 000315 - 000316 |
| 28 | 2022.02.09 Panchall/McGill/Givens Incident Report | TAYLOR 000317 - 00318 |
| 29 | 2022.02.09 Mukamugamanyi Progress Note | DH 000028 |
| 30 | 2022.02.09  7:21 AM – Cellmate-Manlove Call | TAYLOR 000371 |
| 31 | 2022.02.09 Taylor – Manlove Audio Recording (8:24 a.m.) | TAYLOR 000394 |
| 32 | 2022.02.09 7:53  Surveillance (5_5d_Dayroom_NE_View) | TAYLOR 000497 |
| 33 | 2022.02.09 Mitch Pierce-Manlove re Taylor to Hospital.mp3 | TAYLOR 000396 |
| 34 | 2022.02.09, 9:57-10:02:49  Surveillance (5D DR NE View) | TAYLOR 000390 |
| 35 | 2022.02.09 9:57  Surveillance (5_5D_Dayroom_PTZ) | TAYLOR 000507 |
| 36 | 2022.02.09 Brokaw Progress Note | DH 000026 |
| 37 | 2022.02.09 Torres Progress Note | DH 000027 |
| 38 | 2022.02.09 Mitch Pierce-Manlove re return to pod.mp3 | TAYLOR 000395 |
| 39 | 2022.02.09 DSD Incident Reports | TAYLOR 000319 - 000333 |
| 40 | Taylor Phone Call Index | TAYLOR 000365 |
| 41 | Mitchell Phone Call Index | TAYLOR 000364 |

*Estate of Taylor v. Denver Health,* No. 23-cv-02355-CNS-KAS
*Plaintiff Proposed Exhibits*

| 42 | Pierce Phone call | TAYLOR 000372 |
|---|---|---|
| 43 | 2022.02.10 Pierce Phone Call | TAYLOR 000373 |
| 44 | 2022.02.10 Pierce-mom.mp3 | TAYLOR 000397 |
| 45 | 2022.02.12 Pierce-Manlove Phone Call | TAYLOR 000374 |
| 46 | 2022.02.14 Pierce-Manlove Phone Call | TAYLOR 000378 |
| 47 | 2022.02.09 16:43 DPD Officer May Statement | TAYLOR 000127 -129, TAYLOR 000150-151 |
| 48 | Housing History Report Taylor | TAYLOR 000350 - 000351 |
| 49 | DSD Classification Recommendation | DH 000039-42 |
| 50 | Previous Intake Screenings | DH 000012 |
| 51 | Medication Records (chronological) | DH 000196, 194, 193, 191, 190, 188, 186-187, 183-184 |
| 52 | 2022.02.02 -2022.02.09 3M Occupancy | TAYLOR 000050 - 000057 |
| 53 | 2022.02.18 Fasting Labs | DH 000180 |
| 54 | Alerts - Flags | TAYLOR 000790 - 000793 |
| 55 | COVID-19 Vaccine Form | DH000233-234 |
| 56 | Hypertension Surveillance Form | DH 000037 |
| 57 | 2022.02.08 Xray Report | DH 000181-182 |
| 58 | 2022.02.07 Lab Result | DH 000185 |
| 59 | DDC 5D Floor Cell Plan Cell 13 | TAYLOR 000126 |
| 60 | 2022.02.09 AXON Body 2 X81663205 Deputy Purna Siwakoti | TAYLOR 000380 |
| 61 | 2022.02.09 AXON Body 2 X81662741 Capt Keri Adcock | TAYLOR 000381 |
| 62 | 2022.02.09 AXON Body 2 X81662909 Sgt Eric Givens | TAYLOR 000382 |

*Estate of Taylor v. Denver Health,* No. 23-cv-02355-CNS-KAS
*Plaintiff Proposed Exhibits*

| | | |
|---|---|---|
| 63 | 2022.02.09 AXON Body 2 X81662794 Capt Earl Sims | TAYLOR 000383 |
| 64 | 2022.02.09 AXON Body 2 X81663848 Sgt Joseph Ray 1 | TAYLOR 000384 |
| 65 | 2022.02.09 AXON Body 2 X81663848 Sgt Joseph Ray 2 | TAYLOR 000385 |
| 66 | 2022.02.09 00:00 - 00:44 Surveillance | TAYLOR 000386 |
| 67 | 2022.02.09 4:28 Surveillance (Secure SP NW View_ to 04-44-00_Nurse Arrives Departs 5D SP) | TAYLOR 000387 |
| 68 | 2022.02.09 4:28 Surveillance | TAYLOR 000389 |
| 69 | 2022.02.09 9:57 Surveillance (5D DR NE View) | TAYLOR 000390 |
| 70 | 2022.02.02 16:26 Surveillance (5_5d_Dayroom_PTZ) | TAYLOR 000464 |
| 71 | 2022.02.02 17:02 Surveillance (5_5d_Dayroom_NE_View) | TAYLOR 000479 |
| 72 | 2022.02.09 04:06 Surveillance (5D DR No View_Dep to Cell at 04-25-48_Nurse at 04-28-44) | TAYLOR 000388 |
| 73 | 2022.02.09 10:02 Surveillance (5 Elevevator SP View) | TAYLOR 000528 |
| 74 | 2022.02.09 10:02 Surveillance (5_Secure_Corr_North View) | TAYLOR 000535 |
| 75 | 2022.02.09 10:04 Surveillance (3_Secure_Corridor_South_View) | TAYLOR 000511 |
| 76 | 2022.02.09 10:04 Surveillance (3_Elevator_SP_NW_View) | TAYLOR 000529 |
| 77 | 2022.02.09 10:04 Surveillance (3_Secure_Corr_North View) | TAYLOR 000516 |
| 78 | 2022.02.09 10:04 Surveillance (Elevator_A) | TAYLOR 000545 |
| 79 | 2022.02.09 10:05 Surveillance (3_Med_Xray_Corr_North_View) | TAYLOR 000555 |
| 80 | 2022.02.09 13:30 Surveillance (3__Med_SE_VIEW) | TAYLOR 000512 |
| 81 | 2022.02.09 13:40 Surveillance (3_Secure_Corr_North View) | TAYLOR 000513 |
| 82 | 2022.02.09 13:41 Surveillance (3_Med_SE_View) | TAYLOR 000522 |

*Estate of Taylor v. Denver Health,* No. 23-cv-02355-CNS-KAS
*Plaintiff Proposed Exhibits*

| | | |
|---|---|---|
| 83 | 2022.02.09 13:41 Surveillance (5_Secure_Corr_North View) | TAYLOR 000520 |
| 84 | 2022.02.09 13:41 Surveillance (5_secure_corridor_South_View) | TAYLOR 000514 |
| 85 | 2022.02.09 14:00 Surveillance (5_5D_Dayroom North View) | DOS 000038 |
| 86 | 2022.02.09 15:00 Surveillance (5_5D_Dayroom North View) | DOS 000039 |
| 87 | 2022.02.09 4:06 Surveillance (5D DR No View_Dep to Cell at 04-25-48_Nurse at 04-28-44) | TAYLOR 000388 |
| 88 | 2022.02.09 4:20 Surveillance (Sallyport view) | TAYLOR 000482 |
| 89 | 2022.02.09 4:28 Surveillance (Deputy Station View) | TAYLOR 000488 |
| 90 | 2022.02.09 4:28 Surveillance (5_5d_Dayroom NE_View) | TAYLOR 000485 |
| 91 | 2022.02.09 4:28 Surveillance (Sallyport view 2) | TAYLOR 000483 |
| 92 | 2022.02.09 5:57 Surveillance (5_5D_Dayroom_NE_VIEW) | TAYLOR 000489 |
| 93 | 2022.02.09 6:47 Surveillance (5_5d_Dayroom_NE_View) | TAYLOR 000496 |
| 94 | 2022.02.09 8:11 Surveillance (5_5d_Secure_Sallyport_NW_View) | TAYLOR 000499 |
| 95 | 2022.02.09 8:56 Surveillance (5_5D_Dayroom_NE_VIEW) | TAYLOR 000500 |
| 96 | 2022.02.09 9:07 Surveillance (5_5d_dayroom_ptz) | TAYLOR 000501 |
| 97 | 2022.02.09 9:30 Surveillance (3 Med Entry SE View) | TAYLOR 000503 |
| 98 | 2022.02.09 9:30 Surveillance (3 Med Xray Corr North View) | TAYLOR 000502 |
| 99 | 2022.02.09 9:49 Surveillance | TAYLOR 000495 |
| 100 | 2022.02.09 9:53 Surveillance (5_5D_Secure_Sallyport_NE_View) | TAYLOR 000536 |
| 101 | 2022.02.09 9:57 Surveillance (5_5D_Dayroom North View) | TAYLOR 000506 |
| 102 | 2022.02.09 9:57 Surveillance (5_5D_Dayroom_Sallyport) | TAYLOR 000527 |

*Estate of Taylor v. Denver Health,* No. 23-cv-02355-CNS-KAS
*Plaintiff Proposed Exhibits*

| | | |
|---|---|---|
| 103 | List of camera views (Gurule Depo. Ex. 88) | |
| 104 | Map of DDC 3 Med (Gurule Depo. Ex. 84) | |
| 105 | Map of DDC 3M (Gurule Depo. Ex. 87) | |
| 106 | Map of DDC 5d (Gurule Depo. Ex. 83) | |
| 107 | Map of DDC 5D (Gurule Depo. Ex. 86) | |
| 108 | Deputy Houmey's Drawing of 5D (Depo. Ex. 22) | |
| 109 | Sgt. McGill Drawing of 5D | TAYLOR 000126 |
| 110 | DDC 5th Floor Layout (Depo. Ex. 21) | TAYLOR 000126 |
| 111 | Denver Health 7 day roster | DH 000400-405 |
| 112 | Brokaw Schedule | DH 000281 |
| 113 | Crum Schedule | DH 000390-391 |
| 114 | Karugu Schedule | DH 000350 |
| 115 | Torres Schedule | DH 000306-307 |
| 116 | Brokaw Termination | DH 000908 |
| 117 | DSD Email re Brokaw | TAYLOR 000366 |
| 118 | 2022.02.10 Huff-Bolton Email | TAYLOR 000269-270 |
| 119 | 2022.02.09 Denver Sheriff Health Services Life Threatening/Mortality Call List | DH 000230 |
| 120 | Denver Health and Denver Operating Agreement Re Medical Services | DSD 000161-168 |
| 121 | DSD Medical Management Procedural Manual | DSD 000282-287 |
| 122 | Denver Health Policy re Access to Care | DH 000406 |
| 123 | Denver Health Policy re Responsible Health Authority | DH 000407 |

6

*Estate of Taylor v. Denver Health,* No. 23-cv-02355-CNS-KAS
*Plaintiff Proposed Exhibits*

| | | |
|---|---|---|
| 124 | Denver Health Policy re Medical Autonomy | DH 000408 |
| 125 | Denver Health Denver Sheriff Department Procedure in Death | DH 000411-412 |
| 126 | Denver Health Policy re Grievance Process for Health Care Complaints | DH 000413-414 |
| 127 | Denver Health Policy re Patient Safety | DH 000418-420 |
| 128 | Denver Health Policy re Health Training for Correctional Officers | DH 000421-422 |
| 129 | Denver Health Policy re Emergency Services and Response Plan | DH 000423 – 428 |
| 130 | Denver Health Policy re Hospital and Specialty Care | DH 000429-431 |
| 131 | Denver Health Policy re Medication Services | DH 000438-439 |
| 132 | Denver Health Policy re Nursing Assessment Protocols | DH 000462-464 |
| 133 | Denver Health Policy re Informed Consent and Right to Refuse | DH 000474 - 477 |
| 134 | Colds/Upper Respiratory Infection (URI) | DH 000482 – 483 |
| 135 | Covid-19 Intake Screening Tool | DH 000484-487 |
| 136 | Critical Values, Vital Signs and Other Indications For Provider Notification | DH 000502-503 |
| 137 | Diarrhea | DH 000504-505 |
| 138 | Headache | DH 000506-509 |
| 139 | Hypertension | DH 000510 |
| 140 | Medication Guidelines | DH 000511-512 |
| 141 | Chest Pain | DH 000934-935 |
| 142 | EKG | DH 000936 |
| 143 | McGill IA Transcript | DOS 000406-462 |
| 144 | McGill Pre-Interview Review | DOS 000477-479 |

*Estate of Taylor v. Denver Health,* No. 23-cv-02355-CNS-KAS
*Plaintiff Proposed Exhibits*

| 145 | Garrity Advisement | DOS 000481 |
|---|---|---|
| 146 | McGill IA Interview Video (1) | DOS 000486 |
| 147 | McGill IA Interview Video (2) | DOS000487 |
|  | Any exhibit disclosed or listed by any other party |  |
|  | Any exhibit produced through discovery or deposition |  |
|  | Any exhibit necessary for the purposes of impeachment or rebuttal |  |

8