## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 23-cv-02355-CNS-KAS

ESTATE OF LEROY "NICKY" TAYLOR

      Plaintiff,

v.

DENVER HEALTH AND HOSPITAL AUTHORITY; a political subdivision of the
State of Colorado;
PETER CRUM, M.D., in his individual capacity;
MELISSA BROKAW, RN, in her individual capacity;
BERNICE CHAVARRIA TORRES, LPN, in her individual capacity;
ISAAC KARUGU, RN, in his individual capacity; and
ALICE MUKAMUGEMANYI, LPN, in her individual capacity

      Defendants.

---

### PLAINTIFF'S PROPOSED VOIR DIRE

---

Plaintiff Estate, by and through its attorneys, hereby submits the following Proposed *Voir Dire* Questions to be asked of prospective jurors at the time of jury selection.

### I. BY THE COURT:

1. Please state your name, marital status, your employment, spouse's employment if applicable, where you live in Colorado, and how long you have lived in Colorado.

2. Have you heard, seen, or read about this case in the media?

1

3. Do you think there are too many lawsuits in this country? If so, how can someone tell the difference between a frivolous lawsuit and one with merit?

4. Have you or a family member ever been arrested for or convicted of a crime? Did anyone receive a jail sentence? Please explain.

5. Have you or a family member ever been a victim of a crime? Please explain.

6. Do you, a family member, or a close friend work in health care? Please explain.

7. Have you ever been a party in a civil lawsuit?

8. Given the type of person you are, your attitudes, life experiences, and opinions, is there anything about you that may help you in being a fair juror in this case?

9. Given the type of person you are, your attitudes, life experiences, and opinions, is there anything about you that may make it more difficult for you to be a fair juror in this case?

## II. BY PLAINTIFF'S COUNSEL

Plaintiff requests the Court to allow Plaintiff's counsel to conduct *Voir Dire*, to include prefatory statements and context necessary and relevant to the following questions, albeit not verbatim nor specifically in this order, and into the related subject areas, with appropriate follow-up allowed as necessary based upon responses provided, as follows:

1. What does it mean to be 'brutally honest?' Are you willing to be 'brutally honest', even if you're concerned it might hurt someone's feelings?

2. Can any of you identify an individual right guaranteed by the Bill of Rights, the first ten amendments to the U.S. Constitution? What individual rights comes to mind?

3. Do you have even the slightest inclination to believe that anyone who files a lawsuit seeking money damages is just greedy and looking for an easy cash windfall?

4. How do you feel about lawyers and lawsuits?

5. Do you have any reservations about our system of civil justice?

6. Does anyone have any issues with applying a lower burden of proof in a civil case, the greater weight of the evidence, as opposed to a criminal trial that requires proof by beyond a reasonable doubt?

7. What does money mean to you?

8. Do you believe that there should be a cap on the upper limit a jury can provide in a civil lawsuit?

9. On the other hand, should there be a lower limit to the amount of a jury verdict in a civil lawsuit?

10. Who here has ever worked in a job where you were responsible for someone else's health, safety, or well-being?

11. Have you ever been in a position of authority (at work or in your personal life)?

12. What does the statement "with power comes responsibility" mean to you?

13. Have you or someone you're close to even been totally reliant on someone else to take care of you, even just for a short period? What was that like?

14. Does anyone know what it's like to feel totally helpless?

15. Does anyone here believe that people who have been arrested are too quick to complain about their rights and what they are entitled to? That society is too soft on people who are arrested? That society has become too "entitled"?

16. Does the way we deal with people change just because the person you're dealing with isn't 'perfect'? What about if the person is a medical professional? And the other person is in jail?

17. Does anyone feel that if a person has made mistakes in life, they deserve less medical care when they are dying?"

18. Some people feel that once you go to jail, you lose your right to be treated like a human being. Does anyone here feel a little bit that way?

19. Is there anyone who thinks, 'I just can't be fair to an inmate because of what they might have done to get there'?

20. I'm worried that because this happened behind bars, it's easier to look the other way. Does anyone else worry about that?

21. If the judge tells you the law says every human being—regardless of what they've done—is entitled to medical care when they have a serious medical need... do you feel like you'd have to fight against your own gut feeling to follow that law? Would there be an 'asterisk' in your mind that says 'except for someone in jail'?"

22. There's an idea out there that 'if you don't want to get sick in jail, don't go to jail.' Who here feels that by committing a crime, a person 'assumes the risk' of whatever happens to them inside?

23. If a person is sentenced to 90 days or 6 months for a misdemeanor crime, should they also be 'sentenced' to death because the medical staff ignored them? Does that feel like a fair addition to the sentence?

24. If a hospital ignored a patient for several days while they needed help, would that be acceptable to you? Does it change if that hospital bed is inside a jail cell?

25. You're going to hear from some witnesses that were in jail with Mr. Taylor. For some people, the fact that these witnesses were in jail means they'll never believe a word they say. Does anyone here feel that someone in jail is automatically less believable or less credible that someone who's not in jail?

26. Can we agree that even people who have made big mistakes in life can still tell the truth about what they've seen and heard?

27. Who believes that 'rules are rules' and they must be followed by everyone? What about for healthcare workers? What if those healthcare workers are working in a jail?

28. Who feels like it's a waste of money, particularly "tax dollars" to provide health care to people that are in jail?

29. Who agrees that when the State takes away a person's power to care for themselves, the State must provide that care?

30. Who agrees that a medical emergency must be treated as an emergency, regardless of who is having it?

31. Who agrees that a medical professional has an obligation to not ignore a dying human being?

32. If the evidence shows the Denver Health defendants broke their own protocols or rules, would you be willing to hold them accountable?"

33. Does anyone feel that making important decisions in this trial is a bigger responsibility than they're up for?

34. When you think about awarding money damages, is there a number that you have in mind that you simply would not award in excess of? For example, some people say, "I would never award more than a million dollars." How about an order of magnitude (ball park figure) instead of a specific number?

35. One of the questions you may need to answer when you decide this case will relate exclusively to how much money it will take to compensate Leroy "Nicky" Taylor's family for his death. Some people think money won't bring Mr. Taylor back to life, so there is no sense in awarding money damages. Others think money is a good way to compensate for the loss of life. Which side are you closer to, even if only a little bit?

36. At the end of this trial, we will ask you to return a verdict against the Defendants in the amount of $X$. If the evidence and testimony support such a verdict, is there anyone who would have difficulty in rendering a verdict in this amount?

37. We are also asking for punitive damages in this case. Punitive damages are used to show someone that their behavior is wrong. They are also used to deter the same behavior in the future and encourage a defendant to change the way they do things for the better. Is there anyone who would have difficulty in assessing punitive damages against Defendants to prevent something like this from happening again?

38. Knowing that the Plaintiff will be asking you to return a verdict of this amount, is there anyone who worries about where that money will come from?

39. If the judge instructs you to not consider where that money will come from, are you able to follow that instruction?

40. It is important that both sides start this trial on equal footing. Is there anyone who feels like they'd have trouble not leaning one way more than the other?

41. Can you all promise to give Nicky Taylor the same fair look you'd want for yourselves or your family members?

42. You will have the opportunity to ask questions of the witnesses by writing them down and presenting them to her Honor, who will then decide whether or not the question is appropriate before asking your question to the witness. Will you commit to ask questions, no matter how small or trivial they may seem to you, so that you can get all the evidence you need to render a fair and just verdict in this case?

Respectfully submitted,

7

*/s/ Christopher K. Gilbert*
Christopher K. Gilbert
Christopher K. Gilbert, Esq., LLC
8965 E. Nichols Pl.
Centennial, CO 80112
TEL: 970.445.2378
cgilbert@gilbert-law.com


Ciara M. Anderson
Neil Sandhu
Matthew Cron
Siddartha Rathod
RATHOD | MOHAMEDBHAI LLC
2701 Lawrence Street, Suite 100
Denver, Colorado 80205
(303) 578-4400 (p)
(303) 578-4401 (f)
ca@rmlawyers.com
ns@rmlawyers.com
mc@rmlawyers.com
sr@rmlawyers.com

ATTORNEYS FOR PLAINTIFF


## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of March, 2026, the foregoing was filed

using the CM/ECF system, which also served this document on all counsel of record.

Respectfully submitted,

*/s/ Christopher K. Gilbert*
Christopher K. Gilbert

8